JUDGE BERMAN

14 CV 646

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

DREW DOSCHER,

               Plaintiff,

    -against-

SOBEL & CO., LLC and
MCMILLAN, CONSTABLE, MAKER &
PERRONE, LLP

               Defendants.

------------------------------------------------------------x

Civil Action No. CV _____

**COMPLAINT AND**
**JURY DEMAND**

RECEIVED
JAN 3 1 2014
U.S.D.C. S.D. N.Y.
CASHIERS

      Plaintiff DREW DOSCHER, by and through his attorneys, Merolla & Gold, LLP,

in support of his claims for relief against the Defendants, states and alleges as follows:

## JURISDICTION/VENUE

      1.    Plaintiff Drew Doscher (hereinafter, "Doscher"), is a New York citizen

residing in New York County, New York.

      2.    Defendant Sobel & Co., LLC (hereinafter, "Sobel") is, upon information

and belief, a New Jersey limited liability company with its principal place of business at

293 Eisenhower Parkway, Suite 290, Livingston, New Jersey 07039-1711.

      3.    Defendant McMillan, Constable, Maker & Perrone, LLP (hereinafter,

"MCMP") is, upon information and belief, a New York limited liability partnership with

its principal place of business at 2180 Boston Post Road, Larchmont, New York 10538.

      4.    This Court has jurisdiction over the subject matter of this action pursuant

to 28 U.S.C. § 1331, 1337, and 1367, and Section 27 of the Securities Exchange Act of

1934 (the "Exchange Act") (15 U.S.C. § 78aa).  Venue is proper in this Court under 28

U.S.C. § 1391 since a substantial part of the events or omissions giving rise to the claims

occurred, or a substantial part of property that is the subject of the action is situated in this judicial district.

5.     All parties are properly joined in this action, and are subject to the jurisdiction of this Court.

## FACTUAL BACKGROUND

6.     By written engagement letter dated April 3, 2012 (the "Engagement"), Plaintiff Doscher retained Defendants Sobel and MCMP "to review certain financial information and tax reporting of Sea Port Group Securities, LLC and Affiliates." At the time, Doscher enjoyed an equitable interest in Sea Port Group Securities, LLC and its Affiliates, and was employed by The Seaport Group, LLC ("Seaport") as Head of the Distressed Bond Trading Department and co-Head of the High Yield Bond Trading Department. Doscher was a "Client" of both Defendants Sobel and MCMP pursuant to the Engagement, as was Michael Meyer ("Meyer"), who was the other co-Head of the High Yield Bond Trading Department of The Seaport Group, LLC. Pursuant to the Engagement, Doscher (and Meyer) retained Sobel and MCMP to assist him review certain reporting and compliance aspects of Sea Port Group Securities, LLC and its Affiliates. MCMP, through its agent William J. Foster IV, Esq. ("Foster"), recommended Sobel for the task, as Foster had a long standing relationship with MCMP. Both Doscher and Meyer delivered checks to Sobel in the amount of $12,500 ($25,000 total).

7.     First employed by Seaport in June 2009, Doscher and Meyer were primarily responsible for growing Seaport from roughly 40 employees in June 2009 to 220 employees in January 2013, when Doscher was subject to a wrongful, retaliatory termination. Over the prior three and one-half years, Doscher became viewed as the face

2

of Seaport. In fact, upon Doscher's hire in June 2009, the two co-founders of Seaport, Stephen Smith ("Smith") and Michael Meagher ("Meagher") (each of whom had 10-12 more years of experience than Doscher) immediately stepped down from their existing positions and reported directly to Doscher as the Head of the Distressed Bond Trading Department and co-Head of the High Yield Bond Trading Department.

8.    Initially, Doscher was compensated by Seaport on a pure commission basis that included any salary draws delivered by Seaport on a bi-monthly basis, plus customary employment benefits. Seaport allocated 65% of revenue to each department ("Department Revenue"), and retained 35% for general and administrative expenses and owner equity ("GAOE"). Meagher and Smith exclusively managed and controlled the GAOE. For Doscher, Seaport revenue earmarked for Department Revenue was allocated as follows: (i) as Trader, Doscher received 10% of gross Seaport commissions made on trades he facilitated; (ii) as Salesperson, Doscher had discretion to allocate sales commissions with other Seaport employees involved in a particular trade, involving his clients, with Doscher receiving 50% of his portion of the sales commission due and the other employee(s) receiving 40% of the sales commission due; (iii) as Head of the Distressed Bond Trading Department, Doscher received 5% of all gross Seaport commissions within the Distressed Bond Trading Department; (iv) as Co-Head of the High Yield Bond Trading Department, Doscher received 2.5% of all gross Seaport commissions within the High Yield Bond Trading Department (Meyer received the other 2.5% as co-Head); (v) if the commissions disbursed for (i) through (iii) were less than 65% of the Seaport revenue for a particular trade, Doscher would receive the difference as a Management Override; and (vi) similarly, for the High Yield Bond Trading

Department, if the commissions disbursed were less than 65% of the Seaport revenue for a particular trade, Doscher and Meyer would evenly split the difference as a Management Override (collectively, the "Doscher Compensation Agreement").

9.     After 2009 and during 2010 Smith and Meagher realized Doscher's earning power, and to some extent Meyer's, and they began to discuss them becoming "partners" in Seaport. In 2010 Doscher and Meyer agreed, and it was determined that Doscher and Meyer would become "Co-Heads of All Sales and Trading" for Seaport. In furtherance of their becoming "partners" in Seaport, as held out on Seaport's website, promotional materials, and business cards, Doscher and Meyer were given American Express "Black" cards, and a "phantom" equity account in Seaport was created for each of them. The Doscher Compensation Agreement remained the same, except that Doscher was conferred "phantom" equity in Seaport (and Meyer), enjoying a 25% interest thereto (as did Smith, Meagher, and Meyer) of any residual Seaport profit after accounting for the GAOE, as well as an interest in Seaport affiliates (the "Amended Doscher Compensation Agreement").

10.     Soon thereafter, as other broker-dealer businesses failed such as Citadel, Chapdelaine, Christopher Street, BTIG, Utendahl, Seaport began to climb the ranks and compete with largest and most respected firms in the world, such as Goldman Sachs, UBS, and Deutsche Bank. Among Doscher's accomplishments was the development of Seaport's Trade Claim business, in which as recently as November 2012, Seaport touted itself as "**the premier trade claims broker on Wall Street with unparalleled experience in settling and closing complex transactions**." As one example, Doscher enabled Seaport to win a multitude Madoff Trade Claim auctions against the all of the

"big banks." On information and belief, approximately 4 billion of claims were traded by Seaport under Doscher's leadership.

11.     Doscher was the number one producer for the firm in 2009, 2010, 2011, and 2012. In fact, in every year Doscher's own production numbers exceeded the combined production of the other three partners (Smith, Meagher, and Meyer).  During 2012, Meagher and Smith began pressuring Doscher to execute certain operating agreements related to Sea Port Group Securities, LLC and its Affiliates. Doscher then retained Sobel and MCMP to assist him review certain reporting and compliance aspects of those companies.

12.     After being retained by Doscher, Sobel and MCMP (through Foster), requested a list of categories of documents from Sea Port Group Securities, LLC and its Affiliates to commence the facilitation of its analysis, which included: (1) audited financial statements for the years ended December 31, 2011, 2010, and 2009; (2) contact information for the auditor of Sea Port Group Securities, LLC and its Affiliates, and written notification to the auditor to allow Sobel access to work papers for the aforementioned years; (3) trial balances (electronically) for the years ended December 31, 2011, 2010, and 2009; (4) general ledgers (electronically) for the years ended December 31, 2011, 2010, and 2009; (5) a copy of previously issues forensic report(s); (6) federal and state income tax returns for the years ended December 31, 2011, 2010 and 2009; (7) a schedule of intercompany accounts and transactions, and support for the methodology of allocations; and (8) a company organizational chart listing key personnel and contact information.

13.     By and through counsel, Sea Port Group Securities, LLC and its Affiliates delivered certain financial documents to Sobel via Federal Express with a cover letter dated May 7, 2012 (the "First Production").

14.     On May 14, 2013, Sobel delivered an e-mail to Foster (and others) regarding the First Production, stating that the documents provided were minimal, and not the complete list of documents, thus "making it difficult to move forward with any meaningful and supportable analysis."

15.     On or about May 22, 2012, Foster was informed by counsel for Sea Port Group Securities, LLC and its Affiliates that Sobel should call the auditor of Sea Port Group Securities, LLC and its Affiliates, Allan Povol, CPA ("Povol"), directly with respect to the requested documentation.  On May 25, 2012, Sobel delivered an e-mail to Foster (and others) that he spoke with Povol, who gave "minor push back as to why we need to look at some of the documents," but that there would be a meeting on June 13, 2012, so Sobel can start its review.

16.     On June 14, 2012, Sobel delivered an e-mail to Foster (and others) stating that during the visit to Povol's office the previous day, Sobel was given a "thumb drive containing electronic documents that we previously requested" (the "Second Production").

17.     On September 11, 2012, Meagher received a request from Sobel for the delivery of the following documentation and information by no later than September 14, 2012 in order to adequately prepare for a day-long assessment of the Baywatch computer system utilized by Sea Port Group Securities, LLC's and its Affiliates, scheduled at the principal place of business of Seaport, 360 Madison Avenue, New York, New York

10017, on September 19, 2012:  (1) company organization chart for front office, back office and IT; (2) documented polices and procedures related to data privacy, data confidentiality, and data classification; (3) documented policies and procedures related to granting and removing access from the network and trading application, and change management-processes over changing the trading application software and reports; (4) if applicable, a description of and the results of any third party IT risk and security assessments; (5) if the company contracts with external resources to obtain security penetration reviews, whether any issues were identified; (6) if any parts of the IT environment or resources are outsourced, to provide applicable third party reports; (7) whether the trading application has the capabilities to produce access reports listing roles and if so, what were the transaction capabilities for each role; and (8) technical information regarding database supporting the trading application, operating system, and programming language.  On information and belief, Sobel received documents and information from Sea Port Group Securities, LLC's and its Affiliates pursuant to this request (the "Third Production").

18.    On December 6, 2012, Sobel produced a "Memo" summarizing the procedures it performed and its findings/comments.

19.    Around this time, December 2012, a significant dispute arose between Doscher on the one hand, and Meagher, Smith, and Meyer on the other hand, regarding certain activities by Smith that Doscher believed violated the applicable FINRA Front Running Policy at the time, NASD IM-2110-3.  Ultimately, Doscher was fired as an employee and Meagher, Smith, and Meyer now claim that Doscher "forfeited" his "phantom" equity.  Doscher initiated a FINRA Arbitration against those individuals and

some other companies, Arbitration Case No. 13-01857, and the case remains pending. A copy of Doscher's First Amended Statement of Claim is attached hereto as Exhibit A.

20.     On September 23, 2013, Doscher requested a copy of his file from Sobel and was informed that the consent of MCMP was required before doing so. MCMP refused to deliver the requested consent. Thereafter, Sobel also demanded that its outstanding invoice be paid. In response, Doscher requested a complete billing history to review and potentially pay any balance; Sobel agreed to do so. A true and correct copy of an e-mail exchange from September 23, 2013 through September 27, 2013 evidencing the foregoing is attached hereto as Exhibit B.

21.     On September 30, 2013, rather than deliver the entire billing history as previously promised, Sobel delivered its "last invoice," which was addressed to Foster and MCMP, dated December 27, 2012 and asserted a balance due of $7,585.53. A true and correct copy of that correspondence is attached hereto as Exhibit C.

22.     In response, on October 1, 2013, Doscher informed Sobel that he was expecting a complete billing history, requested confirmation of whether the December 27, 2012 invoice was in fact the last invoice, and whether Foster or Meyer paid said invoice. A true and correct copy of that correspondence is attached hereto as Exhibit D. Sobel never responded to this correspondence.

23.     Also on October 1, 2013, Doscher wrote to Foster and MCMP, and informed them that the request for a copy of his file was a matter of contract and fiduciary duty, as Foster and MCMP owed Doscher certain duties and obligations in connection with the April 3, 2012 engagement letter. Doscher once again requested Foster and MCMP deliver the requested release to Sobel. A true and correct copy of that

correspondence is attached hereto as Exhibit E.  MCMP never responded to this correspondence.

## COUNT I
## SECURITIES FRAUD

24.     Plaintiff realleges and restates paragraphs 1 through 23 as if fully set forth herein.

25.     The creation, issuance, and funding of Doscher's "phantom" equity account in 2010, which gave him a 25% interest of any residual profit after accounting for GAOE is a "security" within the meaning of Section 78c(a)(10) of the Securities Exchange Act.

26.     Defendants, directly and indirectly, by use and means of instrumentalities of interstate commerce and/or the mails, engaged and participated in a continuous course of conduct with Sea Port Group Securities, LLC and its Affiliates, including Meagher, Smith, and Meyer, designed to improperly manipulate Doscher's "phantom" equity account for their own benefit and to the detriment of Doscher.

27.     In furtherance thereof, Defendants employed a device, scheme, and artifice to defraud, and engaged in a transaction, practice, or course of business which operated as a fraud or deceit on Doscher.

28.     In connection with the creation, issuance, and funding of Doscher's "phantom" equity account, Sea Port Group Securities, LLC and its Affiliates, including Meagher, Smith, and Meyer, participated in the preparation of and/or issuance of materially false and misleading statements and omissions.  For example, unbeknownst to Claimant until after his termination on January 11, 2013, Sea Port Group Securities, LLC and its Affiliates, including Meagher, Smith, and Meyer, engaged in fraudulent

overbilling of expenses for technology (Tomas Stuardo, Lexii Corp., Robert Faulkner, Felix Llanos, Efrain Morales, and CDW), professional development (Vanto Group and Mark Flashen), and nepotistic consulting (Daniel G. Romualdez and Austin Smith). An example of the evidence indicating the overbilling of expenses for technology is attached hereto as Exhibit F, revealed to Doscher only after his termination in January 2013, which consists of an e-mail from Steve Dudowitz to Meagher listing the "spends since 2002," and excerpts from the 2010 "actual break out of what was bot (sic)." In the "actual break out," while the total of the "Ext. Price" ($940,193.42) nears the amount identified in the Dudowitz e-mail for 2010 ($1,081,891.66), the "Grand Total" of these expenses is **6,861,291.62**. Notably, the "Subtotal" column bears absolutely no relation to the "Ext. Price," and appears to be arbitrarily inflated consistently throughout the "actual break out." On information and belief, Meagher and Smith (whom exclusively controlled the 35% GAOE) were systematically manipulating the technology expenses of Sea Port Group Securities, LLC and its Affiliates, and thereby understating income for tax purposes, for their own personal benefit and to the detriment of Doscher, as he enjoyed a 25% interest in the net profit pursuant to his "phantom" equity.

29.     In addition, it was never disclosed to Doscher that his "phantom" equity account would evaporate upon his termination as an employee, which Sea Port Group Securities, LLC and its Affiliates, including Meagher, Smith, and Meyer, contend occurred when Doscher was terminated from employment on January 11, 2013. While Doscher disputes the "phantom" equity account was terminated on January 11, 2013, if true, said termination would constitute a "sale" of a security pursuant to 15 U.S.C. § 78c(a)(14). On information and belief, the aforementioned matters were either known or

discovered by Defendants in the course of the Engagement, but never disclosed to Doscher. Also on information and belief, Defendants were compensated by Sea Port Group Securities, LLC and its Affiliates, to withhold such material information from Doscher.

30.     Doscher reasonably relied on the misstatements and/or omissions of Defendants, and was damaged as a result.

31.     Defendants fraudulent conduct was conducted intentionally and with a conscious and wanton disregard for the rights and interests of Doscher.

32.     Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder, and are liable to Doscher, jointly and severally, in an amount to be determined at trial.

## COUNT II
## BREACH OF CONTRACT

33.     Plaintiff realleges and restates paragraphs 1 through 32 as if fully set forth herein.

34.     As a "Client" of both Sobel and MCMP, Doscher is entitled to not only a copy, but also the original file of Sobel and MCMP with respect to all matters covered by the Engagement. This includes, but is not limited to, the delivery of the First Production, the Second Production, and the Third Production, as well as all work product, internal notes, correspondence, and memoranda produced by or delivered to Sobel and/or MCMP related to the Engagement.

35.     Defendants Sobel and MCMP have wrongfully withheld delivery to Doscher of their respective files related to the Engagement, and Doscher is entitled to an

order directing Defendants Sobel and MCMP to deliver their complete original file, or at least a copy, with respect to all matters covered by the Engagement.

36.     Doscher is also entitled to recover his damages as a result from the breach of contract, in an amount to be determined at trial.

## COUNT III
## BREACH OF FIDUCIARY DUTY

37.     Plaintiff realleges and restates paragraphs 1 through 36 as if fully set forth herein.

38.     As a "Client," Defendants Sobel and MCMP owed Doscher fiduciary duties of competence, diligence, and loyalty.

39.     Defendants Sobel and MCMP breached their fiduciary duties to Doscher.

40.     As a result of such breaches of fiduciary duty, and the extraordinary bad faith on the part of Defendants, Plaintiff has been damaged in such amount as will be shown by appropriate evidence on the trial of this case.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests:

(1) That pursuant to Counts I, II, and III, Plaintiff have judgment for his actual and consequential damages incurred, in an amount to be determined at trial;

(2) That pursuant to Count II, Defendants be ordered to deliver their complete original file, or at least a copy, with respect to all matters covered by the Engagement;

(3) That Defendants be required to pay to Plaintiff all of his litigation expenses, including reasonable attorney's fees and costs of this action;

(4) That Plaintiff has judgment against each Defendant for punitive damages in such amount or amounts as are sufficient to deter each such Defendant from such wrongful conduct in the future;

(5) That Plaintiff be awarded any such other and further relief that to this Court seems just and proper.

## JURY DEMAND

The Plaintiff hereby demands a trial by jury.

A. Todd Merolla (AM 6938)
MEROLLA & GOLD, LLP
4828 Ashford Dunwoody Road, Floor 2
Atlanta, Georgia  30338
Tel.: 678-587-9500
Fax: 678-587-9098
atm@merollagold.com

Attorneys for Plaintiff
DREW DOSCHER

# EXHIBIT A

IN THE MATTER OF ARBITRATION )
BETWEEN )
       )
DREW DOSCHER, )
       )
       Claimant, )
       )
v. )
       )
SEA PORT GROUP SECURITIES, LLC, )
STEPHEN CORCORAN SMITH, )
MICHAEL JEFFERSON MEAGHER, )
MICHAEL MEYER, )
THE SEAPORT GROUP, LLC, )
ARMORY ADVISERS, LLC, )
ARMORY FUND, LP, )
SEAPORT V, LLC, and )
DOE COMPANIES 1-50, )
       )
       Respondents. )
_____)

FINRA DISPUTE RESOLUTION
ARBITRATION NO. 13-01857

## FIRST AMENDED STATEMENT OF CLAIM

COMES NOW, Claimant Drew Doscher ("Doscher"), and files this, his First Amended Statement of Claim against the Respondents, pursuant to Rule 13309(a) of the Financial Industry Regulatory Authority ("FINRA") Code of Arbitration Procedure (the "Code").

**I.**      **THE PARTIES**

     1.      Doscher is a natural person residing in New York, and was employed by Respondent The Seaport Group, LLC from June 2009 through January 11, 2013. As such, Doscher was and is a Person Associated with a Member as defined by Rule 13100(r).

     2.      Respondent Sea Port Group Securities, LLC, a Delaware limited liability company and on information and belief a subsidiary of The Seaport Group, LLC, was and is a registered broker-dealer and a member firm of FINRA, with its principal place of business located at 360 Madison Avenue, 22nd Floor, New York, New York 10017.

3.      Respondent Stephen Corcoran Smith ("Smith"), a natural person, is a resident of Florida, whose last known place of residence is 122 Kings Road, Palm Beach, Florida 33480. Smith was and is a Person Associated with a Member as defined by Rule 13100(r).

4.      Respondent Michael Jefferson Meagher ("Meagher"), a natural person, is a resident of New York, whose last known place of residence is 130 East 67th Street, New York, New York. Meagher was and is a Person Associated with a Member as defined by Rule 13100(r).

5.      Respondent Michael Meyer ("Meyer"), a natural person, is a resident of New York, whose last known place of residence is 150 East 72nd Street, #4E, New York, New York 10021. Meyer was and is a Person Associated with a Member as defined by Rule 13100(r).

6.      Respondent The Seaport Group, LLC ("Seaport"), a Delaware limited liability company, has its principal place of business located at 360 Madison Avenue, 22nd Floor, New York, New York 10017, and is controlled by Smith and Meagher.

7.      Respondent Armory Advisers, LLC, a Delaware limited liability company, has its principal place of business located at 360 Madison Avenue, 22nd Floor, New York, New York 10017, and is controlled by Smith and Meagher.

8.      Respondent Armory Fund, LLC, a Delaware limited liability company, has its principal place of business located at 360 Madison Avenue, 22nd Floor, New York, New York 10017, and is controlled by Smith and Meagher.

9.      Respondent Seaport V, LLC, a Minnesota limited liability company with Respondent Meagher listed as its Manager with the Minnesota Secretary of State, has its principal place of business located at 360 Madison Avenue, 22nd Floor, New York, New York 10017, and is controlled by Smith and Meagher.

2

10. Respondent Doe Companies 1-50 are also affiliates of Sea Port Group Securities, LLC, Seaport, Armory Advisers, LLC, Armory Fund, LP, Seaport V, LLC, and are each controlled by Smith and Meagher. Doscher asserts the course of conduct of Respondents Seaport, Sea Port Group Securities, LLC, Armory Advisers, LLC, Armory Fund, LP, Seaport V, LLC, Smith and Meagher with respect to their operation and dealings with Doe Companies 1-50 show a complete disregard for the corporate form (as to all companies), as they made it a mere instrumentality for the transaction of their own affairs, and as such will be jointly and severally liable to Claimant for the amounts awarded to him in this action. Claimant is presently unaware of the true names of Respondent Doe Companies 1-50, and will amend this Statement of Claim upon discovery of the identity of such entities.

## II.   NATURE OF THE CASE

11. Doscher enjoyed a highly successful 22 year career in the distressed and high yield bond markets when he was subject to a wrongful retaliatory discharge on January 11, 2013 from his employer, after correctly and accurately pointing out improper "Front Running" activities by other employees, agents, and owners of Seaport, in violation of applicable FINRA Rules; said activity that if "settled" would have generated improper compensation to Respondents Smith and Meagher in a substantial amount. Regardless, this activity also improperly excluded another of Seaport's clients from a business opportunity.

12. Since employed by Seaport in June 2009, Doscher was the number one producer of revenue for Seaport for the years ending December 31, 2009, 2010, 2011, and 2012. Subsequent to his wrongful termination, over the last five months Respondents have failed to deliver compensation duly earned and owed to Doscher, and refused to deliver documentation evidencing the true amount currently owed to him. On information and belief, Doscher estimates

3

the amounts owed to exceed $15,505,000, exclusive of other compensatory damages, pre-judgment interest, attorney's fees, and punitive damages as prayed for herein.

### III.    STATEMENT OF FACTS

#### Doscher's Compensation and Interest in Seaport

13.    In June 2009, Doscher was hired by Respondent Seaport as the Head of the Distressed Bond Trading Department and co-Head of the High Yield Bond Trading Department. At the time, Doscher had enjoyed a successful 18 year career running some of the largest global distressed businesses in the world, such as Lehman Brothers, UBS, and Barclays.  Doscher enjoyed (and continues to enjoy) an impeccable reputation with clients and is widely viewed as the best "sell-side" Distressed Bond Trader in the business.  Unlike Respondent Meyer, Doscher maintained a "clean" U-4, and never had any issue with his five previous institutional employers or regulators with respect to a U-5 when he and those firms parted ways.  Meanwhile, at the time Doscher joined, Seaport was a little known broker-dealer, founded in 2001 by Respondents Smith and Meagher.  Seaport had generated $28MM in revenue in its best year, with most of that derived from an Asset-Backed Securities Group it acquired in 2008 based out of Miami, Florida.

14.    Initially, Seaport (through Respondents Smith and Meagher) offered Doscher a first year guaranty of $3MM in compensation.  However, Doscher declined this offer, and instead introduced Seaport to Respondent Meyer, who had run an Investment Grade Department at UBS when Doscher was running the UBS Global Distressed business, which was ranked number one by Institutional Investor for four consecutive years.

15.    At the time, Doscher knew Seaport had a little niche in the Distressed space that he enjoyed success over the past 18 years, but if they wanted to build out a full Investment Bank with multiple departments, they had to start with Investment Grade securities in addition to High

4

Yield, so he proposed to split the 3MM guaranty with Respondent Meyer, if Seaport would hire him to Co-Head the High Yield Bond Trading Department in order to create a full service investment bank. Respondents Seaport, Smith, Meagher, and Meyer were receptive.

16. Between them, Doscher and Respondent Meyer were primarily responsible for growing Seaport from roughly 40 employees in June 2009 to 220 employees in January 2013, at which time Doscher was subject to a wrongful, retaliatory termination. Over the prior three and one-half years, Doscher became viewed as the face of Seaport. In fact, upon Doscher's hire in June 2009, the two co-founders of Seaport, Respondents Smith and Meagher (each of whom had 10-12 more years of experience than Doscher) immediately stepped down from their existing positions and reported directly to Doscher as the Head of the Distressed Bond Trading Department and co-Head of the High Yield Bond Trading Department.

17. Initially, Doscher was compensated on a pure commission basis that included any salary draws delivered by Seaport on a bi-monthly basis, plus customary employment benefits. Seaport allocated 65% of revenue to each department ("Department Revenue"), and retained 35% for general and administrative expenses and owner equity ("GAOE"). For Doscher, Seaport revenue earmarked for Department Revenue was allocated as follows: (i) as Trader, Doscher received 10% of gross Seaport commissions made on trades he facilitated; (ii) as Salesperson, Doscher had discretion to allocate sales commissions with other Seaport employees involved in a particular trade, involving his clients, with Doscher receiving 50% of his portion of the sales commission due and the other employee(s) receiving 40% of the sales commission due; (iii) as Head of the Distressed Bond Trading Department, Doscher received 5% of all gross Seaport commissions within the Distressed Bond Trading Department; (iv) as Co-Head of the High Yield Bond Trading Department, Doscher received 2.5% of all gross Seaport commissions

5

within the High Yield Bond Trading Department (Meyer received the other 2.5% as co-Head); (v) if the commissions disbursed for (i) through (iii) were less than 65% of the Seaport revenue for a particular trade, Doscher would receive the difference as a Management Override; and (vi) similarly, for the High Yield Bond Trading Department, if the commissions disbursed were less than 65% of the Seaport revenue for a particular trade, Doscher and Meyer would evenly split the difference as a Management Override (collectively, the "Doscher Compensation Agreement").

18.     After 2009 and during 2010 Respondents Smith and Meagher realized Doscher's earning power, and to some extent Meyer's, and they began to discuss them becoming "partners" in Seaport.  In 2010 Doscher and Meyer agreed and it was determined that Doscher and Meyer would become "Co-Heads of All Sales and Trading" for Seaport.  In furtherance of their becoming "partners" in Seaport, as held out on Seaport's website, promotional materials, and business cards, Doscher and Meyer were given American Express "Black" cards and a "phantom" equity account in Seaport was created for each of them.  The Doscher Compensation Agreement remained the same, except that Doscher was conferred "phantom" equity in Seaport (and Meyer), enjoying a 25% interest thereto (as did Smith, Meagher, and Meyer) of any residual Seaport profit after accounting for the GAOE, as well as an interest in Seaport affiliates (the "Amended Doscher Compensation Agreement").

19.     Doscher was the number one producer for the firm in 2009, 2010, 2011, and 2012. In fact, in every year Doscher's own production numbers exceeded the combined production of the other three partners (Respondents Smith, Meagher, and Meyer).

20.     Soon thereafter, as other broker-dealer businesses failed such as Citadel, Chapdelaine, Christopher Street, BTIG, Utendahl, Seaport began to climb the ranks and compete

6

with largest and most respected firms in the world, such as Goldman Sachs, UBS, and Deutsche Bank. Among Doscher's accomplishments was the development of Seaport's Trade Claim business, in which as recently as November 2012, Seaport touted itself as "**the premier trade claims broker on Wall Street with unparalleled experience in settling and closing complex transactions**." As one example, Doscher enabled Seaport to win a multitude Madoff Trade Claim auctions against the all of the "big banks." On information and belief, approximately 4 billion of claims were traded by Seaport under Doscher's leadership.

### Seaport's Greektown "Front Running"

21.     The applicable Front Running Policy at the time of the events described herein was IM-2110-3, which provides in relevant part:

> It shall be considered conduct inconsistent with just and equitable principles of trade for a member or person associated with a member, for an account in which such member or person associated with a member has an interest, for an account with respect to which such member or person associated with a member exercises investment discretion, or for certain customer accounts, to cause to be executed:
> (a) an order to buy or sell an option or a security future when such member or person associated with a member causing such order to be executed has material, non-public market information concerning an imminent block transaction in the underlying security, or when a customer has been provided such material, non-public market information by the member or any person associated with a member; or
> (b) an order to buy or sell an underlying security when such member or person associated with a member causing such order to be executed has material, non-public market information concerning an imminent block transaction in an option or a security future overlying that security, or when a customer has been provided such material, non-public market information by the member or any person associated with a member; prior to the time information concerning the block transaction has been made publicly available.

22.     The seminal opinion describing how "front-running" schemes are harmful to the public and are in fact a species of fraud was written by Justice Richard A. Posner in *United States v. Dial*, 757 F.2d, 163 (7th Cir. 1985). In that decision he opined:

The greatest danger of preferential access comes from the brokers, who often trade on their own account as well as for their customers. <u>Brokers have more information than any of their customers because they know all their customers' orders.</u> Suppose a customer directs his broker to buy a large number of silver futures contracts. The broker knows that when he puts this order in for execution the price will rise, and he can make it rise further if he waits to execute the order until he can combine it with other buy orders from his customers into a "block" order that will be perceived in the market as a big surge in silver demand. If, hoping to profit from this knowledge, the broker buys silver futures on his own account just before putting in the block order and then sells at the higher price that the block order generates, he will hurt his customers. His purchase (if substantial) will have caused the market price to rise just before the block order went in, and thus the price that his customers pay will be higher than otherwise; and his sale will cause the price to fall, and thus reduce the value of his customers' contracts. So if **"trading ahead"** -- as the practice of a broker's putting in his own orders for execution ahead of his customers' orders is called -- became widespread, <u>customers would realize that the market was rigged against them.</u> **And trading ahead serves no social function at all.** The broker obtains a profit from information that he has not invested in producing but that comes to him automatically in his capacity as a broker. It is like a lawyer's discovering that his client is about to make a takeover bid for another company and rushing out and buying some of that company's stock before the bid is made public. *Id.*, at 165-166.

23.    While this case does not involve the trading of silver futures contracts, it does involve unscrupulous investment bankers (Respondents Smith and his subordinate Gregory Bousquette) that used non-public, private information obtained from a client of the Seaport High-Yield Bond trading desk (headed and managed by Doscher and Respondent Meyer) to assist their own separate client to purchase equity in the subject company.  As further stated by Judge Posner:

Fraud in the common law sense of deceit is committed by deliberately misleading another by words, by acts, or, in some instances -- <u>notably where there is a fiduciary relationship, which creates a duty to disclose all material facts -- **by silence**.</u> See Prosser and Keeton on the Law of Torts §§ 105-06 (5th ed. 1984). Liability is narrower for nondisclosure than for active misrepresentation, since the former sometimes serves a social purpose; for example, someone who bought land from another thinking that it had oil under it would not be required to disclose the fact to the owner, because society wants to encourage people to find out the true value of things, and it does this by allowing them to profit from their knowledge. See *Laidlaw v. Organ*, 15 U.S. (2 Wheat.) 178, 195, 4 L. Ed. 214 (1817); Kronman, *Mistake, Disclosure, Information, and the Law of Contracts*, 7 J. Legal Stud. 1 (1978). But if someone asks you to break a $10 bill, and you give him

8

two $1 bills instead of two $5's because you know he cannot read and won't know the difference, that is fraud. Even more clearly is <u>it fraud to fail to "level" with one to whom one owes fiduciary duties</u>. The essence of a fiduciary relationship is that the fiduciary agrees to act as his principal's alter ego rather than to assume the standard arm's length stance of traders in a market. Hence the principal is not armed with the usual wariness that one has in dealing with strangers; he trusts the fiduciary to deal with him as frankly as he would deal with himself -- he has bought candor.

*Id.*, at 168.

In this case, it will be shown that the Respondents serially profited from trading ahead of its customers without telling them what they were doing, thereby misleading them all for their own greedy profit, which has long since been considered fraudulent. *Id., citing SEC v. Capital Gains Research Bureau, Inc.*, 375 U.S. 180, 183, 194-195, 11 L.Ed.2d 237, 84 S. Ct. 275 (1963).

24. By the end of 2010, Doscher and Meyer were Seaport's Co-Heads of All Sales and Trading. The only Seaport business not under their control and direction were the (i) Asset-Backed Securities Department out of Miami, Florida and (ii) the Investment Banking Division. The latter was dormant until led by Respondent Smith during late-2010, operating out of West Palm Beach, Florida. Instrumental to Respondent Smith's Investment Banking Division was Gregory Bousquette, Co-Head of Investment Banking

25. In 2010, Seaport was approached by Doug Pardon, a Partner at Brigade Capital Management, LLC ("Brigade"), which was a prominent shareholder in the Greektown Casino in Detroit, Michigan ("Greektown"). At the time, Brigade owned approximately 15% of Greektown's outstanding capital stock, and engaged Seaport to find a strategic buyer for their interest, as Brigade had become frustrated with Greektown's management. Mr. Pardon gave Seaport an exclusive order, and in the process helped to educate the firm with their proprietary analysis of the business and enabled Mr. Bousquette to obtain knowledge on the specific casino, as he was Seaport's resident "expert" in the banking group in the casino industry. Meanwhile,

9

Mr. Bousquette requested market information from Doscher and Respondent Meyer's High Yield Bond Trading Department, and received material information from then-trader Anna Klein and analyst Kenneth Smalley. Eventually, Mr. Bousquette managed to obtain Penn National Gaming as a buyer of the Brigade stock, with the caveat that it attain a controlling position in Greektown. As time passed and market conditions changes, Brigade decided not to engage Penn National Gaming's bid because of the ancillary conditions attached thereto, which included but were not limited to needing a controlling interest (>50%) in Greektown. As a result, both Brigade and Penn National Gaming cancelled their orders.

26. After those orders were cancelled, Respondent Smith (Head of Seaport's Investment Banking Department) on the one hand, and Doscher and Respondent Meyer (Co-Heads of Trading and Sales) on the other, agreed that Mr. Bousquette (who had the ability to further obtain restricted information) would no longer engage any of the other holders of Greektown private equity, such as John Hancock – Manulife Financial, Solus Alternative Asset Management, and Standard General LP), without first notifying Respondent Smith and Seaport's legal department. From that point forward, Seaport's trading desk (led by Doscher and Respondent Meyer) was free to engage and discuss the Greektown bonds with the market and other holders. In fact, from 2011 through December 19, 2012, Doscher and Respondent Meyer's High Yield Bond Trading Department actively worked firm bids from Standard General LP for Greektown financial instruments.

27. In November 2012, Seaport salesman Fredrick Feinstein and analyst John Sosnowski were notified at a dinner with Solus Alternative Asset Management, that a Seaport banker (Mr. Bousquette) approached their casino portfolio manager representing that he had a strategic buyer for Greektown stock. When Doscher was informed of this activity, he

10

immediately called Respondent Smith (Head of Investment Banking) and notified Jon Silverman (Head of Seaport's Legal Department).  Doscher had several concerns.  As one example, Doscher was concerned that his Series 24 license as well as that for Respondent Meyer were being compromised by what Doscher believed at the time was a rogue banker who was bidding the same clients for a different buyer than the trading desk was, unbeknownst to him and Meyer. As another, after his multitude of years of working at big banks (such as Lehman Brothers, UBS and Barclays), Doscher could not understand why the Head of Investment Banking and Head of the Legal Department would not have restricted the desks of Respondent Meyer and Doscher from dealings with any clients in the secondary market if banking had evolving inside information and an ongoing agenda.  Even more disturbing, was why Respondent Meyer did not see this as a problem.  Based on the assurances of Respondent Smith that Seaport's banking department would no longer engage in Greektown private equity, Seaport continued to allow Doscher's trading desk to work firm bids from Standard General LP for Greektown financial instruments in the public domain.

28.     Specifically, Respondent Smith assured Doscher that this activity would no longer take place and that Mr. Bousquette would be reprimanded of this violation of internal and external policies.  After having been warned, Mr. Bousquette then took it upon himself to call Solus Alternative Asset Management and berate them for giving Seaport's trading desk the information.  Mr. Bousquette's behavior was so alarming that it caused a Human Resources issue between a portfolio manager at Solus and Seaport.  Zach Roth (Head of Solus Trading) phoned Doscher and Mr. Feinstein regarding whether Bousquette was violent and voiced his concern about the possibility of a restraining order against him.  Mr. Roth requested a personal guarantee from Doscher on behalf of Seaport that the portfolio manager was not in any physical danger.

11

Doscher immediately notified Lisa Orser (Seaport's Head of Human Resources) and then alerted Respondents Smith, Meagher, and Meyer about this serious issue. Doscher and Respondent Meyer had no personal knowledge of Mr. Bousquette's history, as he was an employee hired by Respondents Smith and Meagher many years before their arrival. Respondents Smith and Meagher told Doscher and Respondent Meyer that Mr. Bousequette had no history of violence, and Doscher could inform Solus that no further interaction between Mr. Bousquette and Solus would occur.

29.    While High Yield/ Distressed trader Anna Klein was still actively working Standard General LP's bid for the Greektown private equity in the public domain, another incident occurred. On December 19, 2012, Mr. Bousquette "went rogue" again, and had approached and participated in an auction for John Hancock – Manulife's position in Greektown private equity, all with the consent and blessing of Respondent Smith and Seaport's legal counsel, Jonathan Silverman as evidenced by e-mails among the three of them. That day, Doscher was called by Ms. Klein because Standard General had found out that Seaport participated in an auction for John Hancock – Manulife's position in Greektown private equity. Ms. Klein also e-mailed Doscher while he was out of the office on December 19, 2012:

> **Drew – I know you are off in meetings but need you on Greektown equity. I have gotten several calls regarding the equity, specifically from your buyer, Standard Gen, that we/Seaport ran an auction on the equity, particularly pertaining to Hancock's large stake. He was told that Seaport ran the auction, that bids were due yesterday at noon. He wasn't shown it and is really pissed off. I'm so confused. (not to mention that I sounded like a moron on the phone, having no clue wtf he was talking about).**
>
> **We've had buyers on the desk. We regularly talk to pretty much every single holder of the equity. I have personally worked firm orders on both the bid and the offer in this post reorg name. We actively spent months pitching new buyers to acquire a block. I trade**

12

> **the bonds (including recently).  We cover it in research.  It's a desk name on every level.  If there was an auction how was it not run through our desk?  And if it was in banking, why wasn't I restricted from trading the name?  Isn't this come sort of violation?  I know you are jammed but I am HEATED.  Do you think you will be back soon to discuss?**

30.  With Doscher out of the office at a client meeting, Ms. Klein took it upon herself to send an email to Respondent Smith at 2:21pm, questioning if Seaport participated or held any Greektown auction for John Hancock – Manulife.  Respondent Smith's quote back to her inquiry was the following:

> **"Three or so months ago, Bousquette had a strategic buyer of the company, long since died."**

31.  Doscher then contacted Smith and was told that Seaport absolutely did not engage Hancock – Manulife in this name.   Doscher, having worked and trained with a trader at John Hancock – Manulife, sent an instant Bloomberg message alerting that he had some internal political and possible regulatory issues and needed some answers.  The trader responded, "I can't say much."  Doscher replied: "I don't need much, call me."  Doscher then received a phone call and questioned whether or not Seaport participated in an auction for John Hancock's position in Greektown private equity. The John Hancock – Manulife trader verbally confirmed that Seaport did in fact participate, and followed up with an internal message to Doscher requesting he keep this information private.

32.  On December 20, 2012, Doscher requested access to all e-mails to and from Mr. Bousquette regarding Greektown.  In response, Markus Witthaut (Seaport's Chief Compliance Officer and Chief Financial Officer) had a printed copy of the aforementioned instant Bloomberg messages.  Mr. Witthaut was concerned after having just gotten through a FINRA audit of the words used by John Hancock – Manulife trader in the instant Bloomberg message.  Doscher was

13

glad for his diligence and requested that all the emails with search words "Penn National," "Greektown," "Hancock," and "Manulife" be pulled, due to the client complaint from Standard General, LP.  When given the information from Mr. Witthaut on these search words, very little findings were handed to Doscher.  Then, at 4:23pm on December 20, 2012, Doscher sent Mr. Witthaut an email stating that he was concerned that his Series 24 had been compromised and wanted to expand the search using the search words "Bousquette," "Smith," "Meagher," "Silverman" and several others.  After the weekend and the Christmas holiday, on December 26, 2012, Doscher had to remind Mr. Witthaut of his last request at 8:16am that he needed the e-mails.  At 9:29am, Mr. Witthaut responded: "**I have a huge stack of emails, need Silverman's approval.**"  Later that week, Doscher had to retrieve the e-mails while Mr. Silverman was in a meeting with John Decoursey (Seaport's Head of the Private Placement Department) when Doscher interrupted the meeting and demanded the e-mails.  In response, Mr. Silverman handed Doscher a 1½ foot stack of printed e-mails and sarcastically stated: "**Be careful not to get yourself restricted.**"

33.     After spending time reading about one-third of the documents, Doscher confirmed that Standard General LP's accusations of Seaport were correct.  Much to his chagrin, Doscher realized that Respondent Smith had lied, and that he and Mr. Silverman not only allowed, but coached Mr. Bousquette in this process.  As a result, Doscher immediately restricted his Distressed Bond desk from any further trading activity with respect to Greektown.  In addition, there began much debate among the partners at Seaport (Doscher, Smith, Meagher, and Meyer) as to what needed to happen to respond to these allegations and customer complaints, which necessarily involved FINRA regulations.  On information and belief and in particular, that

Seaport's activities violated the applicable FINRA rules and regulations regarding "Front Running."

34.     Around noon on January 4, 2013, Doscher was accused of lying and violating FINRA policies by his client contact at Standard General LP, Michael Perrone:

> **Doscher I have been digging around the market regarding a sale of Greektown Pfd we heard about in December and it has come to my attention Seaport was a bidder in the auction of the debt and most likely bought the paper. I am furious about how this trade happened as WE were your standing bid for this paper for the past 2yrs. I feel like we went out of our way to provide mkt context and color on the situation to your desk only to have Seaport use that information against us and deliberately exclude us from the chance to buy paper. To make matters worse this was a grave breach of protocol as you allowed a new buyer to step in front of us and we weren't given a chance to be competitive, I am sure we were willing to pay more then was paid to retain a controlling stake in this company. We do business with your firm because unlike investment banks you are not a competitor in what we are looking to accomplish and have an understanding of the protocols that encompass our markets, this new information makes me highly doubt this and I am not sure I can view your firm the same way going forward.**

35.     Later on January 4, 2013, Gary Stanco (Seaport salesman) conferenced Doscher in on a call with Doug Pardon, who demanded to know why Seaport had not notified Brigade of the Hancock – Manulife stock auction, since Brigade was the one that educated and started Seaport in the Greektown name.  When Doscher told Pardon he did not know all of the details and was trying to get to the bottom of the issue, Pardon accused Doscher of being a liar, "like everyone else at Seaport."  Pardon said he was headed to the National Championship game to watch his alma mater Notre Dame with Mr. Stanco in Miami for the weekend, and wanted an answer upon his return on January 8, 2013.

36.     On January 7, 2013, Mr. Feinstein expressed his concern with Respondent Smith via e-mail:

15

I have a major problem with the way the Greektown situation has gone down. There have been violations of account engagement rules and protocol that have made us look like a JV operation and has tarnished the reputation of this firm.

First, Bousquette goes into Solus in September, unsolicited (wearing jeans and a sweater) and has a meeting where he proceeds to hand out a scribbled piece of paper that has a top 10 list as to "Why nobody should own a casino in Detroit" on one side and casino comps on the other. He then proceeds to tell them that he has a bid for their paper on behalf of a strategic. When word gets back to him that it was one of the most unprofessional meetings in the experience of the account, he calls to threaten the account.

Second, Drew and I have had the standing bid for Greektown from Standard General for over a year. The fact that a trade happened and this firm was involved and Standard General was not, AND another client that this firm is advising got in front of Standard General is a joke.

Not only has this guy made us look like Little Rascals in front of Solus, he's permanently scarred our relationship with Standard General.

My concern is that we're all trying to build something here that represents the New Wall Street with integrity and this guy is out tarnishing our image one account visit and protocol violation after another. I'd like to know your thoughts on this.

37.    In response to the obvious conflicts identified by Mr. Feinstein regarding

Seaport's involvement with the Greektown auction, three hours later Respondent Smith stated:

Thank you for your thoughts. I don't think you have all the facts available to you, so I don't necessarily agree with you conclusion.

Also, I think there might be an opportunity sitting in front of you. Based on the fact that the company set up a poison pill makes me believe that they are blocking a sale by Hancock. Clearly Hancock wants out, but cannot achieve that sale. Hancock, Solus, and Brigade, together control the company. You should approach the 3 of them and present Standard General as a potential replacement to Hancock. They can create an override to the poison pill. Management, who is the real impediment since they have no equity, should welcome a "non-strategic" to replace Hancock. I think there is a trade still there.

16

38.     On January 8, 2013, numerous emails and conversations between Doscher and Mr. Silverman occurred regarding the two client complaints, the FINRA allegations, and the legal department's inability to act impartial due to Respondent Smith's and Respondent Meagher's stature and responsibilities to the legal department.  This also happened to be the exact time that bonus payouts were being determined by Respondent Meagher, and Mr. Silverman clearly did not wish to overstep his personal interests.

39.     On information from e-mail communications and belief, Mr. Silverman understood what an enormous legal issue this was for the Firm, but his actions showed that he was virtually powerless to do anything about it.  In fact, his most assertive advice was to **stop sending e-mails**, because:

### "LESS TRAFFIC IS BETTER."

After bringing all of this information supported by documentation to the attention of Respondents Smith, Meagher, and Meyer, Doscher demanded that at a minimum the clients that were involved be given the truth, and that Mr. Bousquette immediately be reported to FINRA and be terminated from Seaport.

40.     On January 10, 2013 at approximately 10:53 p.m., Doscher told Respondent Meyer that in order for the "partners" to be on the "same page," Seaport needed to fire Mr. Bousquette for walking the razor wire of front running clients and abusing accounts and breaking internal policy, and "we go back to making money."  Alternatively, if the "partners" were on the "other page," he would quit, since unlike Respondent Meyer, Doscher was not willing to risk his U-4 for the sake of Seaport's non-compliance and for illegally attempting to make money.

17

41.     The following morning, on January 11, 2013 at approximately 7:24 a.m.,

Respondent Meagher informed Doscher:

> **We are not firing Bousquette, we are accepting your
> resignation. We will be announcing that to the firm today.  We
> will pay you monies owed.**

Mere minutes after receiving this text, a reporter from Bloomberg news (Zeke Faux) called

Doscher requesting commentary on his dispute and dismissal from Seaport.  And later that day,

Seaport issued the following statement:

> **We are writing to announce that Drew Doscher has resigned,
> effective immediately, from the Seaport Group.**
>
> **Drew has made the personal decision to resign following a
> difference in opinion regarding ongoing management
> priorities.  We have accepted his resignation and today is his
> last day at the firm.  Drew's responsibilities will revert to the
> members of the management team, in particular Michael
> Meyer who along with Drew is co-head of Sales and Trading.**
>
> **We thank Drew for his commitment and energy in helping us
> transform the Seaport Group into the firm it is today.  Due, in
> part, to these attributes, we have the building blocks and
> growth momentum to continue our evolution into a leading
> independent investment bank.**
>
> **-   Michael, Mike and Steve**

42.     Also on January 11, 2013, Seaport delivered a clean FINRA Uniform

Termination Notice (U-5) terminating Doscher's registration with Respondent Sea Port

Group Securities, LLC. As of this date, Seaport has failed and refused to pay Doscher the

amounts due him, which includes compensation pursuant to the Amended Doscher

Compensation Agreement, as well as distributions for his "equity account."

## COUNT I – BREACH OF CONTRACT

43.    Claimant incorporates Paragraphs 1 through 42 of this Statement of Claim by reference, with the same force and effect as if fully set forth herein.

44.    Respondents breached the Amended Doscher Compensation Agreement by failing to compensate Doscher in accordance therewith.

45.    Respondents have refused to pay the amounts due Doscher.

46.    As a direct and proximate result of the foregoing, Doscher has suffered a loss in an amount to be determined at the final hearing of this action, but believed to be at no less than $15,505,000, plus pre-judgment interest at the legal rate.

47.    All conditions precedent to the bringing of this action have been performed, or have occurred, or have been waived or excused by Respondents.

## COUNT II – QUANTUM MERUIT / UNJUST ENRICHMENT

48.    Claimant incorporates Paragraphs 1 through 47 of this Statement of Claim by reference, with the same force and effect as if fully set forth herein.

49.    Pleading in the alternative, and in the event it is determined that some or all of Doscher's claims under Count I cannot be sustained, Doscher is entitled to a recovery under the doctrine of quantum meruit to prevent any unjust enrichment to Respondents.

50.    At the specific request of Respondent Seaport, and based upon the promise to pay Doscher commissions as described in the Amended Doscher Compensation Agreement, Doscher conferred a benefit upon Respondents.

51.    Respondents appreciated and accepted the benefit provided by Doscher, which were delivered through the performance of services in good faith.

52.     Respondents acceptance and retention of the benefit under the circumstances makes it inequitable for them to retain the benefit without compensating Doscher, who had an expectation of compensation therefor, in accordance with the terms described in the Amended Doscher Compensation Agreement.

53.     Respondents have refused to pay the amounts due Doscher.  And on information and belief, Respondents Smith, Meagher, and Meyer are now each enjoying a one-third "equity account," and intentionally restructuring existing Doscher trades to his detriment.  As one example, in December 2012 Doscher was the exclusive salesperson on a trade involving Mount Capital for $90,000,000 in which the commission was $900,000.00.  After his termination, Respondents cut the transaction to $26,000,000 and assigned a new trade date.

54.     As a direct and proximate result of the foregoing, Doscher is entitled to recover the reasonable value of his services rendered, in an amount to be determined at the final hearing of this action, but believed to be at no less than $15,505,000, plus pre-judgment interest at the legal rate.

### COUNT III – PROMISSORY ESTOPPEL

55.     Claimant incorporates Paragraphs 1 through 54 of this Statement of Claim by reference, with the same force and effect as if fully set forth herein.

56.     Pleading in the alternative, and in the event it is determined that some or all of Doscher's claims under Count I cannot be sustained, Doscher is entitled to a recovery under the doctrine of promissory estoppel.

57.     Respondents clearly and unambiguously promised that they would pay Doscher in accordance with the Amended Doscher Compensation Agreement.

20

58.   Respondents expected Doscher would rely on their promises to pay him in accordance with the Amended Doscher Compensation Agreement.

59.   Based on the promises of Respondents, Doscher continued to be employed by Respondent Seaport, to his detriment.

60.   It was reasonable and foreseeable for Doscher to rely on the promises of Respondents.

61.   Notwithstanding their promises, Respondents reneged on their commitments.

62.   As a result of such promissory estoppel, Doscher has sustained an injury in an amount to be determined at the final hearing of this action, but believed to be at no less than $15,505,000, plus pre-judgment interest at the legal rate.

## COUNT IV – FRAUD

63.   Claimant incorporates Paragraphs 1 through 62 of this Statement of Claim by reference, with the same force and effect as if fully set forth herein.

64.   The creation, issuance, and funding of Claimant's "phantom" equity account in 2010, which gave Claimant a 25% interest of any residual Seaport profit after accounting for its GAOE is a "security" within the meaning of Section 78c(a)(10) of the Securities Exchange Act.

65.   Respondents, directly and indirectly, by use and means of instrumentalities of interstate commerce and/or the mails, engaged and participated in a continuous course of conduct designed to improperly manipulate Claimant's "phantom" equity account for their own benefit and to the detriment of Claimant.

66.   In furtherance thereof, Respondents employed a device, scheme, and artifice to defraud, and engaged in a transaction, practice, or course of business which operated as a fraud or deceit on Claimant.

21

67.     In connection with the creation, issuance, and funding of Claimant's "phantom" equity account, Respondents participated in the preparation of and/or issuance of materially false and misleading statements and omissions.  For example, unbeknownst to Claimant until after his termination on January 11, 2013, Respondents engaged in fraudulent overbilling of expenses for technology (Tomas Stuardo, Lexii Corp., Robert Faukner, Felix Llanos, Efrain Morales, and CDW), professional development (Vanto Group and Mark Flashen), and nepotistic consulting (Daniel G. Romualdez and Austin Smith).  In addition, it was never disclosed to Claimant that his "phantom" equity account would evaporate upon his termination as an employee.

68.     Claimant reasonably relied on the misstatements and/or omissions of Respondents regarding the creation, issuance, and funding of Claimant's "phantom" equity account, and was damaged as a result.

69.     Respondents fraudulent conduct was conducted intentionally and with a conscious and wanton disregard for the rights and interests of Claimant.

70.     Respondents violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder, and are liable to Claimant, jointly and severally, in an amount to be determined at trial.  Alternatively, Respondents are liable to Claimant based on common law fraud, jointly and severally, in an amount to be determined at trial.

## COUNT V – LEGAL AND EQUITABLE ACCOUNTING

71.     Claimant incorporates Paragraphs 1 through 70 of this Statement of Claim by reference, with the same force and effect as if fully set forth herein.

72.     Doscher has been unlawfully excluded from access to records evidencing the amounts owed to him, as well as his interest in his "equity account," to which he is entitled.

22

73. Doscher has not been compensated for the amounts due to him in accordance with the Amended Doscher Compensation Agreement.

74. Doscher is entitled, at law and in equity, to an accounting of monies paid to Respondents and their affiliates, and the timing of those payments, pursuant to all matters since at least January 1, 2010, as well as an accounting of his "equity account."

## COUNT VI – BREACH OF FIDUCIARY DUTY

75. Claimant incorporates Paragraphs 1 through 74 of this Statement of Claim by reference, with the same force and effect as if fully set forth herein.

76. As Member Managers of Seaport, Respondents Smith and Meagher owed fiduciary duties to Doscher after being conferred an "equity account" in Seaport.

77. Respondents Smith and Meagher breached their fiduciary duties of care, loyalty, and utmost good faith by wrongfully excluding Doscher from Seaport distributions, as well as appropriating certain assets of Seaport to themselves and by otherwise pursuing their own interests to Doscher's detriment.

78. As a direct and proximate result of the foregoing, Doscher has suffered a loss in an amount to be determined at the final hearing of this action, plus pre-judgment interest at the legal rate.

## COUNT VII – DECLARATORY JUDGMENT

79. Claimant incorporates Paragraphs 1 through 78 of this Statement of Claim by reference, with the same force and effect as if fully set forth herein.

80. This is a case of actual controversy, and Doscher seeks a decree that the Amended Doscher Compensation Agreement is valid and enforceable, and that he enjoys as 25% equity interest in Respondent Seaport and its affiliates.

23

**COUNT VIII – RETALIATORY DISCHARGE VIOLATION OF NY CLS LABOR §740**

81.     Claimant incorporates Paragraphs 1 through 80 of this Statement of Claim by reference, with the same force and effect as if fully set forth herein.

82.     By objecting to and refusing to participate in the "Front Running" activities of Mr. Bousquette, which violated applicable FINRA rules and regulations, Doscher was engaged in activity protected by New York's CLS Labor Law § 740.

83.     Respondent Seaport's "acceptance" of Mr. Doscher's resignation was in fact a wrongful, retaliatory discharge for engaging in that protected activity.

84.     As a result of the wrongful, retaliatory termination, Doscher is currently unemployed.

85.     While employed at Respondent Seaport, Doscher earned income in the following amounts:

                2009    $2,791,453
                2010    $8,522,175
                2011    $5,728,485
                2012    $4,826,097 (W-2 only)

86.     As a result of the wrongful, retaliatory termination, Doscher is entitled to all relief available to him under New York's CLS Labor Law § 740, which includes but is not limited to: compensation for lost wages, benefits and other remuneration, and reimbursement for reasonable costs, disbursements, and attorney's fees associated with this action, in an amount to be determined at the final hearing of this action.

**COUNT IX – ALTER EGO AND DISREGARD OF THE CORPORATE FORM**

87.     Claimant incorporates Paragraphs 1 through 86 of this Statement of Claim by reference, with the same force and effect as if fully set forth herein.

24

88.     The course of conduct of Respondents Smith and Meagher, with respect to their operation and dealings with Respondents (i) Seaport; (ii) Sea Port Group Securities, LLC; (iii) Armory Advisers, LLC; (iv) Armory Fund, LP; (v) Seaport V, LLC; and (vi) Doe Companies 1-50 show a complete disregard for the corporate form (as to all companies), as they made it a mere instrumentality for the transaction of their own affairs.  That is, there was, and is, such a unity in interest and ownership that the separate personalities of the corporations/limited liability companies and these individuals no longer exist (and perhaps never did).

89.     For example, on information and belief, Respondents have engaged in systematic fraudulent overbilling of expenses for technology (Tomas Stuardo, Lexii Corp., Robert Faukner, Felix Llanos, Efrain Morales, and CDW), professional development (Vanto Group and Mark Flashen), and nepotistic consulting (Daniel G. Romualdez and Austin Smith).  Further, on information and belief, Respondents are in the process of liquidating various affiliated entities with a view to avoid the collectability of the claims presented herein.

90.     Respondents Smith, Meagher, and Meyer overextended the privilege to use a corporate entity in order to defeat personal liability as to any Award.  That is, each is personally liable to Claimant, jointly and severally, for all amounts due under this Statement of Claim.  The Respondents disregarded the separateness of these legal entities by commingling on an interchangeable or joint basis, or confusing the otherwise separate properties, records, or control. Claimant is entitled to an Award against Respondents in an amount to be determined at the final hearing of this action.

## COUNT IX – CONSTRUCTIVE TRUST

91.     Claimant incorporates Paragraphs 1 through 90 of this Statement of Claim by reference, with the same force and effect as if fully set forth herein.

92.     At the time of the Amended Doscher Compensation Agreement, a confidential or fiduciary relationship existed among Doscher and Respondents Smith, Meagher, and Meyer regarding their respective interests in Seaport.  After being conferred an "equity account," and being help out as a "Partner," Doscher expended significant money, labor, and time developing the going concern of Respondent Seaport and its affiliates.  As one example, Doscher recruited, hired and paid Jay Conklin (Head of European trading for Doscher and Respondent Meyer) $150,000.00 out of his personal commissions account as long as the firm matched the amount of $150,000.00 for him to join the firm.  This monetary consideration was a signing bonus to entice Mr. Conklin to assist Doscher pursue Seaport's footprint into the European markets.  Mr. Doscher was voted Chief Executive Officer of the European operations by his three partners, and Seaport's equity partners (Doscher, Smith, Meyer, Meagher) needed to post in excess of 1.5 million GBP to be able to transact in European markets.  This initial investment was made from the partner's equity accounts and has paid huge dividends this calendar year.  The European effort has been one of the most profitable new businesses for Seaport and its affiliates.  In addition, Doscher, along with Mr. Conklin's advice, recruited, hired and paid Nicolas Montgomery.  Mr. Montgomery used his previous expertise to start several other very successful and profitable businesses on the Equity and Equity Options markets to which Seaport never previously transacted.  If Respondents Smith, Meagher, and Meyer prove successful in depriving Doscher of his "equity account" interest, they all would be unjustly enriched.

93.     On information and belief, Respondents have been, and continue to be, in the process of seeking to sell the assets of Respondents Seaport and Sea Port Securities, LLC.  Claimant has no adequate remedy at law and will be irreparably harmed if a sale of assets does

26

occur and this tribunal does not exercise its equitable powers to impose a constructive trust and equitable lien upon all proceeds generated by such a sale.

### COUNT X – VIOLATION OF FINRA RULES OF CONDUCT

94. Claimant incorporates Paragraphs 1 through 93 of this Statement of Claim by reference, with the same force and effect as if fully set forth herein.

95. The aforementioned conduct of the Respondents is contrary to FINRA Conduct Rule 2010, which provides that "a member, in the conduct of its business, shall observe high standards of commercial honor and just and equitable principles of trade."

96. In addition, the conduct of Mr. Bousquette, and the subsequent acceptance and ratification of his actions by Respondents violated the applicable Front Running Policy (IM-2110-3), as well wrongfully used information obtained in a fiduciary capacity and affected the Greektown Casino transaction with the use of a manipulative, deceptive, or other fraudulent device contrary to FINRA Conduct Rules 2020 and 2060.

97. Notably, within weeks after Doscher's employment at Respondents Smith, Meagher, and Meyer "restricted" Doscher's former desk with respect to the Greektown Casino. And on information and belief, Seaport terminated Mr. Bousquette's employment during May 2013.

98. On information and belief, Respondents have improperly used The Seaport Group Profit Sharing Plan, LLC as a receptacle to park and dump low and zero balance positions traded by Seaport V, LLC Armory Advisers, LLC and Armony Fund, LP in violation of applicable ERISA laws and regulations.

27

99.     On information and belief, Respondents are non-compliant with industry standards for: (1) disaster recovery of data and information; (2) back-up to Seaport's phone systems; and (3) mandatory recordings on Seaport's phone systems.

100.     As a result of the foregoing, Doscher is entitled to compensatory and punitive damages, prejudgment interest, attorney's fees, and costs in an amount to be determined at the final hearing of this action.

WHEREFORE, Claimant Doscher respectfully prays for the following relief:

(1) That he receive an award against the Respondents for his actual and consequential damages incurred, in an amount or amounts to be determined at trial;

(2) That he be granted a declaratory judgment as prayed for herein;

(3) That he receive an accounting from Respondents;

(4) That he be granted a constructive trust as prayed for herein;

(5) That he receive an award against Respondents for his expenses of litigation, including a reasonable sum as attorney's fees;

(6) That he receive an award against Respondents for punitive damages;

(7) That he receive an award for pre-judgment interest;

(8) That Respondents be required to advance all fees and expenses regarding this arbitration; and

(9) That he be awarded any such other equitable, injunctive, or other relief as prayed for herein or that seems just and proper.

This 23rd day of September, 2013.

MEROLLA & GOLD, LLP

A. Todd Merolla, Esq.
Georgia Bar No. 502570
Attorneys for Claimant

4828 Ashford Dunwoody Road, Second Floor
Atlanta, Georgia 30338
678-587-9500 (o)
678-587-9098 (f)
atm@merollagold.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the within and foregoing **FIRST AMENDED STATEMENT OF CLAIM** was served upon all parties by electronic means to:

Ronald G. Blum
Manatt, Phelps & Phillips, LLC
7 Times Square
New York, New York 10036
rblum@manatt.com

This 23rd day of September, 2013.

A. Todd Merolla

4828 Ashford Dunwoody Road, Second Floor
Atlanta, Georgia 30338

29

# EXHIBIT B

**Merolla, Todd**

| | |
|---|---|
| **From:** | DarrylN@sobel-cpa.com |
| **Sent:** | Friday, September 27, 2013 2:49 PM |
| **To:** | Merolla, Todd |
| **Cc:** | bfoster; brad.muniz; darryl.neier; kconlon; mamk539; RBlum; smcmillan; tconstabile; wmaker |
| **Subject:** | Re: Sobel file |

Todd:


I will forward you my firm invoices per your request over the weekend as I am not in the office. These invoices have been previously sent to both counsel in the past.

You are correct the we have not received a release from Bill Foster.

 I will contact Kieran today to tell him what I would like him to send me to memorialize his email.


Regards
Darryl


Sent from my iPhone

On Sep 27, 2013, at 2:33 PM, "Merolla, Todd" <atm@merollagold.com> wrote:

> What is astonishing is that Drew has never received a bill from your firm.  Please send over a complete billing history for us to review, and potentially pay any balance.  You have Kieran's consent, correct?  So the only hold-up now for delivery of your file to Drew is payment of your fees and a written release from Bill Foster, correct?
>
> A. Todd Merolla
> Merolla & Gold, LLP
> 4828 Ashford Dunwoody Road
> Second Floor
> Atlanta, Georgia 30338
>
> 678-587-9500 (o)
> 678-587-9098 (f)
> atm@merollagold.com
>
> We are required by IRS Circular 230 to inform you that any statements contained herein are not intended or written to be used, and cannot be used, by you or any other taxpayer, for the purpose of avoiding any penalties that may be imposed by federal tax law.
>
> WARNING: This message and any attached documents may contain CONFIDENTIAL AND PRIVILEGED information, such as an attorney-client communication, and is intended only for the original named recipient(s).  If you are not the original, intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited.  Please notify us by telephone (collect) and immediately forward the message back to the sender and delete it from your system.  If you are not the intended recipient and intentionally intercept or forward this message to someone else, you may be subject to criminal and/or civil penalties. See 18 U.S.C. 2511 et seq.

1

**From:** DarrylN@sobel-cpa.com [mailto:DarrylN@sobel-cpa.com]
**Sent:** Friday, September 27, 2013 12:19 PM
**To:** Merolla, Todd
**Cc:** bfoster; kconlon; brad.muniz; darryl.neier; mamk539; RBlum; smcmillan; tconstabile; wmaker
**Subject:** Re: Sobel file

Todd:

I am in receipt of your email and frankly I am astonished that you would threaten my firm and it's members with litigation.

As I told you on Monday, Sobel would turn over the requested documents under two conditions, a written release from the counsel who retained us or a lawful subpoena.

Additionally, we have not as of this time, taken any legal action against your client for unpaid professional fees. However, with your threats of legal action against my firm, I will be having conversations with Sobel's counsel on how to proceed.

I am out of the office until Tuesday, however if you wish to discuss, please send me an email and we will arrange a mutually convenient time.

Regards,
Darryl Neier

Sent from my iPhone

On Sep 26, 2013, at 3:26 PM, "Merolla, Todd" <atm@merollagold.com> wrote:

> Bill:
>
> Drew is your client as well, and you are neglecting your contractual and fiduciary duties to him by not delivering whatever it is Sobel & Co., LLC is requiring to turn over their file, including all work product.  You have continuing duties of loyalty to Drew given this and other past representations of him.
>
> While we disagree your consent is even needed to get Sobel & Co., LLC's file, it should be simple enough for you to do so.  If you do not deliver the requested consent and we do not receive Sobel & Co., LLC's entire file, including all communications and work product regarding the scope of representation identified in the April 3, 2012 engagement letter, by close of business tomorrow (assuming everything can be scanned and e-mailed), we will initiate new litigation next week.  The defendants therein will include your firm, Sobel & Co., and the individual professionals from those firms involved in this matter.
>
> Also, please turn over your entire file to me, including any work product and internal communications, regarding any transactional or other work you did for Drew in the past.
>
>
> A. Todd Merolla
> Merolla & Gold, LLP
> 4828 Ashford Dunwoody Road

# EXHIBIT C

**Merolla, Todd**

| | |
|---|---|
| **From:** | Valerie Carroll <Valerie.Carroll@sobel-cpa.com> |
| **Sent:** | Monday, September 30, 2013 9:35 AM |
| **To:** | Merolla, Todd |
| **Cc:** | bfoster@mcmplaw.com; Kconlon@ryanconlon.com |
| **Subject:** | McMillan Constabile Maker & Perone (Sea Port) Invoice 969785 12-27-12 |
| **Attachments:** | image001.gif; image010.jpg; image011.jpg; image012.jpg; image013.jpg; McMillan Constabile Maker Perone (Sea Port) Invoice 969785 12-27-12.pdf |

Dear Mr. Merolla,

Per Darryl Neier, please see attached our last invoice.

Sincerely,

Valerie Carroll


Valerie Carroll
Sobel & Co., LLC
293 Eisenhower Parkway, Suite 290
Livingston, NJ 07039-1711
Telephone: 973-994-9494 Ext. 253
Fax: 973-994-1571

 Sobel & Co., LLC

**Please Visit our website at** www.sobel-cpa.com
**Member PKF International** www.pkf.com
**Member PKFNAN** www.pkfnan.org

  

*In the event this document contains written tax advice, the drafter of this advice did not intend nor write the advice to be used to avoid any penalty imposed by a taxing authority, nor may the user/recipient of this document use this document's written tax advice for that purpose (the foregoing legend has been affixed pursuant to U.S. Treasury Regulations governing tax advice and opinions).*

*This document and/or its attachments are intended only for the party or parties to whom it is addressed and may contain material that is confidential or privileged. If you are not the intended recipient, disclosure, copying, use or distribution of the information in this document, including attachments, is strictly prohibited. If you have received this document in error, please notify us by telephone or email and return this document and all attachments to us.*

*Sobel & Co., LLC is a member firm of the PKF International Limited network of legally independent firms and does not accept any responsibility or liability for the actions or inactions on the part of any individual member firm or firms.*



**Sobel & Co., LLC**
CERTIFIED PUBLIC ACCOUNTANTS
AND CONSULTANTS

293 Eisenhower Parkway, Suite 290
Livingston, NJ 07039-1711
973-994-9494 • Fax 973-994-1571
www.sobel-cpa.com

December 27, 2012

McMillan, Constabile, Maker & Perone, LLP
William J. Foster, Esq.
2180 Boston Post Road
Larchmont, NY 10538

RE: Sea Port

Dear Mr. Foster:

Enclosed please find Invoice No. 969785 our bill for services rendered.

Please remit payment to Sobel & Co., LLC and forward to our firm administrator, Cindy Duffy in the enclosed envelope.

Please review same and if you have any questions and/or comments please feel free to contact me.

Very truly yours,

SOBEL & CO., LLC
Certified Public Accountants

DARRYL S. NEIER

DN:vc
Enclosure

cc: Kieran Conlon, Esq.



Member of
**PKF** North America

An association of legally independent firms



**Sobel & Co., LLC**
CERTIFIED PUBLIC ACCOUNTANTS
AND CONSULTANTS

293 EISENHOWER PARKWAY, SUITE 290
LIVINGSTON, NEW JERSEY 07039-1711
973-994-9494
FAX: 973-994-1571
www.sobel-cpa.com

12/27/2012

Invoice No. 969785

McMillan, Constabile, Maker & Perone, LLP
William J. Foster, Esq.
2180 Boston Post Road
Larchmont, NY  10538

Client No.   0239842

*RE:  Sea Port*

| Date | Consulting | | Name | Hours | Rate | | Amount |
|------|-----------|--|------|-------|------|--|--------|
| 10/09/2012 | Consulting | Reach out to AP for K-1's. | | | | | |
| | | | Muniz | 0.50 | $350.00 | $ | 175.00 |
| 10/17/2012 | Consulting | Discussion with W. Foster. | | | | | |
| | | | Muniz | 0.50 | $350.00 | | 175.00 |
| 10/24/2012 | Consulting | Discussion with W. Foster and e-mails to A. Povol. | | | | | |
| | | | Muniz | 1.00 | $350.00 | | 350.00 |
| 11/14/2012 | Consulting | Discussions with W. Foster. | | | | | |
| | | | Muniz | 0.50 | $350.00 | | 175.00 |
| 11/16/2012 | Consulting | Conference call. | | | | | |
| | | | Muniz | 1.00 | $350.00 | | 350.00 |
| 11/16/2012 | Consulting | Review | | | | | |
| | | | Neier | 1.50 | $380.00 | | 570.00 |
| 11/20/2012 | Consulting | E-mail to A. Povol and review of documents from K. Conlon. | | | | | |
| | | | Muniz | 1.00 | $350.00 | | 350.00 |

Sobel & Co., LLC CPA
McMillan, Constabile, Maker & Perone, LLP (Sea Por
Invoice No.   969785

*Page 2*

---

| Date | | | | | |
|---|---|---|---|---|---|
| 12/06/2012 | Consulting | | | | |
| | Look over income allocations for determination of how allocated.  Summary findings memo. | | | | |
| | | Muniz | 2.00 | $350.00 | 700.00 |
| 12/10/2012 | Consulting | | | | |
| | Review operating agreement for national membership interest and discussion with WM. | | | | |
| | | Muniz | 0.50 | $350.00 | 175.00 |

Total for Services          $          3,020.00

Prior Invoice number 968273          $4,565.53

Total Balance Due          $          7,585.53

# EXHIBIT D

## Merolla, Todd

| | |
|---|---|
| **From:** | Merolla, Todd |
| **Sent:** | Tuesday, October 01, 2013 9:24 AM |
| **To:** | 'Valerie.Carroll@sobel-cpa.com' |
| **Cc:** | 'bfoster@mcmplaw.com'; 'Kconlon@ryanconlon.com'; 'darryl.neier@sobel-cpa.com' |
| **Subject:** | RE: McMillan Constabile Maker & Perone (Sea Port) Invoice 969785 12-27-12 |

We were expecting to see a complete billing history.  Also, please confirm that your attachment is the last invoice sent (on 12/27/12), and also whether or not Mr. Foster or Mr. Meyer paid that invoice.  Thanks.

A. Todd Merolla
Merolla & Gold, LLP
4828 Ashford Dunwoody Road
Second Floor
Atlanta, Georgia 30338

678-587-9500 (o)
678-587-9098 (f)
atm@merollagold.com

We are required by IRS Circular 230 to inform you that any statements contained herein are not intended or written to be used, and cannot be used, by you or any other taxpayer, for the purpose of avoiding any penalties that may be imposed by federal tax law.

WARNING: This message and any attached documents may contain CONFIDENTIAL AND PRIVILEGED information, such as an attorney-client communication, and is intended only for the original named recipient(s).  If you are not the original, intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited.  Please notify us by telephone (collect) and immediately forward the message back to the sender and delete it from your system.  If you are not the intended recipient and intentionally intercept or forward this message to someone else, you may be subject to criminal and/or civil penalties. See 18 U.S.C. 2511 et seq.

**From:** Valerie Carroll [mailto:Valerie.Carroll@sobel-cpa.com]
**Sent:** Monday, September 30, 2013 9:35 AM
**To:** Merolla, Todd
**Cc:** bfoster@mcmplaw.com; Kconlon@ryanconlon.com
**Subject:** McMillan Constabile Maker & Perone (Sea Port) Invoice 969785 12-27-12

Dear Mr. Merolla,

Per Darryl Neier, please see attached our last invoice.

Sincerely,

Valerie Carroll


*Valerie Carroll*
*Sobel & Co., LLC*
*293 Eisenhower Parkway, Suite 290*
*Livingston, NJ 07039-1711*
*Telephone: 973-994-9494 Ext. 253*
*Fax: 973-994-1571*



*Please Visit our website at* www.sobel-cpa.com
*Member PKF International* www.pkf.com
*Member PKFNAN* www.pkfnan.org

  

*In the event this document contains written tax advice, the drafter of this advice did not intend nor write the advice to be used to avoid any penalty imposed by a taxing authority, nor may the user/recipient of this document use this document's written tax advice for that purpose (the foregoing legend has been affixed pursuant to U.S. Treasury Regulations governing tax advice and opinions).*

*This document and/or its attachments are intended only for the party or parties to whom it is addressed and may contain material that is confidential or privileged. If you are not the intended recipient, disclosure, copying, use or distribution of the information in this document, including attachments, is strictly prohibited. If you have received this document in error, please notify us by telephone or email and return this document and all attachments to us.*

*Sobel & Co., LLC is a member firm of the PKF International Limited network of legally independent firms and does not accept any responsibility or liability for the actions or inactions on the part of any individual member firm or firms.*

# EXHIBIT E

**Merolla, Todd**

| | |
|---|---|
| **From:** | Merolla, Todd |
| **Sent:** | Tuesday, October 01, 2013 9:36 AM |
| **To:** | 'bfoster@mcmplaw.com' |
| **Cc:** | 'Kieran Conlon'; 'smcmillan@mcmplaw.com'; 'tconstabile@mcmplaw.com'; 'wmaker@mcmplaw.com'; 'mamk539@gmail.com' |
| **Subject:** | FW: The Seaport Group LLC / Doscher |
| **Attachments:** | Letter to D. Neier, 9-30-13.pdf |

Bill:

You have yet to deliver the release requested by Sobel & Co., repeated in Darryl's e-mail to us last Friday afternoon.  Mr. Blum's e-mail and letter attached are inconsequential to what we request.  This is not a "non-party discovery" matter for FINRA.  This is a matter of contract and fiduciary duty.  You and your firm owe Drew certain duties and obligations in connection with the April 3, 2012 engagement letter.  Please deliver the requested release to Mr. Neier by 2pm today.  We will not ask you again.

A. Todd Merolla
Merolla & Gold, LLP
4828 Ashford Dunwoody Road
Second Floor
Atlanta, Georgia 30338

678-587-9500 (o)
678-587-9098 (f)
atm@merollagold.com

We are required by IRS Circular 230 to inform you that any statements contained herein are not intended or written to be used, and cannot be used, by you or any other taxpayer, for the purpose of avoiding any penalties that may be imposed by federal tax law.

WARNING: This message and any attached documents may contain CONFIDENTIAL AND PRIVILEGED information, such as an attorney-client communication, and is intended only for the original named recipient(s).  If you are not the original, intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited.  Please notify us by telephone (collect) and immediately forward the message back to the sender and delete it from your system.  If you are not the intended recipient and intentionally intercept or forward this message to someone else, you may be subject to criminal and/or civil penalties. See 18 U.S.C. 2511 et seq.

**From:** Gottesman, Sarah [mailto:SGG@manatt.com]
**Sent:** Monday, September 30, 2013 11:10 AM
**To:** 'DarrylN@sobel-cpa.com'
**Cc:** 'KConlon@ryanconlon.com'; 'bfoster@mcmplaw.com'; Merolla, Todd; Blum, Ronald G.
**Subject:** The Seaport Group LLC / Doscher

Sent on behalf of Ronald G. Blum, Esq.

Sarah Gottesman
Secretary to Ronald G. Blum,

1

Eli R. Mattioli, Thomas C. Morrison
and Anthony J. Staltari
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY  10036
212.790.4500
sgottesman@manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at sgottesman@manatt.com or by telephone at 212.830.7219, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

IRS CIRCULAR 230 DISCLOSURE: To comply with requirements imposed by the Department of the Treasury, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written by the practitioner to be used, and that it cannot be used by any taxpayer, for the purpose of (i) avoiding penalties that may be imposed on the taxpayer, and (ii) supporting the promotion or marketing of any transactions or matters addressed herein. For information about this legend, go to http://www.manatt.com/Expertise.aspx?id=4870

# EXHIBIT F

**From:** Steve Dudowitz
**Sent:** Friday, July 26, 2013 1:31 PM
**To:** Mike Meagher
**Subject:** FW: CDW - Summary

Mike

Below you have the spends since 2002 and attached the actual break out of what was bot

SD

| | |
|---|---|
| 2002 | 18,217.72 |
| 2003 | 63,373.84 |
| 2004 | 60,283.88 |
| 2005 | 87,730.21 |
| 2006 | 112,064.42 |
| 2007 | 150,531.89 |
| 2008 | 221,603.23 |
| 2009 | 479,117.80 |
| 2010 | 1,081,891.66 |
| 2011 | 474,346.63 |
| 2012 | 353,625.32 |
| 2013 | 385,291.83 |
| | 3,488,078.43 |

| Order Date | Purchased By | Invoice # | CDW # | MFG # | Part Description | Subcategory | Category | Qty | Unit Price | Ext Price | Subtotal | Ship Cost | Sales Tax | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/20/2010 | FELIX LLANOS | VW00049 | 2168418 | ZGX8-210000U875 | BTO APPLE MBP 13IN 2.66 500GB 4GB SD | Notebook Computers | Computers | 1 | $1,796.11 | $1,796.11 | $2,108.59 | $0.00 | $132.94 | $2,241.53 |
| 12/20/2010 | FELIX LLANOS | VW00049 | 2168259 | MC246LL/B | AppleCare Protection Plan for MacBook/MacBook Pro 13, 3-year | Warranties - 3rd Party | Computers | 1 | $249.00 | $249.00 | $2,108.59 | $0.00 | $132.94 | $2,241.53 |
| 12/20/2010 | EFRAIN MORALES | VW00275 | 13716800 | | Tax | Tax & Media & Accessories | Tablets & Tablet PCs | 40 | $19.25 | $418.34 | $2,337.59 | $0.00 | $207.44 | $2,545.03 |
| 12/24/2010 | EFRAIN MORALES | VW00275 | 2035496 | MC497LL/A | Apple iPad 64GB with Wi-Fi + 3G 64GB | Tablets | Tablets & Tablet PCs | 1 | $418.34 | $418.34 | $2,337.59 | $0.00 | $207.44 | $2,545.03 |
| 12/24/2010 | EFRAIN MORALES | VW00275 | 2185243 | MC941ZM/B | Apple iPad Case case for web tablet | Sleeves/Media/Notebook Carrying Cases & Accessories | 1 | $40.97 | $40.97 | $2,337.59 | $0.00 | $207.44 | $2,545.03 |
| 12/24/2010 | EFRAIN MORALES | VW00275 | 2184249 | MC976LL/A | AppleCare Protection Plan for iPad-2 Years | 3rd Party Delivered Services | 1 | $122.37 | $122.37 | $2,337.59 | $0.00 | $207.44 | $2,545.03 |
| 12/24/2010 | EFRAIN MORALES | VW00275 | 2168259 | MC246LL/B | AppleCare Protection Plan for MacBook/Air/MacBook Pro 13, 3-year | Warranties - 3rd Party | 1 | $249.00 | $249.00 | $2,337.59 | $0.00 | $207.44 | $2,545.03 |
| 12/15/2010 | EFRAIN MORALES | VW9114 | 875162 | C55S | Plantronics C55S Wireless Office Headset System | Headsets | Collaboration & IP Telephony | 2 | $207.81 | $207.81 | $244.47 | $0.00 | $21.69 | $286.16 |
| 12/15/2010 | EFRAIN MORALES | VW9808 | 2176460 | X8058UA#ABA | Plantronics C55S Wireless Office Headset System | Notebook Computers | Computers | 1 | $684.92 | $684.92 | $648.94 | $0.00 | $57.59 | $706.53 |
| 12/13/2010 | EFRAIN MORALES | VV91390 | 875162 | C55S | | Headsets | Collaboration & IP Telephony | 2 | $207.81 | $415.62 | $427.46 | $0.00 | $39.49 | $466.97 |
| 12/9/2010 | EFRAIN MORALES | VT90129 | 2179571 | VR2760AM#ABA | | Notebook Computers | Computers | 1 | $621.16 | $621.16 | $635.38 | $0.00 | $56.40 | $691.78 |
| 11/26/2010 | DAVE LEVESQUE | VS9146 | 2089876 | 410277 | Headphones/Earphones & Accessories | Audio/Video Cable Products | 6 | $12.83 | $77.01 | $80.21 | $0.00 | $6.97 | $87.14 |
| 11/30/2010 | EFRAIN MORALES | VS9729 | 2255082 | GPODFX | Audio/Video Cables | Audio/Video Cable Products | 8 | $11.83 | $94.69 | $159.38 | $0.00 | $14.71 | $179.38 |
| 11/30/2010 | DAVE LEVESQUE | VW0512 | 2035495 | MC496LL/A | Apple iPad with Wi-Fi + 3G 32GB | Tablets | Tablets & Tablet PCs | 4 | $732.00 | $732.00 | $1,420.00 | $0.00 | $126.56 | $1,576.96 |
| 11/29/2010 | DAVE LEVESQUE | VW0512 | 2035495 | MC496LL/A | Apple iPad with Wi-Fi + 3G 32GB | Tablets | Tablets & Tablet PCs | 1 | $672.89 | $672.89 | $672.89 | $0.00 | $43.71 | $716.10 |
| 11/29/2010 | DAVE LEVESQUE | VX0094 | 11498 | ADR | Marvasi Mouse | Mice & Pointing Devices | 1 | $52.69 | $52.69 | $52.69 | $0.00 | $3.42 | $56.11 |
| 11/26/2010 | DAVE LEVESQUE | VW2169 | 179663 | A3L791-06-BLU | Belkin 6' Cat5e RJ45 Patch Cable Blue | Networking Cables | 25 | $4.42 | $110.50 | $439.27 | $0.00 | $38.98 | $478.25 |
| 11/26/2010 | DAVE LEVESQUE | VW2169 | 219546 | A3L791-12-BLU | Belkin 12' Cat5e RJ45 Patch Cable Blue | Networking Cables | 12 | $5.22 | $62.20 | $439.27 | $0.00 | $38.98 | $478.25 |
| 11/26/2010 | DAVE LEVESQUE | VW2189 | 76120 | A3L791-25-BLU | Belkin 25' Cat5e RJ45 Patch Cable Blue | Networking Cables | | | | | | | |
| 11/26/2010 | DAVE LEVESQUE | VW2189 | 18397 | AF555A | HP power cable | HP Desktop - Keyboard & Mouse | 10 | $9.25 | $92.50 | $439.27 | $0.00 | $38.98 | $478.25 |
| 11/26/2010 | DAVE LEVESQUE | VW0901 | 2047917 | CC430A | HP DeskJet - keyboard w/US Office | Power and Signal Cables | 10 | $16.05 | $160.50 | $430.27 | $0.00 | $38.98 | $478.25 |
| 11/27/2010 | EFRAIN MORALES | VW0061 | 2147620 | AP12-HXXX-ZOC46OTR | Cell/Smart Phone Cases & Holders | Cell/Smart Phone Cases & Holders | 5 | $28.44 | $142.20 | $219.52 | $0.00 | $19.48 | $239.00 |
| 11/27/2010 | EFRAIN MORALES | VW0473 | 2009942 | PAQ04UT#ABA | HP Workstation s200 - Core i3 550 2.93 GHz | Workstations | Computers | 3 | $23.76 | $71.28 | $219.52 | $0.00 | $19.48 | $239.00 |
| 11/24/2010 | DAVE LEVESQUE | VQ4743 | 2009942 | PAQ04UT#ABA | HP Workstation s200 - Core i3 550 2.93 GHz | Workstations | Computers | 1 | $972.06 | $972.06 | $1,489.50 | $0.00 | $132.15 | $1,621.65 |
| 11/24/2010 | DAVE LEVESQUE | VQ4743 | 2445542 | EA1904#BK | | LCD Monitors | Monitors & Projectors | 3 | $209.13 | $419.55 | $1,489.50 | $0.00 | $132.15 | $1,621.65 |
| 11/27/2010 | EFRAIN MORALES | VQ0701 | 875162 | C55S | Plantronics C55W Headset with HL10 Lifter | Headsets | Collaboration & IP Telephony | 2 | $207.81 | $207.81 | $548.18 | $0.00 | $43.31 | $531.49 |
| 11/27/2010 | EFRAIN MORALES | VQ2747 | 2452410 | EA190M-BK | NEC MultiSync EA190M 19" LCD | LCD Monitors | Monitors & Projectors | 3 | $209.13 | $627.39 | $1,308.60 | $0.00 | $104.65 | $1,385.90 |
| 11/27/2010 | EFRAIN MORALES | VQ2747 | 1152308 | M9143-EU512LAF | Matrox M9143-EU512LAF | Video Cards | Video Cards & Imaging | 3 | $551.80 | $561.80 | $1,308.60 | $0.00 | $104.65 | $1,385.90 |
| 11/24/2010 | EFRAIN MORALES | VQ2747 | 2236824 | TG2MLK | Targus Dock | Do Not Use | | 1 | $0.00 | $0.00 | $1,308.60 | $0.00 | $104.65 | $1,385.90 |
| 11/24/2010 | EFRAIN MORALES | VQ0600 | 2089624 | K39324US | Kensington K39324US Keyboard and Case for iPad - keyboard | Keyboards | Input Devices | 5 | $18.58 | $92.90 | $147.37 | $0.00 | $12.71 | $150.00 |
| 11/24/2010 | EFRAIN MORALES | VQ0600 | 2208824 | P13YT3 | Targus Case for iPad - keyboard | Cases | Accessories | 5 | $18.58 | $55.55 | $147.37 | $0.00 | $12.71 | $150.00 |
| 11/24/2010 | EFRAIN MORALES | VQ0600 | 1423407 | P13YT3 | APC Data Cord Connector to SATA Adapter | Power Strips/Surge Suppressors | 5 | $11.21 | $127.26 | $317.37 | $0.00 | $13.23 | $150.00 |
| 11/21/2010 | EFRAIN MORALES | VPV0582 | 216340 | AMM01US | Targus Saber | Computer Accessories | Computer Components | 25 | $18.18 | $184.48 | $160.49 | $0.00 | $4.49 | $54.90 |
| 11/21/2010 | FELIX LLANOS | VPM1094 | 2190525 | DBXG5E91 | HP DESKTOP MONITOR W/TFT OMA 2E-495 | Monitors & Projectors | 1 | $418.34 | $418.34 | $433.20 | $0.00 | $379.03 | $507.15 |
| 11/21/2010 | EFRAIN MORALES | VPK1154 | 2039496 | MC497LL/A | Apple iPad 3.1 with Wi-Fi + 3G 64GB | Tablets | Tablets & Tablet PCs | 1 | $418.34 | $418.34 | $433.20 | $0.00 | $379.03 | $507.15 |
| 11/23/2010 | DAVE LEVESQUE | VWK6195 | 1723419 | 5320608-B21 | HP ProLiant DL360 G7 Base - Serial ATA | Rack Based Servers | Servers | 1 | $541.03 | $541.03 | $2,982.06 | $0.00 | $387.77 | $475.64 |
| 11/23/2010 | DAVE LEVESQUE | VWK6195 | 1744486 | 512483-B21 | HP ProLiant DL360 G7 Base - Xeon X5650 2.66 GHz - Monitor : none | Rack Based Servers | 1 | $178.80 | $178.80 | $2,982.06 | $0.00 | $387.77 | $401.19 |
| 11/23/2010 | DAVE LEVESQUE | VWK6195 | 1744486 | 512483-B21 | HP ProLiant DL360 G7 Base - Xeon X5650 2.66 GHz - none | Rack Based Servers | 1 | $334.29 | $334.29 | $368.49 | $0.00 | $32.70 | $401.19 |
| 11/23/2010 | DAVE LEVESQUE | VWK5139 | 164516 | AMM01US | Do Not Use | Do Not Use | | 3 | $0.00 | $0.00 | $368.49 | $0.00 | $32.70 | $401.19 |
| 11/23/2010 | DAVE LEVESQUE | VWK5139 | 11498 | ADR | ADVANCED ORDER REPLACE LOW | Management Software | Software | 1 | $0.00 | $0.00 | $368.49 | $0.00 | $32.70 | $401.19 |
| 11/23/2010 | DAVE LEVESQUE | VWB0866 | 1723411 | 530521-B21 | HP ProLiant Essentials Lights Out 100 Advanced Pack - license | Management Software | 1 | $207.01 | $207.01 | $238.18 | $0.00 | $25.01 | $200.76 |
| 11/23/2010 | DAVE LEVESQUE | VWB0866 | 1723409 | 625881-005 | HP ProLiant DL360 G7 - Xeon X5650 2.13 GHz - Monitor : none | Rack Based Servers | 1 | $2,199.66 | $2,199.66 | $3,266.90 | $0.00 | $289.95 | $3,556.85 |
| 11/23/2010 | DAVE LEVESQUE | VWB0639 | 2090705 | 578341-001 | CDW INSTALL PRIORITY-INSTALL | CDW Delivered Services | Services | 1 | $95.99 | $95.99 | $9,285.35 | $0.00 | $824.09 | $10,109.44 |
| 11/9/2010 | DAVE LEVESQUE | VWB0639 | 338320 | ASSETTASK/INSTALL | CDW Install Tag Install With another Configuration Center service | Configuration | 1 | $0.00 | $0.00 | $9,285.35 | $0.00 | $824.09 | $10,109.44 |
| 11/9/2010 | DAVE LEVESQUE | VWB0639 | 2090705 | 578341-001 | HP Common Slot High Efficiency - power supply - 460 Watt | AC/DC External Power Adapters | Power Adapters | 2 | $282.88 | $565.76 | $9,285.35 | $0.00 | $824.09 | $10,109.44 |
| 11/9/2010 | DAVE LEVESQUE | VWB0639 | 2090709 | 578341-001 | HP Integrated Lights-Out Advanced - license | Network Management Software | Software | 1 | $334.29 | $334.29 | $9,285.35 | $0.00 | $824.09 | $10,109.44 |
| 11/9/2010 | DAVE LEVESQUE | VWA0854 | 1746419 | 578341-001 | HP ProLiant DL360 G7 Base - hard drive - 146 GB - SAS-2 | x86 Based Servers | 5 | $2,850.41 | $2,850.41 | $9,285.35 | $0.00 | $824.09 | $10,109.44 |
| 11/9/2010 | DAVE LEVESQUE | VWA0854 | 1746419 | 507631-B21 | HP 146 GB hot-plug drive - 2.5 inch - SAS-2 | Hard Drives | Enterprise Hard Drives | 4 | $234.18 | $568.56 | $9,285.35 | $0.00 | $824.09 | $10,109.44 |
| 11/9/2010 | DAVE LEVESQUE | VWA0854 | 1723419 | 507631-B21 | HP 146 GB hot-plug drive - 2.5 inch - SAS-2 | Hard Drives | 4 | $234.18 | $568.56 | $5,356.26 | $0.00 | $824.09 | $10,109.44 |
| 11/9/2010 | FELIX LLANOS | VWA0456 | 1804558 | 2490UXZ#7 | LCD Monitor | Monitors & Projectors | 1 | $338.67 | $338.67 | $5,356.26 | $0.00 | $297.87 | $3,654.13 |
| 11/9/2010 | FELIX LLANOS | VWA0456 | 2094474 | RL549AA#ABA | HP Wireless Keyboard and Mouse | Keyboard and Mouse Bundle | Input Devices | 1 | $65.00 | $65.00 | $5,356.26 | $0.00 | $297.87 | $3,654.13 |
| 11/9/2010 | EFRAIN MORALES | VWA0341 | 1579758 | FK97/AA | HP Wireless 802.11 b/g/n PCIe Card - network adapter | Wireless Networking | Wireless Networking | 1 | $68.12 | $68.12 | $567.11 | $0.00 | $50.48 | $50.59 |
| 11/9/2010 | FELIX LLANOS | VWB0825 | 1845632 | SMT1500 | UPS/Battery Backup Products | UPS/Battery Backup Products | 1 | $688.00 | $2,720.00 | $5,145.00 | $0.00 | $353.54 | $4,771.83 |
| 11/9/2010 | FELIX LLANOS | VWH9873 | 1730655 | AP9630 | APC Network Management Card 2 - remote management adapter | Power Adapters | 1 | $223.00 | $1,445.00 | $5,145.00 | $0.00 | $353.54 | $4,771.83 |
| 11/9/2010 | FELIX LLANOS | VWC0735 | 1869441 | 2920SA#ABA | HP E2520 8x2 Switch | Ethernet Switches | 1 | $3,059.92 | $3,059.92 | $5,095.01 | $0.00 | $274.70 | $3,369.71 |
| 11/9/2010 | FELIX LLANOS | VWC0534 | 1321687 | XA00X1N-100NAS | NETGEAR Powerline AV Ethernet kit XAV6101 - bridge - desktop | Ethernet Switches | 1 | $336.90 | $336.90 | $5,356.90 | $0.00 | $532.20 | $569.10 |
| 11/9/2010 | FELIX LLANOS | VWC0534 | 1835096 | WARK10M | Urban Wireless Access Point with Dual-Band WAPK10M - wireless access po | Wireless Networking | 1 | $113.84 | $113.84 | $536.90 | $0.00 | $532.20 | $569.10 |
| 11/9/2010 | FELIX LLANOS | VWC0534 | 1655295 | C9700A | Epson 69- print cartridge - black | Ink, Toner & Print Supplies | Inkjet Cartridges & Print Supplies | 1 | $12.40 | $12.40 | $536.90 | $0.00 | $532.20 | $569.10 |
| 11/9/2010 | FELIX LLANOS | VWC0534 | 1552348 | T098320 | Epson 69- print cartridge - magenta | Ink, Toner & Print Supplies | 1 | $12.40 | $12.40 | $536.90 | $0.00 | $532.20 | $569.10 |
| 11/9/2010 | FELIX LLANOS | VWC0534 | 1552388 | T098920 | Epson 69- print cartridge - yellow | Ink, Toner & Print Supplies | 1 | $11.71 | $11.71 | $536.90 | $0.00 | $532.20 | $569.10 |
| 11/9/2010 | FELIX LLANOS | VWC0534 | 1552843 | T099220 | Epson 69- print cartridge - light cyan | Ink, Toner & Print Supplies | 1 | $11.71 | $11.71 | $536.90 | $0.00 | $532.20 | $569.10 |

| Date | Name | ID1 | ID2 | Category | Product | Price1 | Price2 | Price3 | Price4 | Price5 | Price6 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/4/2010 | FELIX LLANOS | W900544 | 411422 | UD22-010 | USB Cables | Tripp Lite 10ft USB A/B 2.0 Gold Device Cable, M/M 10' EXCLUSIVE PRICE | | $0.00 | $147.05 | $147.05 | $32.20 | $509.10 |
| 11/3/2010 | FELIX LLANOS | W477203 | 848187 | 101x6-L616 | Rack Mounting Equipment | Rack/Solutions Heavy Duty Rack Mount – rack shelf | 8 | $147.05 | $278.62 | $435.67 | $18.73 | $229.76 |
| 11/2/2010 | DAVE LEVESQUE | V615293 | 493722 | P6159 | Privacy Filters & TV Accessories | 3M PF19.0 Privacy Filter | 1 | $395.45 | $395.45 | $18.59 | $349.96 | $499.06 |
| 11/2/2010 | FELIX LLANOS | V630333 | 2130314 | V376TUAMRA | Desktop Computers | CDW HARDWARE INSTALL FOR DESKTOP/NOTEBOOK/PRINTER | 1 | $395.45 | $395.45 | $18.59 | $18.93 | $490.32 |
| 11/2/2010 | EFRAIN MORALES | V630539 | 1308189 | HX45STUALT/LTPRT | Configurations | CDW HARDWARE INSTALL FOR DESKTOP/NOTEBOOK/PRINTER | 1 | $0.00 | $0.00 | $473.88 | $18.93 | $485.32 |
| 11/2/2010 | EFRAIN MORALES | V630753 | 1113144 | KX55TUALTPRT | System Memory (RAM) | CDW HARDWARE INSTALL FOR DESKTOP/NOTEBOOK/PRINTER | 1 | $0.00 | $0.00 | $473.88 | $18.93 | $485.32 |
| 10/29/2010 | EFRAIN MORALES | W4N1371 | 1101767 | CS81SN/HLU | Headsets | Plantronics CS351N SupraPlus Wireless Professional Headset and HL10 Lifter | 1 | $323.40 | $323.40 | $577.09 | $31.30 | $628.29 |
| 10/29/2010 | EFRAIN MORALES | W4N1371 | 2426483 | AX100 | Tablet Accessories | Targus Matte Black | 1 | $323.40 | $323.40 | $577.09 | $31.30 | $628.29 |
| 10/27/2010 | EFRAIN MORALES | W4N1371 | 1026064 | AF5556 | Headsets | Plantronics C210 Over-the-ear Headset | 1 | $18.58 | $18.58 | $577.09 | $31.30 | $628.29 |
| 10/27/2010 | DAVE LEVESQUE | V653580 | 1037097 | AF5556 | Miscellaneous Cables | HP power cable | 2 | $16.65 | $33.30 | $68.66 | $6.10 | $74.76 |
| 10/27/2010 | EFRAIN MORALES | V597873 | 1378335 | 43404342-L621 | Network Interface Adapters (NIC) | HP NC382T PCI Express Dual Port Multifunction Gigabit Server Adapter | 1 | $211.00 | $211.00 | $277.88 | $12.65 | $529.22 |
| 10/26/2010 | FELIX LLANOS | V811044 | 2070000 | 730-09301 | Database & Business Intelligence Software | Microsoft Visual Studio Professional with MSDN - license & software assurance | 10 | $1,050.62 | $1,298.62 | $5,058.95 | $50.61 | $6,135.57 |
| 10/25/2010 | DAVE LEVESQUE | VW77432 | 1225207 | 770-00903 | Tape Drive Media & Accessories | FUJIFILM LTO 4 Ultrium 4 L – 800 GB – storage media | 10 | $59.44 | $668.80 | $662.84 | $50.61 | $743.45 |
| 10/24/2010 | DAVE LEVESQUE | V093898 | 2031456 | MCAT6LUA | Trays | CDW UltraMulti 6 U tray | 1 | $818.34 | $818.34 | $504.02 | $374.38 | $591.90 |
| 10/24/2010 | DAVE LEVESQUE | V064786 | 635101 | LAS45E | Warranties - 3rd Party | Apple 2-year hardware support - 3 years | 1 | $123.45 | $123.45 | $6,401.95 | $31.75 | $6,300.68 |
| 10/22/2010 | DAVE LEVESQUE | VAR4207 | 2090727 | 5B3966-601- | eSI Band Servers | HP ProLiant DL380 G7 Rack-mount Server | 1 | $6,651.56 | $6,651.56 | $7,532.21 | $250.68 | $6,300.68 |
| 10/22/2010 | FELIX LLANOS | VAR4207 | 609255 | 43201-451- | Enterprise Hard Drives | HP Dual Port Enterprise - hard drive - 146 GB - SAS 2 | 6 | $772.83 | $772.83 | $7,532.21 | $250.68 | $6,300.68 |
| 10/21/2010 | FELIX LLANOS | V005307 | 1720002 | 45-232-200 | LCD & Television Mounts | Ergotron 200 Series Wall Mount | 1 | $263.56 | $263.56 | $813.08 | $48.13 | $590.49 |
| 10/21/2010 | FELIX LLANOS | V305013 | 630122 | A3L791-01BL-01BL-CDW | Networking Cables | CDW 1' Cat5e or CAT5 RJ45 Patch Cable Blue | 45 | $1.25 | $56.25 | $134.24 | $11.58 | $145.82 |
| 10/21/2010 | FELIX LLANOS | V305013 | 635111 | A3L791-01BL-01BL-CDW | Networking Cables | CDW 1' Cat5e or CAT5 RJ45 Patch Cable Blue | 45 | $1.25 | $56.25 | $134.24 | $11.58 | $145.82 |
| 10/21/2010 | FELIX LLANOS | V305013 | 179663 | A3L791-06-BLU | Networking Cables | CDW 5' Cat5e or CAT5 RJ45 Patch Cable Blue | 25 | $1.69 | $42.25 | $103.26 | $11.58 | $209.49 |
| 10/20/2010 | DAVE LEVESQUE | VHP4471 | 1858080 | WM250/WP100A | Keyboard & Keypads | | | | | | |
| 10/20/2010 | DAVE LEVESQUE | VHJ4895 | 1391050 | WH251UT#ABA | Notebook Computers | HP EliteBook 8540p - Core i5 520M 2.4 GHz - 15.6" TFT | 1 | $1,289.60 | $1,289.60 | $5,436.12 | $126.57 | $1,532.69 |
| 10/19/2010 | EFRAIN MORALES | VHJ4895 | 1825052 | AT812AA#ABA | Configurations | HP memory - 2 GB - SO DIMM 204-pin - DDR3 | 2 | $138.00 | $138.00 | $5,436.12 | $126.57 | $1,532.69 |
| 10/19/2010 | EFRAIN MORALES | VHJ4895 | 2069730 | HW197UT#ABA | Configurations | CDW HARDWARE INSTALL FOR DESKTOP/NOTEBOOK/PRINTER | 1 | $0.00 | $0.00 | $5,436.12 | $126.57 | $1,532.69 |
| 10/19/2010 | FELIX LLANOS | VHJ5066 | 1956131 | PSI500-GUSP | Rack Mount Surge Suppressors | APC Power Distribution Unit | 1 | $877.85 | $877.85 | $5,850.48 | $77.90 | $955.75 |
| 10/19/2010 | FELIX LLANOS | VG27456 | 1446741 | EA150M-K | LCD Monitors | NEC MultiSync EA150M 15" LCD | 1 | $209.13 | $209.13 | $504.54 | $27.03 | $331.57 |
| 10/18/2010 | EFRAIN MORALES | V095873 | 270053 | AP9551 | Rack Mount Surge Suppressors | APC Power Distribution Unit | 1 | $149.02 | $149.02 | $504.54 | $27.03 | $331.57 |
| 10/16/2010 | DAVE LEVESQUE | V438573 | 2035497 | MC035LL/A | Handheld Device Accessories | | | | | | |
| 10/16/2010 | DAVE LEVESQUE | V005949 | 190964 | F8V102-12-AK | Cables | Belkin 12' Pro Series Super Headset Coiled Cord, Black | 5 | $28.56 | $142.80 | $304.54 | $27.03 | $331.57 |
| 10/14/2010 | DAVE LEVESQUE | VG38493 | 664961 | KTH8348/2G | Server Memory | IOGEAR USB to DB9 Serial Adapter | 1 | $78.78 | $78.78 | $135.12 | $34.84 | $427.47 |
| 10/13/2010 | DAVE LEVESQUE | VG63391 | 201216 | GUCE22A | USB Adapters | Philips 2408102 24AK Wide LCD | 25 | $24.23 | $24.23 | $55.52 | $4.93 | $60.45 |
| 10/11/2010 | FELIX LLANOS | VR35946 | 1304558 | 2408102427 | Monitors & Projectors | SCRIPT QUEST CHANGEAID 21 STD 500-2X | 365 | $139.96 | $139.96 | $362.27 | $25.36 | $387.63 |
| 10/11/2010 | EFRAIN MORALES | VG50096 | 172319 | 5003125-AJ-USP | Management Software | SCRIPT QUEST CHANGEAID 25 500-2X LY | 365 | $10.99 | $4,022.35 | $4,022.35 | $52.30 | $6,376.00 |
| 10/8/2010 | EFRAIN MORALES | VG45096 | 1740299 | GUC-USB-USP | Management Software | StarTech.com 185-SATA to 8-port 4-lpht 4-pin SATA Serial ATA Cable | 1 | $10.59 | $4,022.35 | $4,022.35 | $8,022.30 | $34,734.70 |
| 10/7/2010 | EFRAIN MORALES | VFC7495 | 870118 | SATA18R41 | IDE Drive Cables | Ergotron mounting component | 10 | $3.64 | $36.40 | $44.66 | $3.99 | $48.95 |
| 10/6/2010 | FELIX LLANOS | VFL4205 | 302479 | 60-305-200 | Mount Accessories | Ergotron mounting component | 1 | $129.86 | $129.86 | $135.24 | $12.00 | $147.24 |
| 10/6/2010 | FELIX LLANOS | VFC6574 | 352479 | 60-305-200 | Mount Accessories | Ergotron mounting component | 1 | $129.86 | $129.86 | $135.24 | $12.00 | $147.24 |
| 10/6/2010 | FELIX LLANOS | VGC6574 | 302479 | 60-305-200 | Mount & Carts | 2 - CDW Internal Use/Service Pts | 1 | $138.00 | $135.24 | $135.24 | $12.00 | $147.24 |
| 10/6/2010 | IVAN BAEZ | VAN4415 | 2069715 | 5MT1500 | UPS/Battery Backups | APC Smart-UPS 1500 LCD | 2 | $512.72 | $1,025.44 | $5,099.59 | $99.97 | $1,199.56 |
| 9/30/2010 | EFRAIN MORALES | VCG6957 | 1105013 | V370SDTM#ABA | Desktop Computers | HP Compaq 6005 Pro - All-in-One PC 220 2.8 GHz | 1 | $626.37 | $626.37 | $5,640.20 | $56.83 | $697.02 |
| 9/28/2010 | EFRAIN MORALES | VWC4784 | 1250730 | V370SS#ABA | Mount & Carts | HP MultiSeat t100 Thin Client - 1 GHz | 3 | $563.07 | $563.07 | $5,640.20 | $56.83 | $697.02 |
| 9/28/2010 | DAVE LEVESQUE | VCK4844 | 11408 | AOR | Do Not Use | HP 90W Smart AC Adapter works with 8440P/8540P | 1 | $28.56 | $57.12 | $661.05 | $58.67 | $719.72 |
| 9/28/2010 | DAVE LEVESQUE | VCS6353 | 949944 | ED405AA#ABA | Power Adapters | | | | | | |
| 9/28/2010 | DAVE LEVESQUE | VG51062 | 1918862 | | Backup/Archive/Storage Software | Symantec Backup Exec Recovery 2010 Desktop Edition - competitive upg | 2 | $92.15 | $92.15 | $201.11 | $4.98 | $110.00 |
| 9/27/2010 | FELIX LLANOS | VW79555 | 1958713 | CF-H483WCZ2AM | Computers | Panasonic Toughbook H1 - 1.2 GHz - 12.1" | 5 | $59.00 | $295.00 | $1,327.17 | $117.78 | $1,444.95 |
| 9/27/2010 | FELIX LLANOS | V004933 | 200429300 | 20094130 | Computers | Panasonic Toughbook H1 - 1.2 GHz - 10.4" TFT | 5 | $1,312.03 | $1,312.03 | $5,317.89 | $494.93 | $1,444.95 |
| 9/24/2010 | EFRAIN MORALES | VBH3814 | 1522008 | 6X30-5200 | Drive Arrays | StarTech 5.25" Tray-Less SATA Hot-Swap Hard Drive Bay - SATA-300 | 13 | $53.84 | $699.84 | $5,470.05 | $565.68 | $5,956.63 |
| 9/24/2010 | EFRAIN MORALES | VBH3814 | 1457207 | H3X1005#TABA | Computers | StarTech 5.25" Tray-Less SATA Hot-Swap Hard Drive Bay - Storage mobile rack | 13 | $53.84 | $699.84 | $5,470.05 | $164.43 | $5,956.63 |
| 9/24/2010 | EFRAIN MORALES | VBH3814 | 2062197 | H3X1005#ABA | Configurations | CDW HARDWARE INSTALL FOR DESKTOP/NOTEBOOK/PRINTER | 1 | $0.00 | $3,667.85 | $5,852.74 | $164.43 | $5,956.63 |
| 9/24/2010 | EFRAIN MORALES | VBH3814 | 2062197 | H3X1005#ABA | CDW Delivered Services | CDW HARDWARE INSTALL extended service agreement | 1 | $0.00 | $0.00 | $5,852.74 | $164.43 | $5,956.63 |
| 9/24/2010 | EFRAIN MORALES | VBH3814 | 338530 | ASSETTA6U/INSTALL | CDW Delivered Services | Cisco SMARTnet extended service agreement | 1 | $561.80 | $561.80 | $5,852.74 | $164.43 | $5,956.63 |
| 9/21/2010 | EFRAIN MORALES | VBP3195 | 2069311 | WS-C2960G-24TS-L | Fixed (Managed) Switches | Cisco Catalyst 2960G-24TS-L - switch - 24 ports - managed - rack-mountable | 1 | $2,707.30 | $2,707.30 | $2,294.94 | $164.43 | $2,977.01 |
| 9/21/2010 | EFRAIN MORALES | VBP3195 | 1709189 | HW1NSTALL/LTPRT | Configurations | CDW HARDWARE INSTALL FOR DESKTOP/NOTEBOOK/PRINTER | 1 | $0.00 | $0.00 | $2,294.94 | $164.43 | $2,977.01 |
| 9/20/2010 | EFRAIN MORALES | T6X6008 | 2069201 | WS-C2960G-24TS-L | Ethernet Switches | Cisco Catalyst 2960G-24TS-L - switch - 24 ports | 1 | $2,707.30 | $2,707.30 | $3,130.36 | $103.58 | $2,880.70 |
| 9/20/2010 | FELIX LLANOS | T3N7988 | 1928738 | 3E60-7-GS | 3rd Party Delivered Services | Plantronics Voyager PRO UC WG230/B - Bluetooth headset | 1 | $479.99 | $479.99 | $5,245.96 | $510.58 | $1,356.47 |
| 9/17/2010 | FELIX LLANOS | T3X3353 | 1928738 | 3Y637-GS | Collaboration & IP Telephony | Plantronics Voyager PRO UC WG230/B - Bluetooth headset | 1 | $479.99 | $479.99 | $5,245.96 | $510.58 | $1,356.47 |
| 9/17/2010 | FELIX LLANOS | T8K4462 | 2030331 | F8J118-3-GOLD | USB Cables & Hubs | Belkin 3' Gold Series Hi-Speed USB 2.0 Cable | 5 | $13.12 | $65.60 | $539.19 | $12.37 | $513.41 |
| 9/17/2010 | FELIX LLANOS | T3X4125 | 356174 | F8J118-3-GOLD | Business Software | Sage ACT! Premium 2011 - license | 4 | $486.50 | $1,946.00 | $5,346.00 | $572.71 | $1,118.71 |
| 9/15/2010 | EFRAIN MORALES | T2X9133 | 1375476 | 9908M#ABA | Ethernet Switches | Matrox M9140 Video Card | 1 | $2,016.92 | $2,040.58 | $2,040.38 | $338.08 | $2,231.46 |
| 9/15/2010 | FELIX LLANOS | T1C2372 | 1322048 | M9140-E512LA# | Video Cards | StarTech 5.25" Tray-Less SATA Hot-Swap Hard Drive Bay - Storage mobile rack | 5 | $561.80 | $1,133.60 | $6,601.07 | $585.85 | $7,186.92 |
| 9/15/2010 | FELIX LLANOS | T1C2372 | 1105977 | H3X1005#ABA | Single Drive Enclosures | StarTech 5.25" Tray-Less SATA Hot-Swap Hard Drive Bay - Storage mobile rack | 5 | $518.82 | $99.10 | $6,601.07 | $585.85 | $7,186.92 |
| 9/15/2010 | EFRAIN MORALES | T1C2372 | 1450319 | H3X1005#ABA | Internal Desktop Hard Drives | StarTech 2-Bay SATA Hot-Swap Hard Drive Enclosure | 5 | $518.82 | $545.09 | $6,601.07 | $585.85 | $7,186.92 |
| 9/15/2010 | EFRAIN MORALES | T1C2372 | 2069777 | FPNDSU7#ABA | Tools | StarTech.com 7 Piece Precision Screwdriver Computer Tool Kit - screwdriver | 1 | $518.82 | $518.82 | $6,601.07 | $585.85 | $7,186.92 |
| 9/15/2010 | EFRAIN MORALES | VEC6020 | 2069777 | FPNDSU7#ABA | Computers | HP Workstation Z600 - Xeon E5640 2.66 GHz | 1 | $5.00 | $5.00 | $471.22 | $585.85 | $7,186.92 |
| 9/15/2010 | FELIX LLANOS | VEC6020 | 2109161 | BAC11TR#ABA | IDE Drive Cables | Cables Unlimited storage controller - IDE / SATA-150 - Hi-Speed USB | 1 | $35.07 | $35.07 | $5,045.66 | $585.85 | $7,186.92 |

| Date | Rep | Item # | Description | Category | Qty | Price | Ext. |
|---|---|---|---|---|---|---|---|
| 9/1/2010 | FELIX LLANOS | TXC2872 | 1706169 HWINSTALLD/LTLPRT | Configurations | 2 | $10.00 | $20.00 | $660.07 | $7,186.90 |
| 9/1/2010 | FELIX LLANOS | TXC0565 | 1038122 USB-2110 | SCSI/IDE/Floppy Cables | 1 | $35.07 | $70.14 | $79.29 | $46.33 |
| 9/1/2010 | EFRAIN MORALES | TXB3674 | 2033845 MC672J/LA | Computers | 2 | $1,782.56 | $3,565.12 | $2,245.40 | $2,444.68 |
| 9/1/2010 | EFRAIN MORALES | TWB3674 | 588372 G41CLTSA | Computer Accessories | 1 | $70.30 | $70.30 | $2,245.40 | $2,444.68 |
| 9/1/2010 | FELIX LLANOS | TWB3674 | 1920604 MC235UL/A | Tablets | 1 | $299.00 | $299.00 | $2,245.40 | $2,444.68 |
| 9/1/2010 | EFRAIN MORALES | TXC2757 | 644323 PF216 | Monitor, Display & TV Accessories | 6 | $78.62 | $471.72 | $548.04 | $556.57 |
| 9/1/2010 | FELIX LLANOS | TX4804 | 1956380 21416000 | Hard Drives | 6 | $143.10 | $858.60 | $949.95 | $527.76 |
| 9/1/2010 | FELIX LLANOS | TY3545 | 2035446 MC647LL/A | Tablets & Tablet PCs | 2 | $818.34 | $1,636.68 | $840.19 | $914.77 |
| 9/1/2010 | FELIX LLANOS | TY0782 | 1958788 386720J | Plantronics Voyager PRO UC WG200/B – headset | 3 | $101.45 | $304.68 | $907.40 | $598.04 |
| 9/1/2010 | FELIX LLANOS | TY5592 | 2172005 371000SSA103-RK | Collaboration & IP Telephony | 1 | $596.54 | $596.54 | $950.44 | $988.04 |
| 9/1/2010 | FELIX LLANOS | TXC3361 | 1302265 33-323-200 | External Drives | 6 | $590.45 | $3,542.70 | $6,148.89 | $6,694.60 |
| 9/1/2010 | FELIX LLANOS | TXC3361 | 1764961 ST310005N4A10-RK | Computer Stands & Carts | 6 | $525.04 | $3,150.24 | $6,148.89 | $6,694.60 |
| 9/1/2010 | FELIX LLANOS | TY0780 | 1769356 386720J | Mounts & Carts | 3 | $101.45 | $304.68 | $6,148.89 | $6,694.60 |
| 9/1/2010 | FELIX LLANOS | TWH0614 | 1951848 Q3921A | Monitors & Projectors | 3 | $229.25 | $687.75 | $641.31 | $655.26 |
| 9/1/2010 | FELIX LLANOS | TWK0614 | 1959502 FLST507PMBA | Computers | 3 | $869.17 | $899.27 | $5,641.99 | $5,787.71 |
| 9/1/2010 | FELIX LLANOS | TWN0614 | 588372 G41CLTSA | Network Interface Adapters (NIC) | 1 | $23.87 | $23.87 | $5,641.99 | $5,787.71 |
| 9/1/2010 | FELIX LLANOS | TWN0614 | 1426141 K51214L4 | Ethernet Adapters | 2 | $256.80 | $50.00 | $5,641.99 | $5,787.71 |
| 9/1/2010 | FELIX LLANOS | TWN0614 | 1706169 HWINSTALLD/LTLPRT | Video Cards | 1 | $50.00 | $50.00 | $5,641.99 | $5,787.71 |
| 9/1/2010 | FELIX LLANOS | TWN0614 | 1734253 F0699UT | Workstations | 1 | $596.17 | $596.17 | $5,641.99 | $5,787.71 |
| 9/1/2010 | EFRAIN MORALES | TWN0614 | 1625768 PRIORTY/NEXTALL | System Memory (RAM) | 1 | $0.00 | $0.00 | $5,641.99 | $5,787.71 |
| 9/1/2010 | FELIX LLANOS | TXB334 | 1706169 HWINSTALLD/LTLPRT | Configurations | 1 | $50.00 | $50.00 | $5,641.99 | $5,787.71 |
| 9/1/2010 | FELIX LLANOS | TWN0614 | 534223 INSTALLIMAGEZ | Configurations | 1 | $29.00 | $29.00 | $5,641.99 | $5,787.71 |
| 9/1/2010 | FELIX LLANOS | TWN0614 | 1620768 PRIORTY/NEXTALL | Configurations | 1 | $0.00 | $0.00 | $5,641.99 | $5,787.71 |
| 9/1/2010 | FELIX LLANOS | TWK0614 | 534223 INSTALLIMAGEZ | Configurations | 1 | $29.00 | $29.00 | $5,641.99 | $5,787.71 |
| 9/1/2010 | EFRAIN MORALES | TY0618 | 1320825 UXB-D7D | Computers & Carts | 1 | $665.27 | $665.27 | $5,289.01 | $5,838.55 |
| 9/1/2010 | FELIX LLANOS | TY8333 | 1726353 FLST507PMBA | Workstations | 3 | $23.87 | $71.61 | $5,209.01 | $5,838.55 |
| 9/1/2010 | FELIX LLANOS | TY8333 | 1522008 M914D4S312AF | Video Cards & Imaging | 1 | $561.80 | $561.80 | $2,809.01 | $5,838.55 |
| 9/1/2010 | FELIX LLANOS | TY8333 | 1724153 F0699UT | Memory | 1 | $596.17 | $596.17 | $5,209.01 | $5,838.55 |
| 9/1/2010 | FELIX LLANOS | TY8333 | 1625768 PRIORTY/NEXTALL | System Memory (RAM) | 1 | $0.00 | $0.00 | $5,209.01 | $5,838.55 |
| 9/1/2010 | FELIX LLANOS | TY8333 | 1706169 HWINSTALLD/LTLPRT | Configurations | 1 | $50.00 | $50.00 | $5,209.01 | $5,838.55 |
| 9/1/2010 | FELIX LLANOS | TY8333 | 534223 INSTALLIMAGEZ | Configurations | 1 | $29.00 | $29.00 | $5,209.01 | $5,838.55 |
| 9/1/2010 | EFRAIN MORALES | TG3395 | 1894607 CE740AMBGJ | Printers, Scanners & Print Supplies | 2 | $210.03 | $210.03 | $5,356.26 | $5,831.66 |
| 9/1/2010 | EFRAIN MORALES | TG3395 | 2147184 EA190M-86-85TK | 2 - CDW Internal Use/Service Pts | 1 | $160.00 | $160.00 | $5,356.26 | $5,831.66 |
| 9/1/2010 | EFRAIN MORALES | TG3395 | 2147384 EA190M-86-85TK | 2 - CDW Internal Use/Service Pts | 1 | $160.00 | $160.00 | $5,356.26 | $5,831.66 |
| 9/1/2010 | EFRAIN MORALES | TG3395 | 2147184 EA190M-86-85TK | 2 - CDW Internal Use/Service Pts | 1 | $160.00 | $160.00 | $5,356.26 | $5,831.66 |
| 9/1/2010 | EFRAIN MORALES | TG3395 | 2146798 EA190M-86-85TK | 2 - CDW Internal Use/Service Pts | 1 | $160.00 | $160.00 | $5,356.26 | $5,831.66 |
| 9/1/2010 | EFRAIN MORALES | TG3395 | 2147387 EA190M-86-85TK | 2 - CDW Internal Use/Service Pts | 1 | $160.00 | $160.00 | $5,356.26 | $5,831.66 |
| 9/1/2010 | EFRAIN MORALES | TG3395 | 2147384 EA190M-86-85TK | 2 - CDW Internal Use/Service Pts | 1 | $160.00 | $160.00 | $5,356.26 | $5,831.66 |
| 9/1/2010 | EFRAIN MORALES | TNM3171 | 1481899 GG16040 | Computer Accessories | 9 | $14.99 | $59.94 | $123.10 | $134.03 |
| 9/1/2010 | EFRAIN MORALES | TG3375 | 721510 NV013-002 | Flash Memory Accessories | 1 | $15.62 | $15.62 | $247.12 | $255.79 |
| 4/27/2010 | FELIX LLANOS | TG3180 | 1341904 A61S32L9L8 | Pad Accessories & Accessories | 3 | $40.85 | $40.85 | $247.62 | $255.65 |
| 4/23/2010 | EFRAIN MORALES | TG3300 | 1258709 V3-GX112-85TK | Laser printer | 1 | $540.83 | $540.83 | $202.86 | $46.02 |
| 4/23/2010 | FELIX LLANOS | TG3562 | 1345464 C3-842X | Quantum LTO Ultrium GX × LTO 4 accessory kit | 4 | $665.06 | $665.06 | $150.71 | $97.40 |
| 4/23/2010 | EFRAIN MORALES | TG3562 | 1794547 9 J90H20 | Quantum LTO Ultrium-2 Pack 24 = 800 GB | 4 | $144.71 | $578.84 | $180.75 | $195.70 |
| 4/24/2010 | EFRAIN MORALES | TRA3168 | 1391011 7038032 | Inkjet Cartridges & Print Feeds | 1 | $141.02 | $141.02 | $187.50 | $204.13 |
| 4/24/2010 | FELIX LLANOS | TY2556 | 1891019 H0K0UTMBA | Ink, Toner & Print Supplies | 2 | $44.82 | $89.64 | $746.45 | $816.13 |
| 4/24/2010 | EFRAIN MORALES | TXC2556 | 2079344 WH335UTMBA | Notebook | 1 | $624.27 | $624.27 | $746.61 | $816.13 |
| 4/24/2010 | EFRAIN MORALES | TR13627 | 147304 UX709E | 3rd Party Delivered Services | 1 | $151.49 | $151.49 | $151.49 | $164.94 |
| 8/11/2010 | FELIX LLANOS | TY0780 | 588296 383 | Collaboration & IP Telephony | 1 | $283.21 | $566.42 | $907.40 | $598.04 |
| 8/11/2010 | EFRAIN MORALES | TG0718 | 1764668 3709F51G08 | Video Cards | 6 | $575.83 | $575.83 | $575.83 | $175.63 |
| 8/11/2010 | FELIX LLANOS | TG07718 | 11408 AOR | ADVANCED ORDER REPLACE CDW | 1 | $0.00 | $0.00 | $575.83 | $175.63 |
| 8/11/2010 | FELIX LLANOS | TG07172 | 2105809 IN45610-250-TK | Extended Warranties | 1 | $575.83 | $575.83 | $575.83 | $175.63 |
| 8/11/2010 | IVAN BAEZ | TG05722 | 2135594 V3F-89L12-85TK | External Hard Drives | 1 | $51.83 | $51.83 | $222.78 | $241.99 |
| 8/11/2010 | IVAN BAEZ | TG05722 | 1359914 C72564MLC2407 | System Memory (RAM) | 1 | $51.83 | $51.83 | $222.78 | $241.99 |
| 8/11/2010 | DAVE LEVESQUE | TG05722 | 1359914 C72564MLC2407 | Workstations | 1 | $51.83 | $51.83 | $222.78 | $241.99 |
| 8/11/2010 | FELIX LLANOS | TG09739 | USF74C | 3rd Party Delivered Services | 1 | $186.07 | $186.07 | $168.07 | $215.42 |
| 8/11/2010 | FELIX LLANOS | TG09739 | 1535045 CC456AABA | Printers, Scanners & Print Supplies | 6 | $596.56 | $596.56 | $1,021.25 | $1,112.30 |
| 8/11/2010 | EFRAIN MORALES | TPN3800 | 1535394 CC530A | Ink, Toner & Print Supplies | 1 | $117.48 | $117.48 | $1,021.25 | $1,112.30 |
| 8/11/2010 | EFRAIN MORALES | TPN3800 | 1535441 CC531A | Laser Printer Toners | 1 | $115.60 | $115.60 | $1,021.25 | $1,112.30 |
| 8/11/2010 | EFRAIN MORALES | TPN3800 | 1535395 CC532A | Laser Printer Toners | 1 | $115.60 | $115.60 | $1,021.25 | $1,112.30 |
| 8/11/2010 | EFRAIN MORALES | TPN3800 | 1535305 CC533A | Laser Printer Toners | 1 | $115.60 | $115.60 | $1,021.25 | $1,112.30 |
| 8/11/2010 | EFRAIN MORALES | TPN3800 | 1535441 COUPON | Computer Accessories | 1 | ($520.00) | ($520.00) | $1,021.25 | $1,112.30 |
| 8/11/2010 | EFRAIN MORALES | TY9134 | 1974898 910-000928 | Mice & Trackballs | 2 | $35.29 | $70.58 | $480.46 | $523.10 |
| 8/11/2010 | EFRAIN MORALES | TY9134 | 1489026 910-001820 | Mice & Trackballs | 2 | $102.89 | $205.98 | $480.46 | $523.10 |
| 8/11/2010 | EFRAIN MORALES | TY0004 | 1489789 WS1048D8 | Hard Drives | 1 | $97.66 | $53.52 | $460.26 | $523.10 |
| 8/11/2010 | IVAN BAEZ | TXC0055 | 1960199 FLM507PMBA | Workstations | 1 | $1,133.62 | $1,133.62 | $1,133.03 | $5,451.33 |
| 8/11/2010 | EFRAIN MORALES | TXC0055 | 2094205 V3F-89L12-85TK | Video Cards & Imaging | 1 | $175.65 | $175.65 | $1,333.03 | $5,451.33 |
| 8/11/2010 | EFRAIN MORALES | TXC0055 | 203856 WH1MBA | CDW Internal Use/Service Pts | 1 | $33.10 | $33.10 | $987.23 | $1,072.37 |
| 8/11/2010 | EFRAIN MORALES | TXC0055 | 1889842 J925BAMBA | Ink, Toner & Print Supplies | 1 | $764.08 | $764.08 | $987.23 | $1,072.37 |
| 8/11/2010 | EFRAIN MORALES | TXC0055 | 203896 J925BAM | Ethernet Switches | 1 | $33.10 | $33.10 | $987.23 | $1,072.37 |
| 8/11/2010 | EFRAIN MORALES | TNN9501 | 1990416 IN45501TMABA | Computers | 1 | $1,584.16 | $1,584.16 | $1,666.31 | $1,814.20 |
| 8/12/2010 | EFRAIN MORALES | TNP2896 | 975162 C5S | Headsets | 12 | $3.54 | $107.81 | $42.48 | $50.02 |
| 8/12/2010 | FELIX LLANOS | TNT77154 | A357DG11S-CDW | Networking Cables | 12 | $3.54 | $3.54 | $129.70 | $140.40 |
| 8/12/2010 | FELIX LLANOS | TNJ7488 | 1777154 A357DG11WS-CDW | Category 5 ETP Cables (Ethernet) | 12 | $3.54 | $42.48 | $129.70 | $140.40 |

| Date | Salesperson | Code | Number | Part No | Category | Description | Qty | Unit | Amount 1 | Amount 2 | Amount 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/11/2010 | FELIX LLANOS | TNV049 | 522335 | PT-1400 | Thermal Printers | Brother P-Touch PT-1400 | 1 | $93.81 | $93.81 | $156.68 | $169.61 |
| 8/12/2010 | FELIX LLANOS | TNV068 | 89565 | TZ231 | Printer Paper & Media | Brother 3/8" Black on White Laminated Tape | 1 | $13.91 | $13.91 | $156.68 | $169.61 |
| 8/9/2010 | FELIX LLANOS | TNV052 | 52235 | PT-1400 | Thermal Printers | Brother P-Touch PT-1400 | 1 | $93.81 | $93.81 | $146.47 | $158.56 |
| 8/9/2010 | FELIX LLANOS | TNV212 | 83663 | TZ221 | Printer Paper & Media | Brother 3/8" Black on White Laminated Tape | 1 | $13.91 | $13.91 | $146.47 | $158.56 |
| 8/9/2010 | DAVE LEVESQUE | TNV4234 | 1732330 | 507127-B21 | Enterprise Hard Drives | HP Dual Port Enterprise - hard drive - 300 GB - SAS-2 | 3 | $502.54 | $1,507.62 | $1,745.62 | $1,900.54 |
| 8/9/2010 | IVAN BAEZ | TN0436 | 120124 | LC-VM | LCD Monitors & Accessories | NEC EROGTRON D3200 Dual Monitor Stand | 1 | $108.57 | $108.57 | $61.58 | $62.31 |
| 8/4/2010 | IVAN BAEZ | TN04526 | 127047 | 33-422-200 | Computer Stands & Carts | EROGTRON D3200 Dual Monitor Stand | 1 | $61.58 | $61.58 | $61.58 | $62.31 |
| 8/6/2010 | FELIX LLANOS | TN07508 | 2058510 | M12652M/A | Handheld Device Accessories | Apple iPad Case | 1 | $37.73 | $37.73 | $39.07 | $42.53 |
| 8/6/2010 | FELIX LLANOS | TN07508 | 2058510 | M12652M/A | Handheld Device Accessories | Apple iPad Case | 5 | $37.73 | $188.65 | $39.07 | $42.53 |
| 8/4/2010 | IVAN BAEZ | 1422407 | P11VT3 | | Power Strips/Surge Suppressors | APC SurgeArrest Performance - surge suppressor | 1 | $78.62 | $78.62 | $53.21 | $51,327.32 |
| 8/4/2010 | IVAN BAEZ | TN02369 | 464233 | PF10-0 | Privacy & Anti-Glare Filters | 3M PF10.0 LCD Privacy Filter | 9 | $78.62 | $707.58 | $53.21 | $51,327.32 |
| 8/4/2010 | CRAIG LITCHMORE | TL5474 | 1887032 | AV831SULL/B | MP3 Player Accessories | Apple USB Power Adapter - power adapter | 10 | $68.91 | $880.11 | $51.23 | $51,327.32 |
| 8/5/2010 | CRAIG LITCHMORE | TL5454 | 1997027 | V8ET/UFKABA | Computers | HP Compaq Elite 8100 - Core i5 650 3.2 GHz | 1 | $880.71 | $880.71 | $51.23 | $51,327.32 |
| 8/5/2010 | CRAIG LITCHMORE | TL5474 | 1953597 | AT02A47 | System Memory (RAM) | HP memory - 2 GB - DIMM 240-pin - DDR3 | 1 | $147.99 | $147.99 | $205.89 | $2,476.74 |
| 8/5/2010 | CRAIG LITCHMORE | TL5474 | 1973497 | INSTALLMENT | Configurations | CDW INSTALL/LABOR/CONSULT | 1 | $10.00 | $10.00 | $205.89 | $2,476.74 |
| 8/5/2010 | CRAIG LITCHMORE | TL5576 | 1953508 | PRIORITY-INSTALL | Configurations | CDW INSTALL PRIORITY SERVICE | 1 | $50.00 | $50.00 | $205.89 | $2,476.74 |

_Note: the remainder of this page is a continuation of the detailed line-item table. Owing to the density and resolution of the scanned image, a faithful cell-by-cell transcription of every remaining row could not be produced reliably._

| Date | Rep | Num | Part # | Category | Subcategory | Description | Qty | Price | Price | Price | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/7/2010 | DAVE LEVEQUE | 159370 | SXSHE14PHD | Rack Mounting Equipment | Rack Mounting Accessories | Tripp Lite Rack Enclosure Cabinet Heavy Duty Fixed Shelf 250lb Capacity | 2 | $67.35 | $174.70 | $9,984.03 | $0.00 | $10,782.77 |
| 7/7/2010 | DAVE LEVEQUE | 1196579 | PQUAH15 | Surge Suppressors | Surge Suppressors | Tripp Lite PDU Metered 120V 15A 5-15R 13-Outlet 5-15P Horizontal 1URM | 1 | $89.15 | $89.15 | $9,984.03 | $0.00 | $10,782.77 |
| 7/7/2010 | DAVE LEVEQUE | 179683 | A3L791-06-BLU | Networking Cables | Category 5 TP Cables (Ethernet) | Belkin 6' CAT5e or CAT5 RJ45 Patch Cable Blue | 1 | $44.48 | $53.78 | $9,984.03 | $0.00 | $10,782.77 |
| 7/7/2010 | DAVE LEVEQUE | 34109 | A3L791-03-BLU-S | Networking Cables | Category 5 TP Cables (Ethernet) | Belkin 3' CAT5e or CAT5 Snagless RJ45 Patch Cable Blue | 25 | $4.39 | $109.75 | $9,984.03 | $0.00 | $10,782.77 |
| 7/7/2010 | DAVE LEVEQUE | 103362 | A3L791-01-WHT-S | Networking Cables | Category 5 TP Cables (Ethernet) | Belkin 1' CAT5e or CAT5 Snagless RJ45 Patch Cable White | 23 | $3.61 | $83.03 | $9,984.03 | $0.00 | $10,782.77 |
| 7/7/2010 | DAVE LEVEQUE | 2024579 | LH40S5501P2ZA | Televisions & Video Equipment | Televisions | Samsung 550 PD HDTV LED49 460in 1920x1080 WXGA (Trade Compliant) | 1 | $60.61 | $60.61 | $9,984.03 | $0.00 | $10,782.77 |
| 7/7/2010 | DAVE LEVEQUE | 1644079 | 60-600-00 | Mounts & Carts | LCD & Television Mounts | Ergotron Tilt Tilting Wall Mount Mounting Kit | 2 | $84.65 | $169.30 | $9,984.03 | $0.00 | $10,782.77 |
| 7/7/2010 | DAVE LEVEQUE | 74116 | A3L791-14-WHT-S | Networking Cables | Category 5 TP Cables (Ethernet) | Belkin 14' CAT5e or CAT5 Snagless RJ45 Patch Cable White | 12 | $6.43 | $77.16 | $9,984.03 | $0.00 | $10,782.77 |
| 7/7/2010 | DAVE LEVEQUE | 65878 | SR2DUR | Racks and Enclosures | Racks Mounting Equipment | Tripp Lite 2U Rack Enclosure Server Cabinet w Doors & Sides SPECIAL PRICE | 1 | $799.00 | $799.00 | $9,984.03 | $0.00 | $10,782.77 |
| 7/7/2010 | DAVE LEVEQUE | 1993582 | P837S4T4RAM | Computers | Workstations | HP ELITE Workstation Z600 | 2 | $841.44 | $4,207.88 | $10,011.36 | $0.00 | $10,939.87 |
| 7/7/2010 | DAVE LEVEQUE | 568872 | GA311NA | Network Interface Adapters (NIC) | Ethernet Adapters | NETGEAR GA311 Gigabit PCI Adapter | 6 | $23.87 | $143.22 | $10,011.36 | $0.00 | $10,939.87 |
| 7/7/2010 | DAVE LEVEQUE | 1012058 | MAG-46-STZP | GW Delivered Services | Video Cards | Matrox M9140 Video Card | 6 | $259.41 | $1,556.46 | $10,011.36 | $0.00 | $10,939.87 |
| 7/7/2010 | DAVE LEVEQUE | 1503388 | HAGG-PLG01PT | GW Delivered Services | Configurations | CDW HAGG Reimage for HP DESKTOP/NOTEBOOK/PRINTER | 6 | $29.00 | $174.00 | $10,011.36 | $0.00 | $10,939.87 |
| 7/7/2010 | DAVE LEVEQUE | 534123 | INSTALIMAGEZ | GW Delivered Services | Configurations | CDW Install Custom Created Image on desktop or notebook system | 6 | $29.00 | $174.00 | $10,011.36 | $0.00 | $10,939.87 |
| 7/6/2010 | DAVE LEVEQUE | 1474353 | PRIORITY-INSTALL | GW Delivered Services | Servers | HP memory - 2 GB - DIMM 240-pin - DDR3 | 4 | $45.22 | $90.44 | $10,011.36 | $0.00 | $10,939.87 |
| 7/6/2010 | DAVE LEVEQUE | 163728 | PRIORITY-INSTALL | GW Delivered Services | Memory (RAM) | HP Delta Electronics | 4 | $0.00 | $0.00 | $10,011.36 | $0.00 | $10,939.87 |
| 7/6/2010 | DAVE LEVEQUE | 338520 | ASSETTAGW/INSTALL | GW Delivered Services | Configurations | CDW/CDWG Asset Tag Install With another Configuration Service per item | 6 | $0.00 | $0.00 | $10,011.36 | $0.00 | $10,939.87 |
| 7/6/2010 | DAVE LEVEQUE | 209907 | 583967-001 | Servers | x86 Based Servers | HP ProLiant DL380 G7 Base - Xeon E5640 2.66 GHz - Monitor : none. | 1 | $3,638.65 | $3,638.65 | $9,007.16 | $0.00 | $9,904.53 |
| 7/6/2010 | DAVE LEVEQUE | 1722658 | S122PS-BLU | Enterprise Hard Drives | Hard Drives | HP Dual Port Enterprise - hard drive - 72 GB - SAS-2 | 3 | $531.11 | $1,593.33 | $9,007.16 | $0.00 | $9,904.53 |
| 7/6/2010 | DAVE LEVEQUE | 1723330 | 507127-821 | Enterprise Hard Drives | Hard Drives | HP Dual Port Enterprise - hard drive - 300 GB - SAS-2 | 4 | $517.89 | $2,071.56 | $9,007.16 | $0.00 | $9,904.53 |
| 7/6/2010 | DAVE LEVEQUE | 2186283 | 593204-B21 | Power Adapters | AC/DC External Power Adapters | AC/DC External Power supply - hot-plug / redundant - 460 Watt | 4 | $250.00 | $1,000.00 | $9,007.16 | $0.00 | $9,904.53 |
| 7/6/2010 | DAVE LEVEQUE | 1493801 | 512485-821 | Management Software | Management Software | HP Insight Management Kit | 3 | $147.68 | $443.04 | $9,007.16 | $0.00 | $9,904.53 |
| 7/6/2010 | DAVE LEVEQUE | 1543811 | 481043-B21 | CD, DVD & Blu-Ray Drives | CD, DVD & Blu-Ray Drives | HP DVD±RW drive - Serial ATA | 4 | $123.53 | $123.53 | $9,007.16 | $0.00 | $9,904.53 |
| 7/6/2010 | DAVE LEVEQUE | 2069726 | 587458-B21 | Computer Components | Processors (CPUs) | Intel Xeon E5640 / 2.66 GHz processor | 4 | $1,150.00 | $1,150.78 | $9,007.16 | $0.00 | $9,904.53 |
| 7/6/2010 | DAVE LEVEQUE | 2168318 | PRIORITY-INSTALL | Add-on Processors (CPUs) | Add-on Processors (CPUs) | HP memory - 1 GB - DIMM 240-pin - DDR3 | 9 | $144.97 | $1,304.73 | $9,007.16 | $0.00 | $9,904.53 |
| 7/6/2010 | DAVE LEVEQUE | 1706148 | INVINSTALLSERVER | GW Delivered Services | Configurations | CDW HARDWARE INSTALL FOR SERVER | 1 | $0.00 | $0.00 | $9,007.16 | $0.00 | $9,904.53 |
| 7/6/2010 | DAVE LEVEQUE | 1027997 | AT550A | GW Delivered Services | Miscellaneous Services | CDW power cable | 6 | $0.00 | $0.00 | $9,007.16 | $0.00 | $9,904.53 |
| 7/6/2010 | DAVE LEVEQUE | 1505210 | PRIORITY-INSTALL | GW Delivered Services | 3rd Party Delivered Services | CDW Standard Delivery | 1 | $0.00 | $0.00 | $9,007.16 | $0.00 | $9,904.53 |
| 7/6/2010 | EFRAIN MORALES | TEW7S7Z | A5501-06-BLU | Networking Cables | Category 5 TP Cables (Ethernet) | HP Care Pack Services - 4-hour 24x7 same day hardware support - 3 years | 1 | $696.40 | $696.40 | $666.60 | $0.00 | $758.21 |
| 7/2/2010 | DAVE LEVEQUE | 1112538 | DCAT2AT | GW Delivered Services | GW USB Output Scroll Mouse | Plantronics DA50 Wireless Office Headset System | 3 | $15.67 | $188.04 | $351.82 | $0.00 | $274.17 |
| 7/1/2010 | DAVE LEVEQUE | TDU4643 | 875142 | Headsets | Headsets | VMware vSphere Midsize Acceleration Kit v1 ( 6 x 1 ) license | 4 | $156,979.99 | $156,979.99 | $188.04 | $0.00 | $959.60 |
| 6/30/2010 | DAVE LEVEQUE | TDU6023 | VSA4-AS-6-C | Virtualization Software | Virtualization Software | VMware vCenter Server Standard - technical support - 1 year - f | 1 | $16,825.99 | $16,825.99 | $16,825.99 | $0.00 | $18,456.82 |
| 6/30/2010 | DAVE LEVEQUE | TDG7033 | 91635 | Networking Cables | Category 5 TP Cables (Ethernet) | Tripp Lite PDU Switched 208V / 240V 30A 20 (12) C13 / C19 Outlet L6-30P 0URM | 1 | $16,825.99 | $16,825.99 | $18,456.82 | $0.00 | $18,456.82 |
| 6/30/2010 | EFRAIN MORALES | TDG6710 | POLKVIDAONVRST | Storage Area Networking (SAN) | Host Bus Adapters (HBA) | HP StorageWorks 81B FC+ Fibre Channel Host Bus Adapter Single Port - host | 6 | $648.04 | $3,888.24 | $8,230.89 | $0.00 | $5,961.37 |
| 6/30/2010 | DAVE LEVEQUE | TDG6710 | AP306A | Storage Area Networking (SAN) | Fiber Optic Cables | Linksys Wireless-N 4 Port Adapter with Dual-Band | 6 | $1,091.08 | $4,364.32 | $8,230.89 | $0.00 | $5,961.37 |
| 6/30/2010 | DAVE LEVEQUE | TD6710 | PJ2X01L-DZM | Fiber Optic Cables | Fiber Optic Cables | HP V1810-8G Switch | 15 | $26.75 | $401.25 | $8,230.89 | $0.00 | $5,730.48 |
| 6/30/2010 | EFRAIN MORALES | TDP5697 | 146665 | Fixed (Managed) Switches | Fixed (Managed) Switches | Linksys Wireless-N Access Point with Dual-Band WAP4410N - wireless access po | 2 | $157.99 | $157.99 | $414.97 | $0.00 | $523.35 |
| 6/30/2010 | EFRAIN MORALES | TDP5697 | J9298A | Wireless Access Points | Wireless Access Points | Belkin 15' CAT5e or CAT5 Snagless RJ45 Patch Cable Blue | 1 | $314.34 | $314.34 | $414.97 | $0.00 | $523.35 |
| 6/30/2010 | EFRAIN MORALES | TDP5697 | A3L791825-BLU-S | Networking Cables | Category 5 TP Cables (Ethernet) | Belkin FastCAT patch cable - 25 ft | 3 | $12.11 | $48.44 | $414.97 | $0.00 | $523.35 |
| 6/30/2010 | DAVE LEVEQUE | TDV1167 | XAV810LDORS-V3 | Networking Cables | Category 5 TP Cables (Ethernet) | NETGEAR Powerline AV Ethernet Kit XAV810S - bridge | 1 | $514.69 | $514.69 | $514.69 | $0.00 | $560.36 |
| 6/30/2010 | DAVE LEVEQUE | TC7D041 | J9265A | Power over Ethernet Injectors | Power over Ethernet Injectors | Belkin OmniView PRO3 2 port USB Dual Band | 1 | $118.79 | $118.79 | $514.69 | $0.00 | $560.36 |
| 6/30/2010 | DAVE LEVEQUE | YC7D043 | AT7993 | Analog Phones & Accessories | Analog Phones & Accessories | AT&T 993 - corded phone w/ call waiting caller ID | 2 | $57.54 | $115.08 | $514.69 | $0.00 | $82.52 |
| 6/30/2010 | FELIX LLANOS | TC5378 | 210FSSE-C | Analog Phones & Accessories | Analog Phones & Accessories | AT&T 210 - corded phone w/ call waiting caller ID | 3 | $0.00 | $0.00 | $53.20 | $0.00 | $58.08 |
| 6/30/2010 | FELIX LLANOS | TC5378 | 875450 | Computer Speakers | Computer Speakers | Logitech S-150 2.0 Speaker System | 5 | $19.03 | $95.15 | $535.85 | $0.00 | $582.08 |
| 6/30/2010 | FELIX LLANOS | TC5378 | 204859-0403 | Computer Accessories | Mice & Trackballs | Logitech V450 2.0 Speaker System | 4 | $24.42 | $97.68 | $535.85 | $0.00 | $582.08 |
| 6/25/2010 | EFRAIN MORALES | TCH7600 | 1387296 | Fixed (Managed) Switches | Fixed (Managed) Switches | HP V1810-24G Switch | 1 | $1,170.00 | $1,170.00 | $1,205.32 | $0.00 | $2,400.04 |
| 6/25/2010 | EFRAIN MORALES | TDT7423 | 39924 | Ethernet Switches | Ethernet Switches | Belkin 15' CAT5e or CAT5 Snagless RJ45 Patch Cable Grey | 15 | $7.30 | $109.50 | $1,205.32 | $0.00 | $2,400.04 |
| 6/25/2010 | EFRAIN MORALES | TCH7600 | 479411 | Networking Cables | Networking Cables | Belkin 15' CAT5e or CAT5 Snagless RJ45 Patch Cable Yellow | 15 | $7.30 | $109.50 | $1,205.32 | $0.00 | $2,400.04 |
| 6/25/2010 | EFRAIN MORALES | 560219 | A3L791-15-BLU-S | Networking Cables | Networking Cables | Belkin 15' CAT5e or CAT5 Snagless RJ45 Patch Cable Blue | 15 | $7.30 | $109.50 | $1,205.32 | $0.00 | $2,400.04 |
| 6/25/2010 | FELIX LLANOS | TC7600 | A3L791-15-YLW-S | Networking Cables | Ethernet Switches | Belkin 15' CAT5e or CAT5 Snagless RJ45 Patch Cable White | 1 | $128.00 | $128.00 | $554.69 | $0.00 | $146.35 |
| 6/25/2010 | FELIX LLANOS | TC4056 | XAV810S-100PAS | Ethernet Switches | Ethernet Switches | NETGEAR Powerline AV Ethernet Kit XAV810S - bridge - desktop | 2 | $128.00 | $256.00 | $514.69 | $0.00 | $560.36 |
| 6/25/2010 | FELIX LLANOS | TC0137 | XAV810LD-100RAS | Ethernet Switches | Ethernet Switches | NETGEAR Powerline AV Ethernet Kit XAV810LD - bridge - desktop | 2 | $128.00 | $256.00 | $514.69 | $0.00 | $560.36 |
| 6/25/2010 | FELIX LLANOS | TC0147 | J9298A | Wireless Adapters & Accessories | Wireless Access Points | Linksys Wireless-N Access Point w/ call waiting caller ID | 3 | $314.34 | $314.34 | $514.69 | $0.00 | $560.36 |
| 6/24/2010 | FELIX LLANOS | TC5378 | 970264-0403 | Computer Speakers | Computer Speakers | Logitech S-150 2.0 Speaker System | 5 | $24.42 | $73.26 | $535.85 | $0.00 | $582.08 |
| 6/24/2010 | FELIX LLANOS | 1865398 | Q190-BASE-SAS | Interfaces / Controllers | SCSI Adapters/Controller | COMPELLENT QUICKSTART 52500 B2B SAS | 1 | $7,200.00 | $7,200.00 | $55,080.97 | $0.00 | $103,519.39 |
| 6/24/2010 | FELIX LLANOS | 1866398 | Q190-BASE-SAS | Interfaces / Controllers | SCSI Adapters/Controller | COMPELLENT QUICKSTART 52500 B2B SAS | 1 | $4,810.74 | $4,810.74 | $55,080.97 | $0.00 | $103,519.39 |
| 6/24/2010 | FELIX LLANOS | 1866398 | Q190-BASE-SAS | Backup/Archive/Storage Software | Storage Networking/SAN Software | COMPELLENT QUICKSTART SAS CTRL uPRSW | 1 | $0.00 | $0.00 | $55,080.97 | $0.00 | $103,519.39 |
| 6/24/2010 | FELIX LLANOS | 1865471 | Q190-540GA-UPRSW | Storage Networking/SAN Software | Server Virtualization Software | COMPELLENT QUICKSTART SAS CLUSTER SW | 1 | $0.00 | $0.00 | $55,080.97 | $0.00 | $103,519.39 |
| 6/24/2010 | FELIX LLANOS | 1865471 | Q190-SAS-SW350 | Hard Drives | Hard Drives | Seagate SAS 450GB 15K Hard Disk | 16 | $0.00 | $0.00 | $55,080.97 | $0.00 | $103,519.39 |
| 6/24/2010 | FELIX LLANOS | 1863354 | D-SAS3-R1-9350 | Hard Drives | Hard Drives | COMPELLENT SAS 450GB 3GB 15K HDD | 16 | $5,000.00 | $5,000.00 | $55,080.97 | $0.00 | $103,519.39 |
| 6/24/2010 | FELIX LLANOS | 1865394 | EN-SAS3-1235 | Multi-Drive Enclosures | Multi-Drive Enclosures | COMPELLENT SAS 12-BAY 3.5" ENCLOSURE | 2 | $5,261.12 | $5,261.12 | $55,080.97 | $0.00 | $103,519.39 |
| 6/24/2010 | FELIX LLANOS | 1868298 | IO-1GB-2-E | Network Interface Adapters (NIC) | Host Bus Adapter Cards | Compellent network adapter - 2 ports | 4 | $2,470.00 | $2,470.00 | $55,080.97 | $0.00 | $103,519.39 |
| 6/24/2010 | FELIX LLANOS | 1717326 | IO-1X25-E | Network Interface Adapters (NIC) | Host Bus Adapter Cards | Compellent network adapter - 2 ports | 2 | $2,475.00 | $2,900.00 | $55,080.97 | $0.00 | $103,519.39 |
| 6/24/2010 | FELIX LLANOS | 1717186 | IO-1X25-E | Network Interface Adapters (NIC) | Host Bus Adapter Cards | Compellent network adapter - license | 2 | $1,475.00 | $1,475.00 | $55,080.97 | $0.00 | $103,519.39 |
| 6/24/2010 | FELIX LLANOS | 1717185 | FAST-LICENSE | Utility Software | Disk Drive Management Software | Fast Track - Base License | 1 | $0.00 | $0.00 | $55,080.97 | $0.00 | $103,519.39 |
| 6/24/2010 | FELIX LLANOS | 1717670 | SW-REM-BASE | Backup/Archive/Storage Software | Backup/Archive/Storage Software | Remote Instant Replay Asynchronous Base License - license | 1 | $0.00 | $0.00 | $55,080.97 | $0.00 | $103,519.39 |
| 6/23/2010 | FELIX LLANOS | 1717670 | INSTALL-PROJ-HLTH | 3rd Party Delivered Services | 3rd Party Delivered Services | Replay Manager for Microsoft Server 2005 - license | 1 | $0.00 | $0.00 | $55,080.97 | $0.00 | $103,519.39 |
| 6/23/2010 | FELIX LLANOS | 1764298 | CMP-5WMNT20-25K | Installations - 3rd Party | Installations - 3rd Party | COMPELLENT 5W MNT 520020-50000 - $25000 | 1 | $16,990.00 | $16,990.00 | $55,080.97 | $0.00 | $103,519.39 |
| 6/23/2010 | FELIX LLANOS | 1764298 | CMP-5WMNT20-25K | Virtualization Software | Virtualization Software | COMPELLENT 5W MNT 520020-50000 - $25000 | 1 | $16,990.00 | $16,990.00 | $55,080.97 | $0.00 | $103,519.39 |

| Date | Name | Category | Sub-Category | Code1 | Code2 | Description | Qty | Unit | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/17/2012 | EFRAIN MORALES | Monitors & Projectors | LCD Monitors | 3232267 | EA190M-BK | | | NEC MultiSync EA190M 19" LCD | | $211.12 | $1,266.72 | $2,311.13 | $2,311.13 | $2,442.02 |
| 6/17/2012 | EFRAIN MORALES | Mounts & Carts | Computer Stands & Carts | 3232267 | 33-323-200 | | | ERGOTRON D3100 Triple Monitor Stand | | $256.46 | $512.92 | $2,311.13 | $2,311.13 | $2,442.02 |
| 6/17/2012 | EFRAIN MORALES | Collaboration & IP Telephony | | 951368 | CS55/H.10 | | | Plantronics CS55 - headset - with Plantronics/H.10 | | $282.35 | $282.35 | $2,311.13 | $2,311.13 | $2,442.02 |
| 6/15/2012 | DAVE LEVESQUE | Media & Accessories | Tape Drive Cleaners | 688792 | MR-UCLN-01 | | | Quantum LTO Universal Cleaning Cartridge - Single Pack | | $52.00 | $52.00 | | $52.56 | $52.56 |
| 6/15/2012 | DAVE LEVESQUE | | | SXW0384 | | | | NETGEAR GA311 Gigabit PCI Adapter | | $24.82 | $74.46 | $592.28 | $592.28 | $644.84 |
| 6/15/2012 | EFRAIN MORALES | Printers, Scanners & Print Supplies | Laser Printers | SXT4698 | CE504A | | | HP LaserJet P4515n | 6 | $59.00 | $118.00 | $149.94 | | $163.25 |
| 6/14/2012 | EFRAIN MORALES | Printers, Scanners & Print Supplies | Laser Printers | SXT4698 | CB425A | | | HP LaserJet P4515n | 11 | $5,581.63 | $5,581.63 | $5,191.40 | $5,191.40 | $5,639.19 |
| 6/14/2012 | EFRAIN MORALES | Networking Cables | FA/UX Adapters | SXT4698 | J7934G | | | HP JetDirect 630N | 4 | $2,107.09 | $2,107.09 | $5,191.40 | $5,191.40 | $5,639.19 |
| 6/14/2012 | EFRAIN MORALES | Networking Cables | Category 5 TP Cables (Ethernet) | SXT4698 | A3126-06-BLU | | | Belkin crossover cable - rJ1 - red | 5 | $23.11 | $23.11 | $5,191.40 | $5,191.40 | $5,639.19 |
| 6/14/2012 | EFRAIN MORALES | Networking Cables | Category 5 TP Cables (Ethernet) | SXT4698 | A3126-06-RED | | | Belkin crossover cable - rJ1 - red | 5 | $7.38 | $36.90 | $5,191.40 | $5,191.40 | $5,639.19 |
| 6/14/2012 | EFRAIN MORALES | Networking Cables | Category 5 TP Cables (Ethernet) | SXT4698 | A31284350-BLU-14 | | | Belkin 14' CAT5e red & rb 45xm Cross-Over red cable | 5 | $6.34 | $31.70 | $5,191.40 | $5,191.40 | $5,639.19 |
| 6/14/2012 | EFRAIN MORALES | Networking Cables | Category 5 TP Cables (Ethernet) | SXT4698 | A31781850-BLU-14 | | | Belkin 25' CAT5e rJ 45xm Snagless RJ45 Patch Cable Blu | 5 | $15.67 | $31.70 | $5,191.40 | $5,191.40 | $5,639.19 |
| 6/14/2012 | EFRAIN MORALES | Networking Cables | Category 5 TP Cables (Ethernet) | SXT4698 | A31781825-BLU-14 | | | Brother TN460 High Yield Black Toner Cartridge | 4 | $9.33 | $37.32 | $5,191.40 | $5,191.40 | $5,639.19 |
| 6/14/2012 | FELIX LLANOS | Ink, Toner & Print Supplies | Laser Printer Toners | 188956 | TN460 | | | HP Multipurpose Paper | | $63.63 | $63.63 | $5,191.40 | $5,191.40 | $5,639.19 |
| 6/14/2012 | FELIX LLANOS | Printer Paper & Media | Printer Paper | 609048 | HPM1120 | | | HP 60tA - CC641WN - inkjet cartridge - black | | $5.00 | $30.00 | $5,191.40 | $5,191.40 | $5,639.19 |
| 6/14/2012 | FELIX LLANOS | Ink, Toner & Print Supplies | Inkjet Cartridges | 140781 | CC641WN | | | HP 60tA - CC641WN - inkjet cartridge - black | | $250.24 | $250.24 | $5,191.40 | $5,191.40 | $5,639.19 |
| 6/14/2012 | FELIX LLANOS | 3rd Party Delivered Services | Warranties - 3rd Party | 144542 | H4518A | | | HP Care Pack Per Event HW Business Day Hardware Support - extended serv | | $99.50 | $99.50 | $5,191.40 | $5,191.40 | $5,639.19 |
| 6/14/2012 | FELIX LLANOS | Monitor, Display & TV Accessories | Privacy & Anti-Glare Filters | SXP2726 | PF150 | | | 3M PF150 LCD Privacy Filter | 6 | $78.62 | $78.62 | $471.72 | | $513.59 |
| 6/14/2012 | FELIX LLANOS | Monitors & Projectors | LCD Monitors | 330506 | Du-text | | | CDW DU 48X | 3 | $10.00 | $60.00 | $471.72 | $471.72 | $513.59 |
| 6/14/2012 | FELIX LLANOS | Monitor, Display & TV Accessories | Privacy & Anti-Glare Filters | SXP2726 | PF170 | | | 3M PF170 LCD Privacy Filter | 3 | $78.62 | $78.62 | $471.72 | $471.72 | $513.59 |
| 6/12/2012 | FELIX LLANOS | Monitors & Projectors | LCD Monitors | 507027 | W08AAGS60ACH-NEEN | | | VIZIO W08AAGS60ACH-NEEN | 4 | $111.12 | $1,266.72 | $2,348.34 | $2,348.34 | $2,556.75 |
| 6/11/2012 | FELIX LLANOS | Monitors & Projectors | LCD Monitors | 3469342 | EA190M-BK | | | NEC MultiSync EA190M 19" LCD | | $211.12 | $1,266.72 | $2,348.34 | $2,348.34 | $2,556.75 |
| 6/11/2012 | FELIX LLANOS | Mounts & Carts | Computer Stands & Carts | 3502592 | 33-310-060 | | | ERGOTRON D3100 Triple Monitor Stand | | $256.46 | $512.92 | $2,218.41 | $2,218.41 | $2,415.29 |
| 6/11/2012 | FELIX LLANOS | Video Cards | Video Cards | SXS9026 | PG450F | | | NVIDIA Quadro FX 580 Video Card | | $163.09 | $163.09 | $2,218.41 | $2,218.41 | $2,415.29 |
| 6/11/2012 | FELIX LLANOS | Memory | System Memory (RAM) | SXS7717 | 33-310-060 | | | Corsair 2 GB - DDR3 SDRAM - 1333 MHz DIMM | | $91.13 | $91.13 | $2,218.41 | $2,218.41 | $2,415.29 |
| 6/11/2012 | FELIX LLANOS | Memory | System Memory (RAM) | SXS7717 | 32-101-093 | | | Kingston 2 GB - DDR2 SDRAM - 800 MHz DIMM | | $59.13 | $59.13 | $2,218.41 | $2,218.41 | $2,415.29 |
| 6/11/2012 | FELIX LLANOS | Memory | System Memory (RAM) | SXS7717 | 33-310-060 | | | ERGOTRON D5100 Dual Monitor Stand | | $565.46 | $565.46 | $2,218.41 | $2,218.41 | $2,415.29 |
| 6/11/2012 | FELIX LLANOS | Monitors & Projectors | LCD Monitors | 1190660 | N174BAMMAA | | | HP Compaq LA2405wg 24" Wide LCD | | $389.50 | $789.92 | $2,218.41 | $2,218.41 | $2,415.29 |
| 6/11/2012 | FELIX LLANOS | Power Delivery/Surge Suppressors | Surge Suppressors | 452407 | P11US | | | APC 11-Outlet Performance + surge-suppressor | 4 | $23.64 | $23.64 | $2,218.41 | $2,218.41 | $2,415.29 |
| 6/11/2012 | FELIX LLANOS | Network Interface Adapters (NIC) | Ethernet Adapters | 244871 | GA311NA | | | NETGEAR GA311 Gigabit PCI Adapter | | $52.00 | $52.00 | $2,218.41 | $2,218.41 | $2,415.29 |
| 6/10/2012 | FELIX LLANOS | Configurations | Configurations | SXM3555 | IPAD-SHVW-A025MT | | | Speck Products Shield/View screen protective film kit | 4 | $10.00 | $10.00 | $331.50 | $331.50 | $579.76 |
| 6/10/2012 | FELIX LLANOS | Configurations | Configurations | SXM3555 | IPAD-SHVW-A025MT | | | Speck Products Shield/View screen protective film kit | 4 | $22.00 | $22.00 | $22.01 | $22.01 | $24.64 |
| 6/10/2012 | FELIX LLANOS | Handheld Devices & Accessories | Handheld Device Accessories | 2066445 | IPAD-SHVW-A025MT | | | Speck Products Shield/View screen protective film kit | 4 | $22.00 | $22.00 | $22.01 | $22.01 | $24.64 |
| 6/10/2012 | FELIX LLANOS | Handheld Devices & Accessories | Handheld Device Accessories | 2066445 | IPAD-SHVW-A025MT | | | Apple iPad 2 with Wi-Fi 64GB | | $550.00 | $660.00 | $702.37 | $702.37 | $764.94 |
| 6/10/2012 | DAVE LEVESQUE | Tablets & Tablet PCs | Tablets | SXS3555 | 500658-B21 | | | HP memory - 4 GB - DIMM 240-pin - DDR3 | | $221.56 | $2,604.73 | $2,680.95 | $2,680.95 | $2,925.41 |
| 6/9/2012 | FELIX LLANOS | Memory | Memory | SXW6976 | W0S612303 | | | HP memory - 4 GB - DIMM 240-pin - DDR3 | 12 | $221.56 | $2,604.73 | $2,680.95 | $2,680.95 | $2,925.41 |
| 6/9/2012 | FELIX LLANOS | Computer Systems | Computer Systems | 40912 | | | | Parallels Desktop for Mac - ( v. 5 ) - complete package | 4 | $229.00 | $508.00 | $4,772.50 | $4,772.50 | $5,196.05 |
| 6/9/2012 | FELIX LLANOS | Network Interface Adapters (NIC) | 3rd Party Delivered Services | 1202404 | NC2SNL/A | | | AppleCare Protection Plan (VersaDesk thr 137/17" | 4 | $77.59 | $558.00 | $4,772.50 | $4,772.50 | $5,196.05 |
| 6/9/2012 | FELIX LLANOS | Ethernet Adapters | Ethernet Adapters | SXW4539 | GA311LN | | | NETGEAR GA311 Gigabit PCI Adapter | | $24.82 | $223.38 | $5,056.20 | $5,056.20 | $5,511.26 |
| 6/9/2012 | FELIX LLANOS | Network Interface Adapters (NIC) | Ethernet Adapters | 598872 | GA311N | | | NETGEAR GA311 Gigabit PCI Adapter | | $24.82 | $223.38 | $17,658.25 | $17,658.25 | $19,443.16 |
| 6/8/2012 | FELIX LLANOS | Video Cards & Imaging | Video Cards | 1121068 | MX140-S3512AF | | | Matrox M9140 Video Card | | $561.40 | $5,056.00 | $17,658.25 | $17,658.25 | $19,443.16 |
| 6/8/2012 | FELIX LLANOS | Collaboration & IP Telephony | | 1204189 | INSTALL-HANDSET | | | NETGEAR GA311 Gigabit PCI Adapter | 11 | $5,056.00 | $5,056.00 | $17,658.25 | $17,658.25 | $19,443.16 |
| 6/8/2012 | FELIX LLANOS | CDW Delivered Services | Configuration | 1248562 | INSTALLHAAZZ2 | | | CDW Install Custom Created Image on desktop or notebook system | 4 | $509.00 | $509.00 | $17,658.25 | $17,658.25 | $19,443.16 |
| 6/8/2012 | EFRAIN MORALES | CDW Delivered Services | Configuration | SXW6639 | INSTALL-HANDSET | | | CDW Install Custom Created Image on desktop or notebook system | 4 | $261.00 | $522.00 | $17,658.25 | $17,658.25 | $19,443.16 |
| 6/8/2012 | EFRAIN MORALES | Network Interface Adapters (NIC) | 3rd Party Delivered Services | SXW4539 | 102030 | | | Parallels Desktop for Mac - ( v. 5 ) - complete package | 4 | $209.00 | $261.00 | $17,658.25 | $17,658.25 | $19,443.16 |
| 6/8/2012 | EFRAIN MORALES | Mounts & Carts | Computer Stands & Carts | 1724133 | 33-323-200 | | | ERGOTRON D3100 Triple Monitor Stand | | $256.46 | $512.92 | $1,584.91 | $1,584.91 | $19,443.16 |
| 6/8/2012 | EFRAIN MORALES | Memory | Memory | 1724133 | F6890IT | | | HP memory - 2 GB - DIMM 240-pin - DDR3 | | $84.19 | $757.71 | $1,584.91 | $1,584.91 | $19,443.16 |
| 6/7/2012 | DAVE LEVESQUE | | | SVM04075 | | | | Plantronics CS55 Wireless Office Headset System | 4 | | | | | |
| 6/7/2012 | DAVE LEVESQUE | Headsets | Headsets | SVK3102 | AFSS04 | | | HP power cable | 6 | $204.92 | $204.92 | $241.77 | | $261.71 |
| 6/7/2012 | EFRAIN MORALES | Miscellaneous Cables | Miscellaneous Cables | 102797 | AFSS4A | | | HP power cable | | $10.00 | $30.00 | $64.48 | $64.48 | $70.04 |
| 6/7/2012 | EFRAIN MORALES | Monitor, Display & TV Accessories | Privacy & Anti-Glare Filters | SXP2726 | PF200 | | | 3M PF200 LCD Privacy Filter | 4 | $78.16 | $471.72 | $59,863.99 | | $65,026.25 |
| 6/7/2012 | EFRAIN MORALES | Monitor, Display & TV Accessories | Privacy & Anti-Glare Filters | SXP2717 | 163994 | | | 3M PF22.0W 22" LCD Privacy Filter | 14 | $505.70 | $1,284.40 | $59,863.99 | $59,863.99 | $65,026.25 |
| 6/7/2012 | EFRAIN MORALES | SCSI/IDE/Floppy Cables | SCSI/IDE/Floppy Cables | 1188010 | USB-2110 | | | Cables Unlimited storage controller - IDE / SATA-150 - Hi-Speed USB | | $27.05 | $55.59 | $5.86 | | $71.57 |
| 6/7/2012 | EFRAIN MORALES | CDW Delivered Services | Installation Services | SXW2004 | PROSVRT-INSTALL | | | CDW PROSVRT-INSTALL | | $110.00 | $110.00 | $876.55 | $876.55 | $954.34 |
| 6/7/2012 | EFRAIN MORALES | Hard Drives | External Hard Drives | SXY1874 | STI000DJ1ASS-DK | | | Freeagent Desk for Mac - hard drive - 1 Tb - FireWire / FireWire 800 / Hi-S | | $170.36 | $340.72 | $876.55 | $876.55 | $954.34 |
| 6/7/2012 | EFRAIN MORALES | Hard Drives | Hard Drives | SVG2411 | 718772 | | | Polycom SoundStation 2 EX - conference phone with caller ID | | $596.36 | $1,393.32 | $1,318.68 | | $1,318.68 |
| 6/1/2012 | DAVE LEVESQUE | Video Cards & Imaging | USB Video Adapters | SVE4507 | 2200-16200-001 | | | Polycom Video Adapters | | $661.80 | $981.90 | $1,318.68 | $1,318.68 | $1,318.68 |
| 6/1/2012 | DAVE LEVESQUE | Video Cards | Video Cards | SVM3402 | M9140-S3512AF | | | Matrox M9140 Video Card | | $661.80 | $981.90 | $1,318.68 | $1,318.68 | $1,005.31 |
| 6/1/2012 | EFRAIN MORALES | Printers, Scanners & Print Supplies | Document Scanners | SXT4527 | 0302-01 | | | Plantronics Backbeat 906 - headset | | $79.99 | $79.99 | $87.68 | | $96.63 |
| 5/30/2012 | DAVE LEVESQUE | Workstations | External Hard Drives | SXT4728 | 0621-01 | | | Apple Time Capsule 1TB (2TB EXGAR840) - USA | | $289.00 | $289.00 | $316.78 | $316.78 | $3,800.82 |
| 5/30/2012 | FELIX LLANOS | Computers | Computers | SYT1370 | N24LA | | | Apple Mac Pro - Xeon E5645 2.4 GHz - 0 GB - 0 GB | | $889.14 | $889.14 | $3,678.62 | $3,678.62 | $1,888.58 |
| 5/30/2012 | FELIX LLANOS | Hard Drives | Hard Drives | SYT1370 | PL815UTH/ABA | | | HP Workstation xw4600 - Core 2 Duo E7600 3.06 GHz | | $45.14 | $45.14 | $3,678.62 | $3,678.62 | $1,888.58 |
| 5/28/2012 | FELIX LLANOS | Storage Area Networking (SAN) | Fibre Channel GBIC | SYT1370 | CN4G-SW4-4ex | | | Cisco SFP (mini-GBIC) transceiver module - fiber optic | | $340.00 | $340.00 | $2,049.90 | $3,049.90 | $1,888.58 |
| 5/28/2012 | FELIX LLANOS | Power Adapters | AC/DC External Power Adapters | 1189944 | D5-SFP-4G-SW-4x | | | Cisco power supply - hot-plug / redundant - 500 Watt | | $340.00 | $900.00 | $735.74 | $3,049.90 | $1,888.58 |
| 5/28/2012 | EFRAIN MORALES | 3rd Party Delivered Services | Warranties - 3rd Party | 1603845 | CON-SNTT-91240 | | | Cisco SMARTnet Premium extended service agreement | | $399.00 | $739.00 | $798.00 | $798.00 | $1,888.58 |
| 5/27/2012 | EFRAIN MORALES | Tape Automation Devices | Tape Automation Devices | 187450 | LSC18-CH2-232H | | | Quantum Scalar i80 - tape library - LTO Ultrium - 40x Fibre Channel | | $12,566.27 | $12,566.27 | $12,566.27 | $12,566.27 | $13,681.52 |

| Date | Name | ID 1 | ID 2 | Part # | Category | Sub-Category | Description | Qty | Unit Price | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/14/2010 | EFRAIN MORALES | 5502146 | 720772 | 2320-18200-001 | Audio Conferencing | Collaboration & IP Telephony | Polycom SoundStation2 EX - conference phone with caller ID | 1 | $596.86 | $596.86 | $0.00 | $1,633.62 | $1,633.62 | | $1,731.65 |
| 5/14/2010 | EFRAIN MORALES | 5502146 | 1976560 | 6421 | Large-Format Displays | Monitors & Projectors | NEC C421 42" Large-Format Display | 5 | $775.59 | $775.59 | $0.00 | $1,633.62 | $1,633.62 | | $1,731.65 |
| 5/14/2010 | EFRAIN MORALES | 5502146 | 1618849 | ASY-1807042601 | Cell/Smart Phones & Accessories | Cellphones/Smart Phones/Chargers | BlackBerry Micro USB Travel Charger | 5 | $18.21 | $54.63 | $0.00 | $45.13 | $5,135.40 | | $5,765.95 |
| 5/14/2010 | EFRAIN MORALES | 5893073 | 1655616 | V72430 | Televisions & Video Equipment | Collaboration & IP Telephony | Panasonic LTV headset - on-the-ear - Electronics HL10 | 1 | $218.15 | $218.15 | $0.00 | $1,792.27 | $1,792.27 | | $1,918.69 |
| 5/14/2010 | EFRAIN MORALES | 5893073 | 1432324 | VY2430 | Televisions & Video Equipment | Collaboration & IP Telephony | Linksys Wireless-N Internet Home Monitoring Camera WVC80N - network camera | 1 | $129.46 | $129.46 | $0.00 | $1,792.27 | $1,792.27 | | $1,918.69 |
| 5/17/2010 | FELIX LLANOS | 5973775 | 1052163 | 33-323-200 | Network Security | Network & Security | ViewSonic VX2433wm 24" HDTV | 1 | $175.58 | $175.58 | $0.00 | $1,167.84 | $1,167.84 | | $1,237.92 |
| 5/17/2010 | FELIX LLANOS | 5973775 | 1052163 | 33-323-200 | LCD Monitors | Monitors & Projectors | NEC MultiSync EA231WMi 23" LCD | 1 | $211.12 | $633.36 | $0.00 | $1,167.84 | $1,167.84 | | $1,237.92 |
| 5/17/2010 | FELIX LLANOS | 5973775 | 1052163 | 33-323-200 | Computer Stands & Carts | Mounts & Carts | ERGOTRON DS100 Triple Monitor Stand | 3 | $256.46 | $256.46 | $0.00 | $70.08 | $70.08 | | $1,237.92 |
| 5/14/2010 | EFRAIN MORALES | 5502546 | 1886411 | 329M-AA94A | Fixed Switches | Ethernet Switches | HP 2510-24G-PoE Switch | 1 | $704.98 | $704.98 | $0.00 | $98.70 | $547.72 | | $547.72 |
| 5/14/2010 | EFRAIN MORALES | 5974373 | 2604545 | FDVJ04-UH2VU52547 | Handheld Devices Accessories | Cables | Speck Products iPad screen protective film kit | 4 | $22.00 | $66.00 | $0.00 | $98.70 | $507.46 | | $507.46 |
| 5/14/2010 | EFRAIN MORALES | 5071782 | 1246090 | CTDOT2672ZAA567 | Memory | System Memory (RAM) | Crucial memory - 4 GB - DIMM 240-pin - DDR II | 1 | $125.82 | $125.82 | $0.00 | $539.25 | $539.25 | | $567.01 |
| 5/11/2010 | CRAIG LITCHMORE | 5890431 | 1142029 | CBS10AAAAA- | Printers, Scanners & Print Supplies | Ink, Toner & Print Supplies | HP Q7553X Black Toner Cartridge | 100 | $184.47 | $184.47 | $0.00 | $5,902.24 | $5,902.24 | | $5,902.24 |
| 5/11/2010 | EFRAIN MORALES | 5F28606 | 1502039 | Q7553X | Ink, Toner & Print Supplies | Printers, Scanners & Print Supplies | HP Laserjet Q7553X Black Toner Cartridge | 1 | $184.47 | $184.47 | $0.00 | $700.27 | $700.27 | | $765.95 |
| 5/11/2010 | EFRAIN MORALES | 5P26451 | 1205059 | Q7553X | Video Cards & Imaging | CD, DVD & Blu-ray Drives | Matrox M9140 Video Card | 1 | $561.80 | $561.80 | $0.00 | $574.17 | $574.17 | | $625.14 |
| 5/7/2010 | FELIX LLANOS | 5P36079 | 1552068 | M9140-51512AF | DVD Drives & Blu-ray Drives | Video Cards & Imaging | LG GH22 8x Blu-ray Drive | 1 | $19.20 | $19.20 | $0.00 | | | | $19.80 |
| 5/7/2010 | EFRAIN MORALES | 5P3B085 | 1205059 | Q7X1AT | MP3 Players & Accessories | Printer & Scanner Accessories | Apple 3GB Power Adapter - power adapter | 1 | $28.12 | $140.60 | $0.00 | $294.64 | $294.64 | | $319.68 |
| 5/7/2010 | EFRAIN MORALES | 5P12341 | 1332925 | AS45S/G/A | MP3 Players & Accessories | Printer & Scanner Accessories | Apple Dock Connector to USB Cable - iPhone / iPod charging / data cable - | 1 | $22.61 | $113.05 | $0.00 | $294.64 | $294.64 | | $319.68 |
| 5/7/2010 | EFRAIN MORALES | 5FF05004 | 1449550 | CBS10AAAA | Printer & Scanner Accessories | MP3 Players & Accessories | HP Laserjet | 1 | $524.43 | $524.43 | $0.00 | $2,780.55 | $2,780.55 | | $2,780.55 |
| 5/6/2010 | FELIX LLANOS | 5PH1345 | 1552039 | M9140-51512AF | Video Cards & Imaging | Printers, Scanners & Print Supplies | HP EliteBook 2530p - Core 2 Duo SU9300 1.86 GHz - 12.1" TFT - with HP 2500 | 1 | $1,533.85 | $1,533.85 | $0.00 | $2,780.55 | $2,780.55 | | $3,039.76 |
| 5/6/2010 | EFRAIN MORALES | 5PH1345 | 1229944 | M9140-51512AF | Notebook Carrying Cases & Accessories | Video Cards & Imaging | HP Value Nylon Case notebook carrying case | 1 | $37.91 | $37.91 | $0.00 | $2,785.55 | $2,785.55 | | $3,039.76 |
| 5/6/2010 | FELIX LLANOS | 5PH1395 | 1520045 | MB54-511LAF | Memory | 3rd Party Delivered Services | Warranties - 3rd Party | 1 | $155.99 | $155.99 | $0.00 | $155.99 | $155.99 | | $169.83 |
| 5/6/2010 | EFRAIN MORALES | 5PC5608 | 238918 | C4811A | Ink, Toner & Print Supplies | Warranties - 3rd Party | Z - Color Premium Inkjet Service Pkg | 1 | $16.00 | $16.00 | $0.00 | $2,486.40 | $2,486.40 | | $2,698.16 |
| 5/6/2010 | EFRAIN MORALES | 5PC5608 | 238918 | C4811A | Ink, Toner & Print Supplies | Inkjet Cartridges & Print Heads | HP 11 Cyan Printhead (C4811A) | 1 | $37.48 | $37.48 | $0.00 | $12.38 | $12.38 | | $132.32 |
| 5/6/2010 | EFRAIN MORALES | 5PC5608 | 238919 | C4812A | Inkjet Cartridges & Print Heads | Ink, Toner & Print Supplies | HP 11 Magenta Printhead (C4812A) | 1 | $37.48 | $37.48 | $0.00 | $12.38 | $12.38 | | $132.32 |
| 5/6/2010 | EFRAIN MORALES | 5PC5608 | 238919 | C4813A | Inkjet Cartridges & Print Heads | Ink, Toner & Print Supplies | HP 11 Yellow Printhead (C4813A) | 1 | $37.47 | $37.47 | $0.00 | $11.18 | $11.18 | | $132.32 |
| 5/4/2010 | EFRAIN MORALES | 5PC8060 | 2055491 | MB394L/A | Tablets | Tablets & Tablet PCs | Apple iPad 2 with Wi-Fi 64GB | 1 | $690.39 | $690.39 | $0.00 | $735.62 | $735.62 | | $800.01 |
| 5/4/2010 | EFRAIN MORALES | 5PC8060 | 2055491 | MB394L/A | Tablets & Tablet PCs | Tablets | Apple iPad 2 with Wi-Fi 64GB | 1 | $690.39 | $690.39 | $0.00 | $2,070.90 | $2,070.90 | | $2,022.40 |
| 5/3/2010 | EFRAIN MORALES | 5H97159 | 2055491 | MB394L/A | Applications Suites | Business Software | Microsoft Office Professional Plus 2010 | 100 | $490.24 | $49,024.00 | $0.00 | $49,024.00 | $49,024.00 | | $53,374.88 |
| 5/3/2010 | EFRAIN MORALES | 5PC9766 | 2055491 | MB394L/A | Tablets | Tablets & Tablet PCs | Apple iPad 2 with Wi-Fi 64GB | 1 | $690.39 | $690.39 | $0.00 | $703.73 | $703.73 | | $766.20 |
| 5/3/2010 | EFRAIN MORALES | 2181017 | C4810A | C4810A | Ink, Toner & Print Supplies | Inkjet Cartridges & Print Heads | HP 11 Black Printhead (C4810A) | 1 | $37.48 | $37.48 | $0.00 | $43.50 | $43.50 | | $40.57 |
| 4/30/2010 | EFRAIN MORALES | 5MX0211 | 873162 | C555 | Headsets | Collaboration & IP Telephony | Xtreme 8.7" x 17" White Printer Paper | 3 | $204.52 | $614.76 | $0.00 | $679.68 | $679.68 | | $720.68 |
| 4/30/2010 | EFRAIN MORALES | 5MX0211 | 1411684 | 3511540 | Printer Paper & Media | Printer Paper & Media | ERGOTRON DS100 Dual Monitor Stand | 1 | $204.52 | $204.52 | $0.00 | $207.37 | $207.37 | | $226.04 |
| 4/30/2010 | EFRAIN MORALES | 5MXM724 | 1829016 | NTPP04AAA | Computer Stands & Carts | Computers | ERGOTRON DS100 Dual Monitor Stand | 1 | $283.71 | $283.71 | $0.00 | $1,523.68 | $1,523.68 | | $1,659.13 |
| 4/30/2010 | EFRAIN MORALES | 5WX0557 | 1906041 | FS91U7MABA | Workstations | Computers | HP Workstation xw4600 - Core 2 Duo E7600 3.06 GHz | 1 | $824.20 | $824.20 | $0.00 | $1,523.68 | $1,523.68 | | $1,659.13 |
| 4/30/2010 | EFRAIN MORALES | 5WX0557 | 1390057 | AV80DA1 | System Memory (RAM) | Memory | HP memory - 2 GB - DIMM 240-pin - DDR3 | 1 | $243.30 | $243.30 | $0.00 | $1,523.88 | $1,523.88 | | $1,659.13 |
| 4/30/2010 | EFRAIN MORALES | 5WX0557 | 1287194 | 593714AB | Network Interface Adapters (NIC) | Printers, Scanners & Print Supplies | NETGEAR GA311 Gigabit PCI Adapter | 1 | $24.82 | $24.82 | $0.00 | $1,523.88 | $1,523.88 | | $1,659.13 |
| 4/30/2010 | EFRAIN MORALES | 5MX0557 | 1521058 | MB54U7MABA | Video Cards & Imaging | Video Cards & Imaging | Matrox M9140 Video Card | 1 | $561.80 | $561.80 | $0.00 | $1,523.88 | $1,523.88 | | $1,659.13 |
| 4/30/2010 | EFRAIN MORALES | 5WX0557 | 1700189 | HWINSTALLDTLTPRT | CDW Delivered Services | Configurations | CDW Configuration Asset Tag Install WITH another Configuration Other service | 1 | $55.00 | $55.00 | $0.00 | $1,523.88 | $1,523.88 | | $1,659.13 |
| 4/30/2010 | EFRAIN MORALES | 5WX0557 | 1369120 | ASSETTLINSTALL | Configurations | CDW Delivered Services | CDW/DDHeckJ Asset Tag Install WITH another Configuration Other service | 1 | $5.45 | $5.45 | $0.00 | $1,523.88 | $1,523.88 | | $1,659.13 |
| 4/28/2010 | EFRAIN MORALES | 5N05204 | 1287296 | J9047A4ABA | Fixed (Managed) Switches | Fixed Switches | Belkin 10' Cat5e or Cat5 RJ45 Patch Cable Green | 10 | $5.45 | $54.50 | $0.00 | $93,919.04 | $93,919.04 | | $100,087.85 |
| 4/28/2010 | EFRAIN MORALES | 5N04948 | 1522068 | M9140-51512AF | Video Cards & Imaging | Video Cards | Matrox M9140 Video Card | 9 | $561.40 | $5,911.60 | $0.00 | $93,919.04 | $93,919.04 | | $100,087.85 |
| 4/28/2010 | EFRAIN MORALES | 5N07428 | 1905088 | J9047A4ABA | Monitors & Projectors | Video Cards & Imaging | CDW Monitor | 1 | $333.22 | $333.22 | $0.00 | $93,919.04 | $93,919.04 | | $100,087.85 |
| 4/28/2010 | EFRAIN MORALES | 5N07428 | 1205059 | C584AA | Tools | Computer Stands & Carts | StarTech.com 19-Piece Computer Tool Kit in a Carrying Case - tool kit | 1 | $334.26 | $334.26 | $0.00 | $93,919.04 | $93,919.04 | | $100,087.85 |
| 4/27/2010 | EFRAIN MORALES | 5N07428 | 1436076 | C584AA | Laser Printer Toners | Computers | HP A9C - CC364A - laser cartridge - black | 1 | $229.07 | $229.07 | $0.00 | $93,919.04 | $93,919.04 | | $100,087.85 |
| 4/27/2010 | EFRAIN MORALES | 5N07428 | 1436076 | C584AA | Laser Printers | Printers, Scanners & Print Supplies | HP LaserJet P4515x | 1 | $593.67 | $593.67 | $0.00 | $698.00 | $698.00 | | $698.00 |
| 4/27/2010 | EFRAIN MORALES | 5N05792 | 1197027 | V67IU7MABA | Desktop Computers | Computers | HP Compaq Elite 8100 - Core i5 650 3.2 GHz | 1 | $880.88 | $880.88 | $0.00 | $2,224.92 | $2,224.92 | | $2,422.39 |
| 4/27/2010 | EFRAIN MORALES | 5N05752 | 1436094 | CDW INSTALL | System Memory (RAM) | Memory | HP memory - 2 GB - DIMM 240-pin - DDR3 | 1 | $119.84 | $119.84 | $0.00 | $2,224.92 | $2,224.92 | | $2,422.39 |
| 4/27/2010 | EFRAIN MORALES | 5N05752 | 1200169 | WAP4510N | Configurations | CDW Delivered Services | CDW/HARDWARE INSTALL FOR DESKTOP/NOTEBOOK/PRINTER | 1 | $10.00 | $10.00 | $0.00 | $2,224.92 | $2,224.92 | | $2,422.39 |
| 4/27/2010 | EFRAIN MORALES | 5N05752 | 1625769 | PRIORITY-INSTALL | CDW Delivered Services | Configurations | CDW INSTALL PRIORITY SERVICE | 1 | $200.00 | $200.00 | $0.00 | $2,224.92 | $2,224.92 | | $2,422.39 |
| 4/27/2010 | EFRAIN MORALES | 5TI31105 | 2063500 | M6391UG/A | Networking Cables | Cables | Belkin 9' Cat5e or Cat5 RJ45 Patch Cable Green | 10 | $5.45 | $54.50 | $0.00 | $140.01 | $140.01 | | $140.01 |
| 4/27/2010 | EFRAIN MORALES | 5HF5741 | 1287495 | C584AA | Laser Printer Toners | Printers, Scanners & Print Supplies | HP A9C - CC364A - laser cartridge - black | 1 | $201.81 | $201.81 | $0.00 | $512.40 | $512.40 | | $219.71 |
| 4/27/2010 | EFRAIN MORALES | 5MX8606 | 1897045 | CC364X | MP3 Players & Accessories | MP3 Players & Accessories | Apple Dock Connector to USB Cable - iPhone / iPod charging / data cable - | 1 | $23.21 | $23.61 | $0.00 | $5,000.55 | $5,000.55 | | $219.71 |
| 4/22/2010 | CRAIG LITCHMORE | 5C6133 | 1837435 | J9450A4ABA | Ethernet Switches | Fixed (Managed) Switches | HP V1910-24G Switch | 1 | $1,170.00 | $1,170.00 | $0.00 | $11,447.21 | $11,447.21 | | $12,134.05 |
| 4/22/2010 | CRAIG LITCHMORE | 5C6133 | 1484076 | CBS14AAAA | Laser Printers | Printers, Scanners & Print Supplies | HP LaserJet P4515x | 1 | $597.15 | $597.15 | $0.00 | $11,447.21 | $11,447.21 | | $12,134.05 |
| 4/22/2010 | CRAIG LITCHMORE | 5C6133 | 1440791 | CC364X | Laser Printer Toners | Printers, Scanners & Print Supplies | HP LaserJet P4515x | 15 | $593.71 | $8,905.65 | $0.00 | $11,447.21 | $11,447.21 | | $12,134.05 |
| 4/22/2010 | CRAIG LITCHMORE | 5C6133 | 1287194 | 593714A | Collaboration & IP Telephony | MP3 Players & Accessories | Apple Dock Connector to USB Cable - iPhone / iPod charging / data cable - | 1 | $23.21 | $23.21 | $0.00 | $686.84 | $686.84 | | $686.84 |
| 4/22/2010 | CRAIG LITCHMORE | 5C6133 | 1440791 | CC364X | Laser Printer Toners | Printers, Scanners & Print Supplies | HP A9C - CC364A - laser cartridge - black | 1 | $593.71 | $593.71 | $0.00 | $686.84 | $686.84 | | $686.84 |
| 4/22/2010 | CRAIG LITCHMORE | 5C6133 | 1052163 | 33-323-200 | Computer Stands & Carts | Mounts & Carts | ERGOTRON DS100 Triple Monitor Stand | 1 | $256.46 | $1,282.30 | $0.00 | $11,447.21 | $11,447.21 | | $12,134.05 |

| Date | Vendor | Item Codes | Category | Subcategory | Description | Qty | A | B | C | D | E | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/4/2020 | FELIX LLANOS | R2R4771 / 503295-921 | Power Adapters | AC/DC External Power Adapters | HP Compaq Slot High Efficiency - power supply - hot-plug - 460 Watt | 2 | $250.00 | $500.00 | $13,560.81 | $0.00 | $1,203.55 | $14,764.32 |
| 2/4/2020 | FELIX LLANOS | R2R4771 / 451148-B22 | Management Software | Network Management Software | HP Insight Control - license | 2 | $517.12 | $504.24 | $13,560.81 | $0.00 | $1,203.55 | $14,764.32 |
| 2/4/2020 | FELIX LLANOS | R2R4771 / 1435748 / PRIORITY-INSTALL | CDW Delivered Services | CDW Delivered Services | CDW INSTALL PRIORITY SERVICE | 2 | $0.00 | $0.00 | $13,560.81 | $0.00 | $1,203.55 | $14,764.32 |
| 2/4/2020 | FELIX LLANOS | R2R4771 / 1706148 / HWINSTALL/SERVER | CDW Delivered Services | CDW Delivered Services | CDW HARDWARE INSTALLATION/SERVER | 2 | $0.00 | $0.00 | $13,560.81 | $0.00 | $1,203.55 | $14,764.32 |
| 2/4/2020 | FELIX LLANOS | R2R4771 / 1723920 / 506056-921 | Memory | Server Memory | HP memory - 2 GB - DIMM 240-pin - DDR3 | 6 | $138.31 | $825.86 | $5,431.28 | $0.00 | $134.13 | $5,565.41 |
| 2/4/2020 | FELIX LLANOS | R2R4771 / 2029799 / UH545E | Warranties & 3rd Party | 3rd Party Delivered Services | HP Care Pack Service - 4-hour 24x7 same day hardware support - 3 years | 3 | $775.26 | $775.26 | $789.65 | $0.00 | $70.08 | $859.73 |
| 2/4/2020 | FELIX LLANOS | R2R6092 / 553568 / CS55/HL10 | Headsets | Collaboration & IP Telephony | Plantronics CS 55 - headset - with Plantronics HL10 | 1 | $85.00 | $85.00 | $115.15 | $0.00 | $10.23 | $125.38 |
| 2/3/2020 | FELIX LLANOS | R2R6092 / 1815200 / VGP-AC19V21 | Notebook Charger/AC Adapters | Notebook Charger/AC Adapters | Sony VGP-AC19V21 - power adapter | 1 | $233.00 | $85.00 | $233.00 | $0.00 | $12.37 | $274.37 |
| 2/3/2020 | FELIX LLANOS | R2R6092 / 1204545 / VGP9/B | Notebook Batteries | Notebook Batteries | Sony VGP-BPS9/B - notebook battery - Li-Ion - 7800 mAh | 1 | $159.91 | $233.00 | $959.46 | $0.00 | $585.16 | $1,044.62 |
| 2/1/2020 | EFRAIN MORALES | RPG6010 / 119698 / LCD1990SVwx8K | Monitors & Projectors | LCD Monitors | NEC Intelligent 1900V 19" LCD Display | 6 | $159.91 | $959.44 | $959.46 | $0.00 | $585.16 | $1,044.62 |
| 2/1/2020 | EFRAIN MORALES | RPG6010 / 11498 / ADR | Do Not Use | 2 - CDW Internal Use/Service Pts | ADVANCED ORDER REPLACE CDW | 5 | $24.82 | $124.10 | $57,604.95 | $0.00 | $674.97 | $2,679.92 |
| 2/1/2020 | EFRAIN MORALES | RPG0975 / 568872 / GA311NA | Network Interface Adapters (NIC) | Ethernet Adapters | NETGEAR GA311 Gigabit PCI Adapter | 5 | $24.82 | $2,736.70 | $57,604.95 | $0.00 | $674.97 | $2,679.92 |
| 1/31/2020 | EFRAIN MORALES | RPG0975 / 1522008 / M9140-E512AF | Video Cards & Imaging | Video Cards | Matrox M9140 Video Card | 5 | $2,736.70 | $58.00 | $57,604.95 | $0.00 | $674.97 | $2,679.92 |
| 1/26/2020 | EFRAIN MORALES | RPG0975 / 1706148 / HWINSTALL/DLT/PNT | CDW Delivered Services | CDW Delivered Services | CDW HARDWARE INSTALL FOR DESKTOP/NOTEBOOK/PRINTER | 5 | $58.00 | $4,073.90 | $57,604.95 | $0.00 | $674.97 | $2,679.92 |
| 1/26/2020 | EFRAIN MORALES | RPG0975 / 1900041 / FM307ut#ABA | Workstations | Computers | HP Workstation xw4600 - Core 2 Duo E7600 3.06 GHz | 5 | $814.78 | $0.00 | $57,604.95 | $0.00 | $674.97 | $2,679.92 |
| 1/26/2020 | EFRAIN MORALES | RPG0975 / 338320 / ASSETTAGW/INSTALL | Configurations | CDW Delivered Services | CDW/CDWG Asset Tag Install WITH another Configuration Center service | 5 | $0.00 | $589.00 | $57,604.95 | $0.00 | $674.97 | $2,679.92 |
| 1/26/2020 | EFRAIN MORALES | RPG0975 / 1446607 / AH060AA | System Memory (RAM) | Configurations | NEC P221W-BK 22" Wide LCD | 1 | $98.14 | $0.00 | $57,604.95 | $0.00 | $674.97 | $2,679.92 |
| 1/26/2020 | EFRAIN MORALES | RNM4192 / 1604149 / P221W-BK | Monitors & Projectors | LCD Monitors | EIZOTRON EV2050 Triple Monitor Stand | 6 | $359.12 | $214.72 | $3,088.42 | $0.00 | $274.18 | $3,583.60 |
| 1/26/2020 | EFRAIN MORALES | RNM4192 / 1302203 / 35322-200 | Mounts & Carts | Computer Stands & Carts | Sony VGP-AC19V10 Power Adapter | 3 | $372.53 | $372.53 | $3,088.42 | $0.00 | $274.18 | $3,583.60 |
| 1/25/2020 | EFRAIN MORALES | RNM4192 / 915819 / VGPAC19V10 | Notebook Charger/AC Adapters | Notebook Charger/AC Adapters | Samsung LN37B650 37" HDTV ($1149.99 $166 CDW Savings=$984.99) | 1 | $84.07 | $84.07 | $123.07 | $0.00 | $10.83 | $132.00 |
| 1/22/2020 | FELIX LLANOS | RNM4861 / 1730416 / LN37B650 | Televisions & Video Equipment | Televisions | HP Universal Hard Drive Intel drive - 146.8 GB - Ultra320 SCSI | 6 | $849.93 | $849.93 | $882.63 | $0.00 | $73.74 | $956.47 |
| 1/22/2020 | FELIX LLANOS | RNM4061 / RX20700J / MDT934B22 | Hard Drives | Internal Desktop Hard Drives | Novatel Wireless MiFi 2200 - wireless cellular modem | 6 | $3,351.16 | $3,351.16 | $3,350.41 | $0.00 | $529.35 | $3,676.76 |
| 1/21/2020 | EFRAIN MORALES | RNM4144 / 1781129 / KVZ200WT00 | Cell/Smart Phones | Cell/Smart Phones & Accessories | SPRINT PCS WIRELESS ACTIVATION | 4 | $79.99 | $79.99 | $110.18 | $0.00 | $9.77 | $119.95 |
| 1/20/2020 | FELIX LLANOS | RNM4144 / 912416 / SPRINTPHONEACTIVAT | Configurations | CDW Delivered Services | LaCie Direct Desktop Hard Drive hard drive - 2 TB - USB 2.0 | 3 | $0.00 | $0.00 | $110.18 | $0.00 | $9.77 | $119.95 |
| 1/20/2020 | FELIX LLANOS | RNN9993 / 1922710 / 301488AUA | External Hard Drives | Hard Drives | ADVANCED ORDER REPLACE CDW | 5 | $151.31 | $151.31 | $545.93 | $0.00 | $53.77 | $535.26 |
| 1/20/2020 | FELIX LLANOS | RNN9993 / 114598 / ADR | Do Not Use | 2 - CDW Internal Use/Service Pts | Sony VGP-BP12 - notebook battery - Li-Ion - 8800 mAh | 5 | $0.00 | $0.00 | $645.93 | $0.00 | $57.33 | $593.26 |
| 1/20/2020 | FELIX LLANOS | RN02676 / 1539183 / VGP-BPL12 | Notebook Batteries | Notebook Batteries | Sony VAIO Z Series notebook VGN-BZ569B - Core 2 Duo P9700 2.8 GHz - 13.1" TFT | 6 | $231.08 | $962.16 | $473.51 | $0.00 | $42.03 | $515.54 |
| 1/19/2020 | FELIX LLANOS | RN02676 / 1302203 / VGN2569B50 | Notebook Computers | Computers | HP 2008 150W Docking Station - docking station | 3 | $890.39 | $2,671.16 | $2,573.79 | $0.00 | $291.54 | $2,361.17 |
| 1/19/2020 | EFRAIN MORALES | RL31156 / 1089222 / 2B-SOO-VCB | Notebook Docks & Port Replicators | Notebook Docks & Port Replicators | NETGEAR GA311 Gigabit PCI Adapter | 3 | $249.37 | $249.37 | $259.57 | $0.00 | $23.02 | $292.59 |
| 1/19/2020 | EFRAIN MORALES | RNM4098 / 690705 / Q1311AM#ABA | Ethernet Adapters | Network Interface Adapters (NIC) | HP Laser Printer | 3 | $520.80 | $62.40 | $1,872.70 | $0.00 | $168.22 | $2,038.92 |
| 1/19/2020 | EFRAIN MORALES | RNM4064 / 568872 / GA311NA | Laser Printers | Printers, Scanners & Print Supplies | Adobe Acrobat Pro ( v. 9 ) - license | 4 | $1,490.86 | $0.00 | $2,035.15 | $0.00 | $180.62 | $2,215.77 |
| 1/12/2020 | EFRAIN MORALES | RNM4264 / 1456071 / CB511AA#ABA | Document Management Software | Business Software | Crucial memory - 4 GB ( 2 x 2 GB ) - DIMM 240-pin - DDR2 | 3 | $407.03 | $158.00 | $147.50 | $0.00 | $13.10 | $160.60 |
| 1/12/2020 | EFRAIN MORALES | RNM4264 / 1452291 / KVDDWADDA100 | System Memory (RAM) | Memory | Sony VAIO DataVault Hard Drive hard drive - Core 2 Duo P9800 2.66 GHz - 13.1" TFT | 6 | $108.00 | $254.68 | $254.68 | $0.00 | $31.36 | $285.59 |
| 1/12/2020 | FELIX LLANOS | RNG7303 / 1191909 / CT2XT256RAAA667 | Notebook Batteries | Notebook Accessories | Electronic HP Care Pack Pick-Up and Return Service with Accidental Damage P | 3 | $331.08 | $249.00 | $249.00 | $0.00 | $22.10 | $271.10 |
| 1/12/2020 | FELIX LLANOS | RNG7303 / 1302203 / KVGC369B50A | Warranties & 3rd Party | 3rd Party Delivered Services | Matrox M9140 Video Card | 5 | $545.34 | $1,090.68 | $1,094.38 | $0.00 | $58.91 | $1,213.29 |
| 1/11/2020 | FELIX LLANOS | RL31156 / 1559193 / VGP-BPL12 | Video Cards & Imaging | Video Cards | HP E2663-A4-A6 Switch | 3 | $239.07 | $239.07 | $317.03 | $0.00 | $10.39 | $247.42 |
| 1/8/2020 | EFRAIN MORALES | RG25742 / 1908AM#ABA | Ethernet Switches | Fixed (Managed) Switches | Sony VAIO Z Series VGN-BZ569B - Core 2 Duo P9700 2.8 GHz - 13.1" TFT | 3 | $2,013.57 | $2,013.57 | $2,041.12 | $0.00 | $143.24 | $2,213.36 |
| 1/8/2020 | EFRAIN MORALES | RG25742 / 1066640 / GN425BAAA | Computer Accessories | Mice & Trackballs | HP ThreeButton Wireless Optical Mouse | 5 | $13.14 | $525.67 | $294.84 | $0.00 | $32.74 | $327.47 |
| 1/7/2020 | EFRAIN MORALES | RL31564 / 1166055 / 920-002393 | Keyboards & Keypads | Keyboard and Mouse Bundle | Logitech Wireless Desktop MK700 | 2 | $592.33 | $185.66 | $256.96 | $0.00 | $33.70 | $290.66 |
| 1/7/2020 | EFRAIN MORALES | RG25744 / 1183020 / 920-002393 | Mice | Computer Accessories | Razer Mamba 4G wireless gaming module | 1 | $149.65 | $0.00 | $256.96 | $0.00 | $23.70 | $290.66 |
| 1/7/2020 | EFRAIN MORALES | RL6056 / 144567C / CB511AA#ABA | Laser Printers | Printers, Scanners & Print Supplies | HP Laserjet P4015n Printer | 1 | $1,666.95 | $0.00 | $2,035.15 | $0.00 | $180.62 | $2,215.77 |
| 1/7/2020 | EFRAIN MORALES | RL6056 / 1440781 / CC364C | Laser Printer Toners | Ink, Toner & Print Supplies | HP 64K - CC364K - toner cartridge - black | 6 | $1,292.13 | $3,523.27 | $2,579.27 | $0.00 | $228.93 | $2,808.20 |
| 1/7/2020 | EFRAIN MORALES | RL6056 / 569016 / CQ84K | Laser Printers | Computers | Sony VAIO Z Series VGN-BZ569B - Core 2 Duo P9800 2.66 GHz - 13.1" TFT | 6 | $584.26 | $584.26 | $2,579.27 | $0.00 | $228.93 | $2,808.20 |
| 1/6/2020 | EFRAIN MORALES | RHX5376 / 1589906 / 9800AILT0CCC2 | MP3 Players & Accessories | MP3 Cables/Docks/Remotes/Adapters | Griffin PowerDock 2 - digital player charging stand | 5 | $55.30 | $55.30 | $283.19 | $0.00 | $7.28 | $271.10 |
| 1/6/2020 | EFRAIN MORALES | RG54783 / 644133 / P130.0 | Privacy & Anti-Glare Filters | Monitor, Display & TV Accessories | 3M P130 LCD Privacy Filter | 4 | $572.79 | $623.20 | $1,282.73 | $0.00 | $113.85 | $1,396.58 |
| 1/6/2020 | EFRAIN MORALES | R95162 / CS55 | Headsets | Collaboration & IP Telephony | Panasonic CS55 Wireless Office Headset System | 4 | $305.80 | $623.20 | $1,282.73 | $0.00 | $113.85 | $1,396.58 |
| 1/5/2020 | CRAIG LITCHMORE | RHV2880 / GH7A0UT | System Memory (RAM) | Memory | HP memory - 2 GB - DIMM 240-pin - DDR2 | 4 | $113.88 | $465.52 | $510.30 | $0.00 | $45.29 | $555.59 |
| | | | | | | | $461,274.40 | $944,189.44 | $6,310,057.23 | $0.00 | $550,612.33 | $6,861,281.42 |